AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE U.S.A., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    25-cv-3675 |
| U.S. DEPT. OF HOMELAND SECURITY et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chamber of Commerce of the United States of America                     .

Date:    10/16/2025

/s/ Sarah P. Hogarth
*Attorney's signature*

Sarah P. Hogarth (Bar No.1033884)
*Printed name and bar number*

McDermott Will & Schulte
500 North Capitol Street NW
Washington, DC 20001

*Address*

shogarth@mwe.com
*E-mail address*

(202) 756-8354
*Telephone number*

(202) 756-8087
*FAX number*