CO-386
10/2018

# United States District Court
# For the District of Columbia

CHAMBER OF COMMERCE OF THE  
UNITED STATES OF AMERICA,  

              Plaintiff  

vs  

UNITED STATES DEPARTMENT OF  
HOMELAND SECURITY, et al.  

              Defendant  

Civil Action No. 25-cv-3675

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Chamber of Commerce of the United States of America certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Chamber of Commerce of the United States of America which have any outstanding securities in the hands of the public:

None. To the best of my knowledge neither plaintiff, nor any of its subsidiaries, parents, or affiliates, has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Paul W. Hughes  
Signature

997235  
BAR IDENTIFICATION NO.

Paul W. Hughes  
Print Name

500 North Capitol Street NW  
Address

Washington     DC     20001  
City     State     Zip Code

(202) 756-8000  
Phone Number