AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▾

Chamber of Commerce of the United States of America )
          *Plaintiff* )
          v. )   Case No.  25-cv-3675
United States Department of Homeland Security, et al. )
          *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chamber of Commerce of the United States of America

Date: 10/22/2025

*Attorney's signature*

Daryl L. Joseffer - Bar No. 457185
*Printed name and bar number*

U.S. Chamber of Commerce
1615 H Street, NW
Washington, DC 20062

*Address*

djoseffer@uschamber.com
*E-mail address*

(202) 463-5495
*Telephone number*

*FAX number*