AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATION OF AMERICAN UNIVERSITIES; *Plaintiff* v. UNITED STATES DEPARTMENTS OF HOMELAND SECURITY et al. *Defendant* | ) ) ) ) ) ) ) | Case No. 25-cv-3675 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Association of American Universities.

Date: 10/24/2025

/s/ Elizabeth Henthorne
*Attorney's signature*

Elizabeth Henthorne (DC Bar No. 1562688)
*Printed name and bar number*

JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4412
*Address*

BHenthorne@jenner.com
*E-mail address*

(202) 637-6367
*Telephone number*

*FAX number*