AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATION OF AMERICAN UNIVERSITIES;<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENTS OF HOMELAND SECURITY et al.<br>*Defendant* | )<br>)<br>)<br>)  Case No.  25-cv-3675<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Association of American Universities.

Date: 10/24/2025

/s/ Lindsay C. Harrison
*Attorney's signature*

Lindsay C. Harrison (DC Bar No. 977407)
*Printed name and bar number*

JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4412
*Address*

LHarrison@jenner.com
*E-mail address*

(202) 639-6865
*Telephone number*

*FAX number*