UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Chamber of Commerce of the United States of America**
*Plaintiff*

vs.                                   Case No: 1:25-cv-03675-BAH

**United States Department of Homeland Security, et al.**
*Defendants*

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Appearance of Counsel for Grace Wallach; Appearance of Counsel for Sarah P. Hogarth; Civil Cover Sheet; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/17/2025 at 3:08 PM, I served United States Attorney's Office at 601 D Street, NW, Washington, DC 20004 with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Appearance of Counsel for Grace Wallach; Appearance of Counsel for Sarah P. Hogarth; Civil Cover Sheet; and Complaint with Exhibits by serving Marsha Gibson, Paralegal Specialist, authorized to accept service.

Marsha Gibson is described herein as:

Gender: Female     Ethnicity: Black     Age: 40     Weight: 145     Height: 5'5"     Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/17/2025

*Ambiko Wallace*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14395035*