AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

*Plaintiff(s)*

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

*Defendant(s)*

Civil Action No. 25-cv-3675

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARCO A. RUBIO, in his official capacity as Secretary of State
Executive Office of the Legal Adviser and Bureau of Legislative Affairs
Suite 5.600
600 19th Street NW
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul W. Hughes
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Chamber of Commerce of the United States of America*
                        *Plaintiff*

                                                vs.                        Case No: 1:25-cv-03675-BAH

*United States Department of Homeland Security, et al.*
                        *Defendants*

## AFFIDAVIT OF SERVICE

I, Michael Weaver, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Appearance of Counsel for Grace Wallach; Appearance of Counsel for Sarah P. Hogarth; Civil Cover Sheet; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/23/2025 at 2:36 PM, I served Marco A. Rubio, in his official capacity as Secretary of State at Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th Street, NW, Suite 5.600, Washington, DC 20522 with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Appearance of Counsel for Grace Wallach; Appearance of Counsel for Sarah P. Hogarth; Civil Cover Sheet; and Complaint with Exhibits by serving Michael Howard, Paralegal Specialist, authorized to accept service.

Michael Howard is described herein as:

Gender: Male    Ethnicity: Black    Age: 32    Weight: 170    Height: 5'7"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/23/2025

*Michael Weaver*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14395048*