**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Susan Nissle

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

OCT 2025
NEW YORK, N.Y.
10022-9298

Postage
$

Total
$

Sent
United States Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, D.C. 20528
C/M 600074.0071

Street

City,

Tracking: 9589 0710 5270 2345 8663 62

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions