**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Susan Nissle

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage
$

Sent To: KRISTI L. NOEM, in her official capacity as Secretary of Homeland Security, United States Department of Homeland Security, 2707 Martin Luther King Jr Ave SE, Washington, D.C. 20528
C/M 600074.0071

Postmark Here — OCT 2025, NEW YORK NY

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 9589 0710 5270 2349 8966 55