# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702349896655

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:20 pm on October 22, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
October 22, 2025, 1:20 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
October 22, 2025, 7:30 am

**In Transit to Next Facility**
October 21, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 18, 2025, 2:27 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
October 17, 2025, 10:11 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs