# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>       Defendants. | Case No. 1:25-cv-3675-BAH |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| Shen Decl. | Declaration of Patrick Shen |
| Daniels Decl. | Declaration of Condrad Daniels |
| Poser Decl. | Declaration of Torie Poser |
| Snyder Decl. | Declaration of Barbara Snyder, Association of American Universities |
| CMU Decl. | Declaration of James H. Garrett, Carnegie Mellon University |
| UIUC Decl. | Declaration of Charles L. Isbell, Jr., University of Illinois Urbana-Champaign |
| JHU Decl. | Declaration of Stephen J. Gange, Johns Hopkins University |
| Michigan Decl. | Declaration of Arthur Lupia and Judith Pennywell, University of Michigan |
| Minnesota Decl. | Declaration of Gretchen Ritter, University of Minnesota |
| Pitt. Decl. | Declaration of Anantha Shekhar, University of Pittsburgh |
| Utah Decl. | Declaration of Phyllis Vetter, University of Utah |

| WashU Decl. | Declaration of Paul J. Scheel, Washington University in St. Louis |
| --- | --- |
| UW-Madison Decl. | Declaration of Frances Vavrus, University of Wisconsin-Madison |
| Gonzales Decl. | Declaration of Nancy A. Gonzales |
| Hughes Decl. | Declaration of Paul W. Hughes |
| Exhibit 1 | Proclamation 10973, *Restriction on Entry of Certain Nonimmigrant Workers*, 90 Fed. Reg. 46027 (Sept. 19, 2025) |
| Exhibit 2 | U.S. Citizenship and Immigration Services, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B* (Sept. 20, 2025) |
| Exhibit 3 | U.S. Customs and Border Protection, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers [H-1B]* (Sept. 20, 2025) |
| Exhibit 4 | U.S. Department of State, *H-1B FAQ* (Sept. 21, 2025) |
| Exhibit 5 | U.S. Citizenship and Immigration Services, *H-1B Specialty Occupations* |
| Exhibit 6 | U.S. Citizenship and Immigration Services, *USCIS Fee Schedule* (Aug. 29, 2025) |
| Exhibit 7 | *The H-1B Visa Program*, FWD.us (Jan. 27, 2025) |
| Exhibit 8 | *Understanding America's Labor Shortage: The Most Impacted States*, U.S. Chamber of Commerce |
| Exhibit 9 | *The Complexities of Physician Supply and Demand: Projections From 2018 to 2033,* Association of American Medical Colleges (June 2020) |
| Exhibit 10 | Peter A. Kahn & Tova M. Gardin*, Distribution of Physicians With H-1B Visas By State and Sponsoring Employer,* JAMA: The Journal of the American Medical Association (June 6, 2017) |
| Exhibit 11 | *Sizing Up the Gap in our Supply of STEM Workers: Data & Analysis,* American Immigration Council (Mar. 29, 2017) |
| Exhibit 12 | Giovanni Peri, Kevin Shih, Chad Sparber, *STEM Workers, H-1B Visas, and Productivity in U.S. Citie*s, Journal of Labor Economics (July 2015) |
| Exhibit 13 | Parag Mahajan et al., *The Impact of Immigration on Firms and Workers: Insights from the H-1B Lottery* (May 2025) |
| Exhibit 14 | Hao Jiang, et al., *Skilled Foreign Labor, Urban Agglomeration, and Value Creation* (February 19, 2025) |
| Exhibit 15 | Nicolas Morales, *Understanding the Potential Impact of H-1B Visa Program Changes*, Federal Reserve Bank of Richmond (Oct. 2025) |

| Exhibit 16 | Christian Gunadi, *An inquiry on the impact of highly-skilled STEM immigration on the U.S. economy*, Labour Economics (2019) |
| --- | --- |
| Exhibit 17 | *Chamber Litigation Center*, U.S. Chamber of Commerce |
| Exhibit 18 | *Topics: Immigration*, U.S. Chamber of Commerce |
| Exhibit 19 | Comment, *Modernizing H-1B Requirements, Providing Flexibility in the F-1 Program, and Program Improvements Affecting other Nonimmigrant Workers*, U.S. Chamber of Commerce (Dec. 22, 2023) |
| Exhibit 20 | Comment, *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Media,* U.S. Chamber of Commerce (Sept. 26, 2025) |
| Exhibit 21 | Nadia Almasalkhi, *High-Skilled Immigration Workers Benefit American Industry, But U.S. Policies Threaten Them*, Berkely Interdisciplinary Migration Initiative (September 11, 2023) |
| Exhibit 22 | National Academies of Sciences, Engineering, and Medicine, *The Economic and Fiscal Consequences of Immigration*, The National Academies Press (2017) |
| Exhibit 23 | Alex Nowrasteh, *Don't Ban H-1B Workers: They Are Worth Their Weight in Innovation, Cato at Liberty* (May 14, 2020) |
| Exhibit 24 | Cat Zakrzewski et al., *Trump unveils $100K yearly fee on H-1B visas in clampdown on legal immigration*, Wash. Post (Sept. 19, 2025) |
| Exhibit 25 | *Major Initiatives: America Works Initiative*, U.S. Chamber of Commerce |
| Exhibit 26 | U.S. Citizenship and Immigration Services, *H-1B Electronic Registration Process* |
| Exhibit 27 | Stephen Dimmock et al., *Give Me Your Tired, Your Poor, Your High-Skilled Labor: H-1B Lottery Outcomes and Entrepreneurial Success* 68 Management Science 6950 (2021) |
| Exhibit 28 | Kelsy Y. Santamaria et al., Cong. Rsch. Serv., *Presidential Authority to Suspend Entry of Aliens Under 8 U.S.C. § 1182(f)* (2024) |