IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>            Defendants. | Case No. 1:25-cv-3675-BAH |

**DECLARATION OF TORIE POSER**

I, Torie Poser, declare as follows:

1. I am the Founder and Owner of Poser Consulting, LLC (d/b/a GoRural), which provides, among other things, recruiting and staffing services to rural hospitals and other rural healthcare facilities in Montana, Wyoming, and Idaho. I started GoRural in 2023 after more than 17 years working in-house at a critical access hospital, where I helped recruit for and staff the hospital's job vacancies. As GoRural's owner, I am responsible for all of its operations. GoRural is a member of Plaintiff organization the United States Chamber of Commerce. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Excluding me, GoRural has three employees: One is full time; one is three-quarters time, and one is half time. GoRural is headquartered in Lewistown, Montana.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the Proclamation). I understand that the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000. In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4. GoRural's clients cover a broad range of industries, including engineering, accounting, ranching, construction, and behavioral health. The majority of our clients, however, are approximately 50 rural healthcare facilities in Montana, Wyoming, and Idaho. These healthcare facilities include both government-owned and private facilities. They are nonprofits and, accordingly, exempt from the annual H-1B visa "cap." They are small—most have 25 beds or fewer. The communities they serve are small, too—many range from populations of approximately 400 to approximately 8,000. And they are all desperate to fill job vacancies.

5. Many of our clients—especially our rural healthcare clients—are critically understaffed. They need physicians, radiologists, nurses, medical technologists, radiologic technologists, and physical therapists. Some have entire departments operating at just 40% of a full staff. Their current staffing situations are not sustainable.

6. At GoRural, we work to fill our clients' vacancies in any way we can. My role is to find candidates who want to live and work in a rural area, screen them, and connect them with one or more rural healthcare facilities that might want to hire them. We always prioritize U.S. candidates, but there simply are not enough qualified U.S. candidates available and willing to live and work in a rural area. Accordingly, we often turn to qualified international candidates, including those who require an H-1B visa.

7. Once a facility decides it wants to hire the candidate, we handle many of the logistics on the facility's behalf. For international candidates, that includes taking the laboring oar on

both the immigration paperwork and, for candidates who work in highly technical or regulated fields, ensuring they have or obtain the appropriate state licensure.

8. GoRural is a full-service firm, and our relationship with the workers we place does not end once we have placed them. I or someone from my team will pick them up from the airport—which can be hundreds of miles from the healthcare facility that has hired them—and take them to their new employer's facility. And I am still in close contact with many workers who GoRural placed years ago.

9. I would describe placing candidates requiring an H-1B to be the "bread and butter" of my business. Since I started GoRural in 2023, we have placed approximately 100 international candidates—almost all of whom require an H-1B visa—with our clients. Those placements constitute approximately 50% of GoRural's revenue.

10. None of GoRural's clients can afford to pay the $100,000 fee for new H-1B petitions and, accordingly, now are unable to hire H-1B workers. As a result, since the Proclamation went into effect, we have been unable to recruit and place with any of our clients any international candidates who require H-1B sponsorship. Every week that the Proclamation is in effect, GoRural's revenue is decreasing.

11. In addition to my company being less profitable, if the Proclamation remains in effect, I will have to make difficult decisions about whether and to what extent to cut my employees' hours or benefits or, potentially, terminate their employment entirely.

12. Perhaps more importantly, the Proclamation threatens the very existence of the rural hospitals and healthcare facilities that GoRural serves. The current staffing needs are critical *even with* H-1B workers, and those needs will only worsen as a result of the Proclamation. For example, as facilities experience natural attrition, they will be unable to turn to H-1B workers to fill open positions, meaning both that it will be even more difficult to fill open positions than it

already is *and* that there will be more open positions than there already are. And if our clients have too many open positions for too long, they simply will not be able to continue to operate.

13. Many of GoRural's clients are the only healthcare facility for hundreds of miles. If they are forced to close their doors, the people in the communities they serve will be left without practical options to receive treatment, including in life-threatening situations.

14. These effects are not just hypothetical. One of our clients—a hospital that is a 3.5-hour drive from the nearest large healthcare facility—is on the verge of having to close its laboratory because it is unable to fill a required role. It currently is operating the lab with just one medical technologist, even though it needs three. If the hospital has to close its lab, it no longer will be able to provide emergency services and, instead, will be reduced to a triage center—what I think of as a "band-aid station."

15. That would be devastating for the local community. Our client would have to tell a rancher who comes in complaining of chest pain that they cannot evaluate whether he is having a heart attack and that, instead, he has three options: (1) drive himself or have a loved one drive him the 3.5 hours to the nearest facility capable of treating him—and risk harming himself and other drivers on the road in the event he has a heart attack while driving or, even if someone else is driving, risk not having medical care during the drive; (2) ride in an ambulance for the 3.5-hour drive—to the extent he can find an ambulance with a crew (many of which are staffed entirely by volunteers with other jobs) that is ready and available to transport him; or (3) take an emergency helicopter and be left saddled with a bill for at least tens of thousands of dollars, if not six figures—an amount that would financially cripple most families in the community.

16. The bottom line is that an accessible H-1B program allows our clients—including rural hospitals and other rural healthcare facilities—to keep their doors open and continue to offer critical, lifesaving services. If the Proclamation and the $100,000 fee stay in effect, GoRural will

4

continue to lose revenue due to an inability to recruit and place H-1B workers, more roles will go unfilled, and our clients will have to cut services or departments—if not close their doors entirely.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/22/2025 | 7:06:29 PM PDT
Fargo, North Dakota

*Torie Poser*
DocuSigned by: 10CC0700DFBB419...
Torie Poser