IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>          Defendants. | Case No. 1:25-cv-3675-BAH |

### DECLARATION OF AAU PRESIDENT BARBARA R. SNYDER

I, Barbara R. Snyder, declare as follows:

1. I am the President of the Association of American Universities ("AAU"). I have held that position since October 1, 2020.

2. I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by AAU personnel and personnel from our member universities and could testify thereto.

3. Founded in 1900, AAU is composed of America's leading research universities. AAU's 69 U.S.-based members are constantly working on new treatments and cures for diseases such as cancer and Alzheimer's, as well as life-changing innovations that grow our economy and make our nation more secure. Their work transforms lives through education, research, and innovation. AAU member universities collectively help shape policy for higher education, science, and

innovation; promote best practices in undergraduate and graduate education; and strengthen the contributions of leading research universities to American society.

4. AAU's primary goal is to provide a forum for the development and implementation of institutional and national policies promoting strong programs of academic research and scholarship and undergraduate, graduate, and professional education. A central part of AAU's mission is to ensure that its members are able to conduct research that improves public health, addresses national challenges, and contributes significantly to America's economic strength.

5. AAU's U.S.-based members rely on the H-1B visa program to fill critical positions in research labs, on faculties, and in university-affiliated medical centers. These roles require highly specialized, often technical, skills and knowledge, including in fields such as agriculture, computer science, engineering, and specialized areas of medicine, including the development of HIV/AIDS drugs, cancer cell-based immunotherapies, and prosthetics to treat and cure blindness. Participation in the H-1B visa program allows AAU members to recruit qualified candidates from outside the United States.

6. In 2025 alone, AAU members submitted thousands of H-1B visa petitions. For example, one AAU member employs hundreds of H-1B visa holders, including dozens at its cutting-edge research facility, with dozens more joining every year. AAU members intend to continue sponsoring future hires for visas through the H-1B process on a rolling basis, unless cost is prohibitive.

7. AAU member universities include, among others, Arizona State University, Carnegie Mellon University, the University of Illinois Urbana-Champaign, Johns Hopkins University, the University of Michigan, the University of Minnesota, the University of Pittsburgh, the University of Utah, the University of Wisconsin–Madison, and Washington University in St. Louis. I understand that these institutions are submitting declarations in this litigation, which provide institution-specific details on the matters described here.

8. On September 19, 2025, President Trump issued a presidential proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a $100,000 payment. In effect, the Proclamation would impose a $100,000 fee on future H-1B petitions.

9. The Proclamation will force AAU members to make an impossible decision between curtailing their employment of H-1B visa holders, on the one hand, and making cuts to their teaching, staff, patient care capacity in their affiliated medical centers, and other programs to offset the increased cost of H-1B applications, on the other.

10. Curtailing employment of individuals through the H-1B visa program would have immediate negative consequences for AAU members. Colleges and universities rely on H-1B workers to teach students, drive cutting-edge research, and offer top-notch medical care. Without these workers, courses will be cut, research studies on a range of topics will be delayed, patients will wait longer for care, and fewer procedures (including surgeries) will be available at their medical centers—harm that will be felt not just by people within AAU member institutions but also in their surrounding communities and by the American public. That harm will also affect American workers, as university H-1B employees help spur innovation that generates job opportunities for U.S. workers and offer invaluable training to the next generation of scientists, researchers, and other professionals in the United States.

11. Those harms are being felt already. As institutions of higher education, AAU members are exempt from the statutory cap on H-1B visas and are therefore not subject to the H-1B lottery. That means AAU members may—and do—submit H-1B visa petitions throughout the year. Before the Proclamation was issued, many AAU members planned to submit petitions in the coming weeks and months, including for positions in the upcoming 2026 spring semester. Now that the Proclamation imposes a $100,000 fee on each of those petitions, AAU members have had

to put those plans on hold, perhaps indefinitely. And the inability to use the H-1B process means that some of these slots will remain unfilled, with negative consequences for teaching, research, medical treatment, and numerous university facilities and programs that offer jobs to U.S. workers as well.

12. AAU members that pay the $100,000 fee will be forced to divert that money from other important programs to offset the cost. As non-profit institutions, AAU members reinvest nearly all their revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps without revamping existing budgets or reducing spending on other institutional priorities like teaching and research.

13. I understand several AAU members will explain at greater length in their own declarations the impact the Proclamation will have on their ability to conduct cutting-edge research, pursue advances in education and innovation, and offer critical medical treatments.

14. Those effects will compound over time. The next generation of scientists, doctors, engineers, and other skilled professionals develop vital expertise learning from H-1B visa holders serving as faculty and staff and contributing groundbreaking research. The Proclamation would dramatically reduce those opportunities. Likewise, the Proclamation will undermine AAU members' ability to attract international students who enrich their communities and contribute to the American economy following their education here.

15. Enjoining implementation of the Proclamation would immediately remedy those harms, as AAU members would no longer have to choose between forgoing access to talented and highly specialized workers and diverting resources from other areas.

16. Enjoining implementation of the Proclamation would not only remedy substantial harm to AAU members, it would also benefit the public as a whole. The research that the H-1B program enables at leading universities has tremendous positive spillover effects for society, including through the discovery of new medical treatments; advances in cutting-edge technologies

4

such as artificial intelligence, quantum computing, and clean energy; and innovations that unlock significant increases in productivity and economic growth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2025.

_Barbara R. Snyder_
BARBARA R. SNYDER