## DECLARATION OF JAMES H. GARRETT

I, James H. Garrett, declare as follows:

1. I am Provost and Chief Academic Officer at Carnegie Mellon University ("CMU") in Pittsburgh, Pennsylvania. I have held that position since January 1, 2019.

2. I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by CMU personnel, and could testify thereto.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000. In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4. CMU is an R1 research university that contributes to critical research and innovation in numerous fields, including engineering, computer science and neuroscience. Such work has led to advancements in artificial intelligence, robotics, brain and cognitive sciences, public policy and the digital arts. CMU's research addresses real-world challenges, from developing autonomous vehicles and smart city infrastructure to advancing healthcare technologies and exploring the ethical implications of AI.

5. CMU participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce.

6. H-1B visa holders play a critical role in research, teaching and administration at CMU that also often has benefits for American business in the development of new products,

1

technologies, systems processes, solutions, job creation and new talent. Millions of Americans benefit from and depend on this research and work. For example: (a) a professor in social and decision sciences who is a founder of a research laboratory engaged in the development of computational models to emulate human decision-making across multiple contexts, including cybersecurity, dynamic resource allocation, dynamic control systems, search and rescue scenarios, exploration and exploitation problems. This professor also is the co-founder of an AI institute for societal decision-making that studies the development of AI to augment human decision-making in societal domains such as public health and disaster management that require complex, often life-saving, decisions to be made under uncertain, dynamic and resource-constrained circumstances, while also accounting for people's perceptions of risk and trust; (b) a faculty member who is one of the world's foremost researchers in computer vision, involving the development of methods for acquiring, processing, analyzing and understanding digital images and the extraction of high-dimensional data from the real world in order to produce numerical or symbolic information in the form of decisions; (c) a professor of economics whose work focuses on the design of tax policy and on the labor implication of technological change; (d) a researcher in the field of psychology whose research program is focused on the cognitive and neural mechanism underlying the awareness of perception and comprises diverse methodological approaches including investigation of cognitive impairments in neurological patients (i.e. patients with Spatial Neglect), and fMRI and EEG imaging studies; and (e) a professor in electrical and computer engineering and neuroscience who conducts interdisciplinary research directed towards developing a science of information for making decentralized sensing, communication and computing systems (including biomedical systems) energy-efficient and stable.

7. CMU currently employs 192 H-1B visa holders. In the 2024-2025 academic year (July 2024 to June 2025), CMU submitted approximately 109 H-1B visa petitions, including seven petitions that I understand would have been subject to the $100,000 fee. In the last three years, CMU has submitted an estimated average of 120 H-1B petitions per year, and the estimated average number of fee-requiring petitions over this time is six per year.

8. As it has in the past, CMU intends to submit H-1B petitions in the next year and in future years to come. But for the Proclamation, CMU reasonably expects that it would submit H-1B petitions at roughly the same rate in the coming years as it has in recent years.

9. Before the Proclamation was issued, CMU planned to employ at least one new employee in a Senior Scientist position to begin in January 2026, who is currently outside the U.S. (*i.e.*, not change of status, amendments, or extensions). There is the potential of sponsoring additional noncitizens through the H-1B visa program by the start of the Fall 2026 academic year. However, petitions for the Senior Scientist and other prospective employees are now subject to the $100,000 per petition fee. The Senior Scientist and others CMU would hire through the H-1B program over the next year would fill critical roles and/or contribute to critical functions at CMU.

10. By imposing a $100,000 fee on future H-1B petitions, the Proclamation has immediately complicated CMU's plans to employ the Senior Scientist and, pending a decision or solution on how to proceed, the important work for which the position was created will not move forward as intended.

11. If the Proclamation remains in place, CMU will have to choose between paying a $100,000 fee for the Senior Scientist (and each of the other prospective H-1B visa holders) or leaving their positions unfilled. As described below, because CMU is a non-profit, that will

3

necessarily require taking funds away from the institution's educational and research mission—whichever part of the budget it might come out of.

12. Going forward, if CMU cannot employ H-1B visa holders in positions at the same rate it has without paying a $100,000 fee, CMU's research – and America's research – and other work will be negatively affected.

13. It is also not feasible or sustainable for CMU to use other revenue sources to fund petition fees at the anticipated rate without negatively affecting programs and services central to the institution's educational and research mission. As a non-profit institution, CMU reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, CMU does not generate significant surpluses that could be redirected without impacting core academic priorities such as insert examples, *e.g.*, educational programs and financial aid support for students. Paying these fees, assuming it were possible, would require reductions in programs and services supporting CMU's faculty, students, staff, research, and teaching infrastructure. At a time when CMU (like most universities) is aggressively looking for budget savings to avoid tuition increases, such an added cost would be particularly felt.

14. There would also be additional longer-term cumulative and cascading effects, even if the Proclamation only remains in effect for one year. For example, the Proclamation would weaken CMU's ability to recruit international candidates who have niche expertise in areas not available in the U.S., are leaders in their research fields, and who bring cutting-edge research and innovation. Likewise, the Proclamation would negatively impact CMU's ability to maintain or improve its standing in global academic rankings, due to the inability to recruit top talent from an international pool of highly qualified candidates. The cascading effect is that student recruitment

and talent recruitment for other positions supporting these candidates would be diminished. Relatedly, international applications for admission may be depressed, further affecting CMU's budgets and causing a negative impact on the local and Pennsylvania economies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025.

_____
JIM GARRETT
*James H. Garrett*