## <u>DECLARATION OF DR. CHARLES L. ISBELL, JR.</u>

I, Dr. Charles L. Isbell, Jr., pursuant to 28 U.S.C. § 1746 declare that the following is true and correct:

1.       I am a resident of the State of Illinois. I am over the age of 18.

2.       I am the Chancellor of the University of Illinois Urbana-Champaign ("University of Illinois") and vice president, University of Illinois System ("System"). I have held that position since August 1, 2025. I served as Chancellor designate from July 26, 2025, through July 31, 2025. Before joining the University of Illinois, I served as Provost and Vice Chancellor for Academic Affairs at the University of Wisconsin-Madison for approximately two years.

3.       In my role as Chancellor, I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by University of Illinois personnel and could testify thereto.

4.       The University of Illinois is a university within the System, which is governed by the Board of Trustees of the University of Illinois, a body corporate and politic established by the Illinois General Assembly (110 ILCS 305). The System is composed principally of its three best-in-class universities located in Urbana-Champaign, Chicago ("UIC"), and Springfield ("UIS").

5.       I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that the Proclamation requires a $100,000 payment to accompany certain new H-1B petitions filed on or after 12:01 a.m. EDT on September 21, 2025. Specifically, the fee applies to petitions for beneficiaries who are outside the United States and do not already hold a valid H-1B visa. In effect, the Proclamation imposes a substantial new cost on many future H-1B petitions, which may limit the ability of such individuals to enter the United States unless the fee is paid.

6.      The University of Illinois is among the preeminent public land grant universities in the nation. It boasts leading graduate and doctoral research centers, a medical school, a law school, world-class engineering and business colleges, a top liberal arts college, and educational programs available to residents of all 102 counties in the State of Illinois.

7.      The University of Illinois contributes to critical research and innovation in numerous fields, including engineering, agriculture, medicine, veterinary medicine, and public policy. Such work has led to advancements like developing the first graphical internet browser, revolutionizing molecular biology by discovering that life came in three forms rather than two, developing breakthrough medical imaging technologies, and numerous agricultural advancements to boost the American economy and help the world thrive.

8.      An extensive economic impact study shows that the University of Illinois contributes $12.2 billion annually to Illinois' economy. The university's impact supports over 109,200 jobs — which means one out of every 76 jobs in Illinois is supported by the activities of the University of Illinois and its students.

9.      The University of Illinois participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skills that are not readily available in the United States' labor market. These employees fill unique knowledge gaps and often emerge as top candidates from highly competitive searches where domestic applicant pools are limited. Through the H-1B visa program, the University of Illinois can attract exceptional talent from around the world to participate in research and development that benefits both Illinois and the nation.

10.      H-1B visa holders play a critical role in research, teaching, and service at the University of Illinois. For example, faculty members and postdoctoral research fellows on H-1B

visas within the Prairie Research Institute contribute engineering and technical expertise critical for executing complex projects with regional and national implications. Their work includes specialized scientific and analytical functions in artificial intelligence for remote sensing, hydrologic and hydraulic modeling, flood risk and hazard assessment, and surface-water planning; and conservation and compliance expertise.

11.     The University of Illinois currently employs approximately 393 H-1B visa holders. In 2025, thus far, the University of Illinois has submitted 128 H-1B visa petitions, including 19 petitions that I understand would have been subject to the $100,000 fee had the Proclamation been in effect at the time. This represents approximately 15% of the total H-1B petitions submitted. Based on internal analysis, the University of Illinois estimates that this proportion is consistent with prior years. From 2022 to 2024, the University of Illinois submitted an average of 185 H-1B petitions per year, with an estimated 28 petitions per year that would have been subject to the fee, based on a 15% rate of total petitions.

12.     Our sister institutions within the System, UIC and UIS, also employ H-1B visa holders. UIC currently employs approximately 298 H-1B visa holders and UIS currently employs 18 H-1B visa holders. Eight additional petitioners across both UIC and UIS would have been impacted by the $100,000 fee had the Proclamation been in effect at the time.

13.     The University of Illinois intends to submit H-1B petitions in the next year and in future years to come. But for the Proclamation, the University of Illinois reasonably anticipates that it would submit H-1B petitions at a similar rate in the coming years as it has in recent years. However, the Proclamation introduces significant uncertainty and potential financial burden into the hiring process, particularly as academic units begin recruitment for the next academic year.

14.     The timeline for recruiting faculty members normally begins in the Fall for the subsequent Fall academic term. Because of the Proclamation, hiring units must consider potentially significant and unexpected budgetary impacts as they strive to recruit the most qualified candidates – regardless of their location.

15.     Before the Proclamation was issued, based on past hiring trends, the University of Illinois anticipated employing similar proportions of new employees requiring H-1B status following global searches for the most qualified candidates, but petitions for certain prospective employees who need an H-1B visa are now subject to a $100,000 fee per petition. These positions would contribute to critical functions including researching and teaching in highly specialized subject matters that are integral to the university's mission to be a leader in learning, discovery, engagement, and economic development.

16.     By imposing a $100,000 fee on certain H-1B petitions, the Proclamation has complicated University of Illinois' ability to recruit outstanding international talent and its plans to employ those critical workers without adversely impacting other university programs.

17.      If the Proclamation remains in effect, the University of Illinois will have to choose between paying a $100,000 fee for certain prospective H-1B visa holders, hiring a less-qualified candidate, or leaving the position unfilled. Each of these outcomes would negatively affect the university's mission and operations. Paying the fee will necessarily require using funds that would have otherwise been used to support the university's educational or research mission. Hiring a less-qualified candidate would impact the university's ability to hire based on merit alone and would compromise academic excellence. Leaving the positions unfilled, which is a particular concern in certain disciplines that have a persistent shortage of domestic applicants, would compromise the university's ability to continue its work as a pre-eminent public research university.

18.     If the Proclamation remains in effect, the University of Illinois' ability to attract the most qualified employees from around the world and conduct high-impact research will be compromised. Institutional risks include a decline in research capacity, fewer successful applications for funding, slower innovation, and weakened relationships with funding partners. Economic and social risks involve fewer high-skill professionals available for critical roles, which would ultimately limit Illinois' and the nation's ability to respond to pressing challenges.

19.      Although the System maintains an endowment on behalf of the University of Illinois, it is not practical for any of the System campuses to rely on endowment funds to cover the $100,000 fee:

   a.  Much of the University of Illinois' endowment is restricted to specific donor-designated purposes, such as scholarship, faculty chairs, and academic programs. The University of Illinois is not legally permitted to use those funds to cover visa fees or any costs beyond what the gift agreement permits.

   b.  The portion of the endowment that is unrestricted is subject to a carefully managed annual payout to ensure long-term financial stability for the institution.

20.     The System reinvests nearly all of its other revenue into mission-critical activities. It does not operate with large surpluses or discretionary funds that could absorb significant unexpected visa fees without affecting other critical functions.

21.     Even if the University of Illinois paid the fees, doing so would require reductions in programs and services supporting University of Illinois' faculty, students, staff, research, and teaching infrastructure.

22.     In addition to disrupting the programs from which the University of Illinois would divert funds to cover the Proclamation's fees, the task of revamping the university's budget to

account for these unanticipated fees will require significant effort that is already underway, particularly as many hiring units have begun their annual hiring cycle.

23.     There would also be additional cumulative and cascading effects, even if the Proclamation only remains in effect for one year. For example, delays or cancellations of research projects due to hiring constraints may result in higher restart costs, if the projects resume at all. Inability to hire H-1B talent could also cause setbacks in fulfilling contractual obligations, leading to diminished service delivery for Illinois communities. Prolonged uncertainty may also disrupt long-term workforce planning, particularly in areas that depend on rare technical expertise.

24.     The requirement to pay $100,000 to hire certain H-1B employees compromises the University of Illinois' ability to hire top talent not otherwise available in the United States. This in turn could make it easier for competitor nations to recruit the most highly qualified individuals away from Illinois and the United States. The University of Illinois has already anecdotally observed a general increase in reluctance from international students and scholars to apply to positions at the university and elsewhere within the System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025, at Urbana, Illinois.


Dr. Charles L. Isbell, Jr.