## DECLARATION OF STEPHEN J. GANGE

I, Stephen J. Gange, PhD, declare as follows:

1. I am Executive Vice Provost at the Johns Hopkins University ("Johns Hopkins" or "JHU") and a professor of epidemiology at the Johns Hopkins Bloomberg School of Public Health in Baltimore, Maryland. In my professorial role, I currently serve as the principal investigator of a large NIH-sponsored data center that supports the effort of over 35 employees. I have held the position of Executive Vice Provost since 2015 and previously served as my school's senior associate vice dean and deputy chair of my academic department. I also served as interim provost from May 2023 to October 2023. In my current provostial role, I oversee the Office of International Services ("OIS"), which provides immigration, visa, and travel guidance to the JHU international community, and serves over 15,000 international students, recent alumni, faculty, researchers, scholars, staff, and their dependents annually.

2. I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by Johns Hopkins personnel and could testify thereto.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000. In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4. Johns Hopkins is a nonprofit institution that enrolls more than 29,000 full-time and part-time students in ten academic divisions on four campuses in Baltimore, Maryland; one in Washington, D.C.; and facilities throughout the Baltimore-Washington region, as well as in

China and Italy. Founded in 1876 as the nation's first research university, Johns Hopkins has been advancing knowledge and bringing discoveries to the world for nearly 150 years. Johns Hopkins contributes to critical research and innovation in numerous fields, including medicine, engineering, biotechnology, and applied physics. For example, researchers at the Johns Hopkins School of Medicine are leveraging the power of immunotherapy to develop promising treatments for pancreatic cancer and other malignant cancer tumors. Researchers across Johns Hopkins are developing new ways to use artificial intelligence to speed up diagnoses and improve care across a range of ailments and diseases, including cancer, cardiovascular disease, sepsis, and cognitive impairment.

5. Johns Hopkins participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge and training.

6. H-1B visa holders play a critical role in key areas of medical, engineering, scientific and public health research, as well as in physician positions, as medical staff and as professors and instructors at Johns Hopkins. The research, teaching and medical care provided by JHU H-1B visa holders is in the national interest of the United States, for example because of the myriad contributions made to U.S. health security and public health initiatives involving H-1B visa holders in JHU's Bloomberg School of Public Health. One example is a Johns Hopkins H-1B visa holder from Brazil, who is a physician scientist with a focus on human immunology. He studies the pathogenesis of infectious diseases of great relevance to public health, including tuberculosis, HIV, viral hepatitis, arboviruses, malaria, leishmaniasis and bacterial pneumonia. He is a productive scholar with over 480 publications with specialized knowledge and unique connections to populations and AI tools to help research groups and government health departments in the US and around the world to digest and visualize complex data At JHU, he holds a joint appointment

in both the School of Public Health and School of Medicine and is building a multidisciplinary team at JHU to grow and expand his research. By bringing this H-1B visa holder to the United States and the resources and network available at JHU, we increase the scope and reach of his critical work and directly benefit the U.S. public health system.

7. During Fiscal Year (FY), ending June 30, 2025, Johns Hopkins employed 610 H-1B visa workers. Johns Hopkins submitted approximately 300 H-1B visa petitions of all types in calendar year 2024, including approximately 25 petitions that I understand would be subject to the $100,000 fee based on my current understanding of the scope of the Proclamation and accompanying guidance issued by U.S. Customs and Immigration Services ("USCIS"). Since 2022, Johns Hopkins has submitted an average of 300 H-1B petitions per year, and the average number of what would now be considered fee-requiring petitions over this time is 30.

8. As it has in the past, Johns Hopkins intends to submit H-1B petitions in the next year and in future years to come. But for the Proclamation, Johns Hopkins reasonably expects that it would submit H-1B petitions at roughly the same rate in the coming years as it has in recent years.

9. Unlike nonimmigrant visas for students, such as F-1 visas, that generally follow the academic calendar, Johns Hopkins does not have a standard timeline for recruiting and hiring international workers that would qualify as H-1B visa holders. Instead, given the nature of the H-1B visa, namely that it requires the worker to be highly specialized and have a bachelor's degree or higher, JHU is continually networking and looking for opportunities to recruit and hire subject matter experts for its medical, research and teaching roles. Since the issuance of the Proclamation on September 19, 2025, considering the significant budgetary impact of a fee of $100,000 per application on a nonprofit institution, Johns Hopkins has been in a holding pattern awaiting further

3

details and guidance regarding the scope and application of the Proclamation before embarking on new recruiting and hiring efforts. A $100,000 fee is especially prohibitive where the position for which Johns Hopkins would be recruiting the H-1B visa holder pays less than $100,000 or is for a position, such as a postdoctoral researcher, who would be with JHU for a limited term of 2-3 years.

10. Before the Proclamation was issued, Johns Hopkins planned to employ two additional noncitizens through the H-1B visa program as soon as January 2026 in the JHU School of Medicine, but petitions for those prospective employees are now subject to a $100,000 per petition fee. The first prospective H-1B visa worker would be a research specialist in the Department of Medicine, Division of Endocrinology, and the second prospective H-1B visa worker would be a postdoctoral research fellow in the Department of Ophthalmology. Both candidates had highly specialized research knowledge and professional experience that was sought after by the departments. These individuals—and others that Johns Hopkins would hire through the H-1B program over the next year—would have filled critical roles and/or contributed to critical functions at Johns Hopkins, including physicians, faculty and staff in the School of Medicine, Public Health and Engineering.

11. By imposing a $100,000 fee on future H-1B petitions, the Proclamation has immediately complicated Johns Hopkins' plans to employ those critical workers. As part of its mission to "foster independent and original research, and to bring the benefits of discovery to the world," Johns Hopkins has always committed to bringing the best and brightest minds in science and academia together to create "knowledge for the world." H-1B visa holders serve as critical parties in this mission by teaching, engaging in and supporting highly specialized research and bringing expertise from industry and field experience around the world to augment and expand the resources at Johns Hopkins and in the United States. The Proclamation has disrupted the way

in which Johns Hopkins has been able to plan for hiring a portion of these positions, particularly positions with set appointment periods, such as faculty with fixed term contracts or timelines associated with research budgets, where the $100,000 fee would require changes to already-approved departmental budgets.

12. If the Proclamation remains in place, Johns Hopkins will have to choose between paying a $100,000 fee for many of its prospective H-1B visa holders or leaving their positions unfilled. As described below, because Johns Hopkins is a non-profit, paying the fee will necessarily require redirecting funds away from the institution's educational and research mission—whichever part of the budget it might come out of. Leaving the positions unfilled would have negative consequences as well. When a H-1B visa holder, who is a globally recognized expert in a given field, decides to come to Johns Hopkins to pursue their research, this often creates jobs and opportunities for people in the State of Maryland, most of whom are U.S. citizens, and attracts top graduate students from across the country to JHU. For example, when an expert comes to work at Johns Hopkins, their work often involves recruiting new research teams. This recently occurred when a new H-1B visa holder joined JHU with a joint appointment in both our School of Public Health and School of Medicine. Foregoing the H-1B visa holder means foregoing the jobs and opportunities the H1-B visa holder would have created.

13. It is also not feasible or sustainable for Johns Hopkins to use other revenue sources to fund petition fees at the anticipated rate without negatively affecting programs and services central to the institution's educational and research mission. Moreover, as a non-profit institution, Johns Hopkins reinvests nearly all of its revenue into mission-critical activities such as educational programs, financial aid support for students, and non-sponsored research (including essential facilities), leaving little margin to absorb unexpected funding gaps. Paying these fees would thus

require redirection of funds that would be otherwise used in programs and services supporting Johns Hopkins' faculty, students, staff, research, and teaching infrastructure.

14. In addition to disrupting the programs from which Johns Hopkins would divert funds to cover the Proclamation's fees, the task of revamping Johns Hopkins' budget to account for these unanticipated fees will require significant effort. Currently, under the pre-Proclamation structure, individual Johns Hopkins departments and research teams would identify and seek to hire a final candidate, who may require H-1B visa sponsorship in a specialty position at the university and, as such, the processing and filing fees, which typically did not exceed $5,000 were borne by the departments and added to departmental budgets where needed. Based on years of relative consistency in filing requirements for H-1B visa holders by non-profit institutions of higher education, these fees were expected and manageable. In major contrast to the $3,000 to $5,000 filing fees previously required, individual departments and research teams cannot afford to divert $100,000 to cover visa fees under this Proclamation. Financial analysis on how to support departments and research groups and their educational and research efforts at JHU is ongoing.

15. There would also be longer-term cumulative and cascading effects, even if the Proclamation only remains in effect for one year. As a non-profit institution, Johns Hopkins does not have customers onto which higher pricing may be passed to cover the significantly increased overhead costs the $100,000 fee per H-1B visa application would create. Thus, Johns Hopkins would be forced to utilize central and departmental funds to pay the $100,000 fee, which funds are currently allocated to academic programming, essential facilities and research. At the current rate that Johns Hopkins seeks to recruit and hire highly skilled individuals that may require H-1B visa sponsorship, the amount of money diverted to the $100,000 fee would quickly total in the millions. This would impact local Baltimore/Washington and national programs in concrete ways and may

likely force Johns Hopkins departments to choose between life-saving research programming, academic initiatives and local initiatives that employ U.S. citizens in Baltimore, MD and Washington, DC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025.

_____
Stephen J. Gange