**DECLARATION OF DR. ARTHUR LUPIA, VICE PRESIDENT FOR RESEARCH AND INNOVATION, OFFICE OF THE VICE PRESIDENT FOR RESEARCH, UNIVERSITY OF MICHIGAN AND DR. JUDITH PENNYWELL, DIRECTOR OF THE INTERNATIONAL CENTER, UNIVERSITY OF MICHIGAN**

We, Arthur Lupia and Judith Pennywell, declare as follows:

1.   I, Arthur Lupia, am the Vice President for Research and Innovation at the University of Michigan (the University or U-M) in Ann Arbor, Michigan. I have held these responsibilities since April 2024. One of the responsibilities of my office is to oversee all matters related to who can participate in research activities and on coordinating with researchers and unit leaders on regulations that apply to that work. Prior to my current leadership position at the University of Michigan, I served as an Assistant Director of the National Science Foundation from 2018-2022 and as co-chair of the White House Office of Science and Technology Policy's Subcommittee on Open Science from 2019-2021.

2.   I, Judith Pennywell, am the Director of the International Center (IC) at the University of Michigan. In addition, I serve as an Adjunct Lecturer in U-M's Marsal School of Education. I have held the position of International Center Director since 1/11/2016. The International Center at U-M's Ann Arbor campus is responsible for the employment-based immigration functions, including the filing of H-1B petitions with USCIS, for the University. Additionally, I served in leadership roles in international education at various institutions of higher education since May 2003.

3.   As Vice President for Research and Innovation and as Director of the IC, respectively, we have personal knowledge of the contents of this declaration, and/or have knowledge of the matters based on our review of information and records gathered by University of Michigan personnel, and could testify thereto.

4.   We are familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). We understand that The Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000. In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

1

5. The University of Michigan is an institution of higher education. The University of Michigan consists of three campuses in Ann Arbor, Dearborn and Flint as well as Michigan Medicine, a premier medical center, consisting of the Michigan Medical School, the UM Health System, Michigan Health Corporation, and one of the nation's largest biomedical research communities. According to QS World University Rankings, the University's main campus in Ann Arbor is ranked the #1 U.S. Public University (2019-2023). U-M is ranked #2 in research volume among U.S. public research universities (National Science Foundation, 2023), with $2.04B in total research expenditures, 1,931 research awards, 615 new inventions and 28 new startups during fiscal year 2024. U.S. News and World Report ranked Michigan Medicine as the #1 hospital in the State of Michigan (2024). Michigan Medicine accommodated 2.6 million patient visits and is ranked nationally in 11 adult and 10 pediatric specialties (2021). The University of Michigan contributes to critical research, innovation and teaching in a wide variety of professional disciplines, including biomedical sciences, engineering and artificial intelligence. In addition, U-M faculty and staff work in a broad range of clinical positions.

6. The University of Michigan, like other American research universities, achieves these objectives by convening subject matter experts from a wide range of scientific, technical, and medical fields. It incentivizes these experts to teach students from America and other countries, to engage with American communities, to work with American companies, and collaborate on new innovations that have created millions of American jobs. Collectively, this work has established American leadership in many critical areas of study, has strengthened national security, and has stimulated substantial economic growth for decades.

7. America did not always lead the world in most key areas of science. In the 19th and early 20th century, Germany was the leader in a wide range of high-value scientific areas. In the mid- and late-20th century, our country engaged in forward-looking policies that incentivized the best minds in the world to generate their innovations in our country. We welcomed students, scholars and scientists that Germany and other countries would not. Our decision to combine American ingenuity, American resilience, and American entrepreneurialism with universities that could draw the best young minds from all over the

world, were essential to America's becoming the world leader in most high-value areas of science and technology.

8. The University of Michigan's participation in the H1-B program is a vital component of our ability to serve our state and our nation as effectively as possible. It provides a means for our students, our companies, and our communities to get accelerated and privileged access to the flow of innovations that come from world-class research collaborations. This ability allows us to bring discovery to hospitals and marketplaces faster, and enhance American leadership in vital areas of science and medicine where we cannot afford to fall behind.

9. The University participates in the H-1B program by submitting H-1B petitions for individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce. For example, U-M recently pursued H-1B sponsorship for a:

- Clinical faculty member performing adult cardiac surgery procedures; rounding on patients in the intensive care unit; mentoring junior faculty and medical residents and fellows; developing and conducting clinical and basic research in cardiac surgery.
- Research fellow conducting research in chemical engineering with a focus on deciphering how chronic disease affects skeletal metabolism with the goal of improving bone health in chronic disease patients.
- Nuclear Engineer/Radiological Scientist conducting research activities in self-organization phenomena and advanced laser systems to investigate the origins and mechanisms of self-organizing behaviors in plasma environments.
- Faculty member teaching and conducting research in Robotics; publishing scholarly findings in peer-reviewed journals, presenting work at academic conferences, and seeking external funding to support research activities.

10. U-M currently employs more than 850 individuals in H-1B status.[1] In FY 2024, USCIS approved[2] 491 H-1B petitions on behalf of U-M. In the last five years, USCIS approved an average of 449 U-M-filed H-1B petitions per year. On an annual basis, approximately twenty (20) percent of petitions filed by the University are for new employees who are abroad and, based on the 10/20/2025 USCIS guidance on the Proclamation,[3] are subject to the $100,000 payment.

11. As it has in the past, the University intends to submit H-1B petitions in the next year and in future years to come in support of its research, teaching and patient case mission. *But for the Proclamation*, U-M expects that it would submit H-1B petitions at approximately the same rate in the coming years as it has in recent years.

12. As an institution of higher education, the University is not subject to the H-1B numerical cap. As a result, U-M files its H-1B petitions throughout the year, rather than during a prescribed petition window in the spring and summer of 2026. While many beneficiaries of our H-1B petitions are already in the U.S., e.g. as international students in F-1 status in their period of Optional Practical Training (OPT), not all are. Individuals in F-1 OPT status who are the beneficiary of a cap-subject H-1B petition (which must start on or after the start of the new federal fiscal year) are eligible for so-called cap-gap relief, granting them an automatic extension of their OPT on the basis of their H-1B petition; beneficiaries of H-1B petitions filed by cap-exempt employers do not receive this benefit. Therefore, to avoid a gap in employment eligibility, any new H-1B petition for a beneficiary employed at a cap-exempt employer, such as U-M, must be approved by the actual end date of their current nonimmigrant status and employment authorization.

13. The University's recruitment and petition cycles are not based on the annual H-1B lottery. The University operates on a semester basis, with a substantial number of new faculty and staff joining at the start of any new semester, with the Winter Term starting on 1/7/2026. For example, Michigan Medicine offered a research position to a scholar coming from abroad to conduct research

---

[1] This includes individuals currently employed pursuant to a pending H-1B extension/amendment petition, as permitted by regulation.
[2] < https://www.uscis.gov/tools/reports-and-studies/h-1b-employer-data-hub> (accessed 10/20/2025)
[3] < https://www.uscis.gov/working-in-the-united-states/h-1b-specialty-occupations> (accessed 10/20/2025)

focusing on tumor evolution, lineage plasticity, and therapy resistance in prostate cancer using molecular, cellular, and computational approaches to advance biomarker discovery and therapeutic strategies. His start date was scheduled for 1/5/2026, but this may not be possible – if he can join at all – due to the Presidential Proclamation. Similarly, the department of Biological Chemistry offered a research position to a scholar coming from abroad to conduct research using single-particle cryo-electron microscopy in combination with biochemical approaches to study how messenger RNA translation is regulated in human health and disease. His anticipated employment, with start date of 2/1/2026, cannot realistically be achieved due to the Proclamation, if he can join at all. To ensure sufficient time to adjudicate H-1B petitions for beneficiaries joining U-M in January or February 2026, especially if they are currently abroad and require an H-1B visa stamp from the U.S. consulate or embassy in their home country, H-1B petitions for these individuals need to be filed as soon as possible.

14. Waiting to file H-1B petitions for these individuals will necessarily result in delays in their ability to join U-M in a timely fashion, causing harm to the University's teaching, research and patient care mission. If U-M cannot employ H-1B visa holders at the same rate it has and in the positions that H-1B visa holders typically occupy, federally funded and other critical research projects, such as those listed above, would be significantly hampered and slowed down due to the lack of critical expertise and experience. The inability to hire new H-1B visa holders would also have a significant and negative impact on the University's patient care mission, endangering the clinical care of many patients around the State of Michigan, and indeed around the country.

15. Based on the University's average submission of 449 petitions per year, even if the $100,000 fee is only required for new petitions for prospective employees who are currently abroad, the new fee requirement would result in the need for the University to pay approximately $100,000 for twenty (20) percent of its petitions, resulting in $9,000,000 in additional fees on an annual basis.

16. The Proclamation thus places the University of Michigan in the position of paying what is effectively a new tax on bringing some of the best minds to America at the expense of a decrease in our

capacity to deliver research, educational, and service activities that save lives, stimulate economic growth, and improve quality of life for families and communities across our state and nation, including those who live in medically underserved areas. As a non-profit institution, the University reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, U-M does not generate significant surpluses that could be redirected without impacting core priorities such as educational programs and financial aid support for students or patient care for the people of Michigan.

17. There would also be additional longer-term cumulative and cascading effects, even if the Proclamation only remains in effect for one year. While it may be possible to postpone an individual course taught within a program, research programs and projects cannot just be paused and resumed. Instead, key research projects will need to stop and cannot easily be restarted once the Proclamation ends. Similarly, life-saving clinical care cannot be postponed without endangering the lives of our patients.

18. Finally, slowdowns or halts in research by the University of Michigan and other American universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening both our national security and the Nation's economic dominance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/23/2025, at Ann Arbor, MI.

                     ___/s Dr. Arthur Lupia_____

                     **Dr. Arthur Lupia**

                     ___/s Dr. Judith Pennywell_____

                     **Dr. Judith Pennywell**