**DECLARATION OF GRETCHEN RITTER**

I, Gretchen Ritter, declare as follows:

1. I am Executive Vice President and Provost at the University of Minnesota (the "University") in Minneapolis, Minnesota. I have held that position since July 31, 2025.

2. I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by the University personnel, and could testify thereto.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that The Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of The Proclamation, was not accompanied by a payment of $100,000. In effect, The Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4. The University is a public, land-grant research institution that contributes knowledge and solutions to help address the world's greatest challenges. It is a research powerhouse and a key driver of economic growth in the state of Minnesota. In FY24, research expenditures were $1.32 billion for the Twin Cities campus. This ranks 12th among U.S. public research universities (NSF HERD Survey) and 47th worldwide (ARWU/Shanghai).

The University has a legacy of high-impact research spanning critical fields from health to agriculture. Just a few examples include the first successful open-heart surgery, and pancreas and bone marrow transplants in the U.S.; discovery of Ziagen, one of the most effective HIV/AIDS drugs; and the development of cold-hardy apple varieties, such as Honeycrisp.

In FY24, the University spun out 25 start-ups for the development of new products and services that benefit the public good and foster economic growth. One such start-up, Niron Magnetics, is developing new battery technologies that eliminate the need for the use of geopolitically sensitive rare-earth materials. Its Clean Earth Magnet was named a TIME magazine best invention of 2023.

5. The University participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce.

6. The University currently employs approximately 430 H-1B visa holders, holding positions in the following job categories:

| | |
|---|---|
| Faculty (Research & Teaching) | 25% |
| Faculty (Clinical) | 10% |
| Researchers | 25% |
| Postdoctoral Associates | 21% |
| Residents/Fellows (Medical & Veterinary) | 5% |
| All Other | 14% |

7. H1-B is the most preferred and appropriate visa in a number of different circumstances. For all tenure-track or tenured faculty, H-1B is the preferred and most appropriate visa type because it allows for dual intent (i.e. ability to pursue permanent residency while also maintaining non-immigrant status). This is also true for Researchers and Postdoctoral Associates if they have begun the permanent residency process. For Medical Residents and Fellows, H-1B status is utilized under approved circumstances when use of the J-1 visa could create a hardship for the resident/fellow or employer. For Veterinary Residents and Interns, because of limitations on patient contact under J-1 regulations, H-1B is the most appropriate visa type and is sometimes the only available visa type.

8. H-1B visa holders contribute across the University, with the following breakdown by college:

| | |
|---|---|
| Medical School | 26% |
| Science & Engineering | 12% |

2

| | |
|---|---:|
| Food, Agriculture, Natural Resources Sciences | 10% |
| Research and Innovation Office | 9% |
| Veterinary Medicine | 5% |
| Liberal Arts | 4% |
| Biological Sciences | 4% |
| All Others (less than 4% each) | 30% |

9. In Fiscal Year 2025 (July 1, 2024 - June 30, 2025), the University submitted approximately 235 H-1B visa petitions (80% of which are filed by the University's International Student and Scholar Services), at least 24 of which were for Consular Processing (filings for individuals living outside the United States). In the last five years, the University has submitted an average of 220 H-1B petitions per year.

10. As it has in the past, the University intends to submit H-1B petitions in this and in future years to come. But for the Proclamation, the University reasonably expects that it would submit H-1B petitions at roughly the same rate in the coming years as it has in recent years.

11. Since the proclamation was issued on September 19, the filing of the majority of our H-1B cases have been paused or postponed. The University's International Student and Scholar Services currently has 37 requests for H-1B status that have not yet been filed with USCIS. Of these requests, 16 are for H-1B extensions, 17 are for changes of status to H-1B, and 4 are for Consular Processing. Based on guidance received September 21 and then on October 20, the University has resumed filing for H-1B extensions and for change of status, but, with one exception, consular filings remain on hold.

12. In addition to other disruptions, the Proclamation is inhibiting the University's recruitment efforts. The faculty hiring and recruiting season begins in mid-fall for most departments. But, due to the Proclamation, departments are determining whether they need to change their job postings and make clear

they are unable to provide visa sponsorship that requires consular processing. Doing so would limit the applicant pool and likely cause the University to lose top-qualified applicants to other employment opportunities.

13. H1-B visa holders play a critical role in advancing the University of Minnesota's research and innovation enterprise. Their contributions are deeply integrated across the University's mission, fueling scientific discovery, strengthening partnerships with American businesses, and driving economic growth and workforce development in Minnesota and across the nation.

Over the past five years (FY21 to FY25), university employees who currently hold or previously held H1-B status have been instrumental to the University's success in securing and conducting thousands of research projects supported by federal, state, business & industry, foundations and associations sponsors. Collectively, their work has contributed to more than $900 million in research funding across a wide range of disciplines, including medicine, public health, engineering, agriculture, biological sciences, education, and other fields critical to national competitiveness and public well-being.

Examples include research to

- Accelerate crop improvement programs, contributing to stronger yields and resilience; ensure food security, protect public well-being, and maintain economic stability across the United States
- Develop treatment solutions for water contaminated with per- and polyfluoroalkyl substances (PFAS)
- Use data mining to improve educational outcomes
- Provide direct care for patients seen at veterinary clinic as well as clinical teaching for students in the College of Veterinary Medicine
- Develop new drug candidates and strengthen the U.S. biomedical and pharmaceutical landscape
- Remove nitrate from agricultural drainage, greatly contributing to lowering nitrate concentrations in rivers, lakes, and oceans
- Advance understanding of complex diseases through new statistical methods
- Improve health outcomes for all populations
- Develop novel sampling systems to prevent infection spread
- Research, teaching, and service to help people lead healthy, well-rounded lives
- Inform updates to the United States cancer screening guidelines

14. If the University cannot continue to employ H-1B visa holders in the same manner as it has in recent years, the University's work will be hampered. Several areas have relied on H-1B visas to ensure

that innovative research, teaching, and clinical work continue at the highest level. For example, due to the high number of excellent jobs available for US bachelor degrees in engineering, there is a shortage of US citizens and US resident researchers in several critical engineering areas including materials science, computer science, biomedical, civil, electrical and aerospace. There are numerous cases in which H-1B visas have addressed this shortage. As an example, one faculty member from outside of the US recently accepted a job offer to conduct research and teach in a specialized area that would not have been possible without an H-1B visa.

15. The College of Science and Engineering has 53 H-1B holders, of whom 31 are faculty members (early in their appointments; such faculty generally have sought and received permanent residency and eventually citizenship), 9 are postdocs (conducting mentored research), 11 are advanced research scientists and engineers, and two are in other roles. Without this source of talent, there are certain subject areas where the number of available PhD-level scientists and engineers is inadequate to provide a source of researchers and teachers. In particular, there is an acute shortage in certain nationally-critical areas including computer science (including AI and cybersecurity), high-energy physics, aerospace engineering, material science, and biomedical engineering. Without these H-1B visa holders, the University would not have enough faculty to teach advanced computing, physics, and engineering. We would also be unable to complete nationally-important research studies addressing materials for aerospace systems, machine learning and robotics, and the design of new life-saving medical devices and interventions.

16. Another example of an area that would be significantly harmed is veterinary medicine. Specifically, the recent changes to H-1B visas could disrupt clinical and diagnostic services, as H-1B employees include faculty clinicians, house officers, and diagnostic specialists who contribute to patient care, client communication, and student clinical training. Research productivity would similarly decline, as applicant pools for many technical and faculty research roles rely on highly qualified international scholars. The recent changes in H-1B visa costs threaten to undermine Minnesota Statute 156.0721, which was recently established Institutional Licensure to address the veterinary workforce shortage by enabling the University to hire international professionals for teaching, training, and clinical roles. This bipartisan

measure was designed to strengthen veterinary service capacity across the state. Unfortunately, imposing a new budgetary burden may limit our ability to recruit internationally.

17. While forgoing employment of individuals through the H-1B visa program would harm the University's ability to conduct important mission activities, including research and teaching, the same is true for continuing to submit H-1B petitions under the terms of the Proclamation. Based on the University's average submission of 26 consular petitions per year, the Proclamation would require the University to pay approximately $2.6 million per year in additional fees.

18. The Proclamation thus places the University in an impossible position of choosing between alternatives that are each harmful to the University's ability to conduct the work that is key to its mission. The University cannot simultaneously pay the fees for the petitions it reasonably anticipates it would submit but for the Proclamation *and* also maintain all of its current research portfolio and other programs.

19. While the University maintains an endowment, it is neither feasible nor sustainable for the University to use endowment funds or other revenue sources for this purpose because:

   a. The majority of the University's endowment is restricted to specific donor-designated purposes, such as scholarships, faculty chairs, and academic programs. For these restricted accounts, the University is not legally permitted to use those funds to cover research infrastructure costs.

   b. Even the portion of the endowment that is unrestricted is subject to a carefully managed annual payout, typically around 4.5%, to ensure long-term financial stability for the institution.

20. It is also not feasible or sustainable for the University to use other revenue sources to fund petition fees at the anticipated rate. As a non-profit institution, the University reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, the University does not generate significant surpluses that could be redirected without impacting core academic priorities such as educational programs and financial aid support for students. Paying these fees would require reductions in key investments supporting the University's faculty, students, staff, research, and teaching infrastructure, as well as other critical activities needed to maintain the University's

academic excellence.  So even if the University could "cover" these new fees, it could do so only by negatively affecting other critical goals central to the institution's mission.

21. Disruptions to the University's research will also have negative effects in the Minneapolis-St. Paul area, the state of Minnesota, and the broader region, as certain research and other programs would face reductions.

22. Finally, slowdowns or halts in research by the University and other American universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening both our Nation's national security and its economic dominance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025.

　　　　　　　　　　　　　　　　　　　　__/s/ Gretchen Ritter_____

　　　　　　　　　　　　　　　　　　　　Gretchen Ritter