**DECLARATION OF DR. ANANTHA SHEKHAR**

I, Dr. Anantha Shekhar declare as follows:

1. I am senior vice chancellor for the health sciences and John and Gertrude Petersen Dean of the School of Medicine at the University of Pittsburgh ("Pitt") in Pittsburgh, Pennsylvania. I have held that position since June of 2020. Prior to joining Pitt, I was at Indiana University (IU), the nation's largest medical school, where I held a number of leadership roles. While serving as director of IU's Precision Health Initiative, I founded the Indiana Clinical and Translational Sciences Institute, a statewide entity that involved a partnership between IU's medical school, Notre Dame and Purdue universities. During my time at Pitt, the six schools of the Health Sciences have seen a 47% increase in externally funded research and development expenditures, this year surpassing $1 billion for the first time.

2. I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by Pitt personnel and could testify thereto.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000. In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4. Pitt is a top-rated state-related institution. Pitt contributes to critical research and innovation in numerous fields, including innovations that have transformed mobility and rehabilitation for veterans and people with disabilities. Such work has led to advancements in assistive technology, such as smart wheelchairs with robotic arms, environmental sensors, and

1

autonomous navigation features to enhance independence as well as integrating virtual reality into rehabilitation protocols to improve engagement and outcomes for veterans recovering from injury. Pitt is also leading the charge to turn data into knowledge for precision medicine by building a data coordinating center for a large national program sequencing metastatic breast cancer so that researchers can use machine learning and artificial intelligence tools to create personalized precision treatments for patients.

5. Pitt participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce.

6. Pitt currently employs 542 H-1B visa holders. In FY2025, Pitt submitted 29 H-1B consular processing visa petitions. In 2024, Pitt submitted 37 H-1B consular processing Petitions. In the last 4 years, Pitt has submitted an average of 30 H-1B consular processing petitions per year.

7. As it has in the past, Pitt intends to submit H-1B petitions in the next year and in future years to come. But for the Proclamation, Pitt reasonably expects that it would submit H-1B petitions at roughly the same rate in the coming years as it has in recent years.

8. H-1B visa holders play an essential role in research at Pitt. Millions of Americans benefit from and depend on the outcomes of Pitt's research. Pitt is uniquely positioned in that it has six schools of the health sciences—dental medicine, health and rehabilitation sciences, medicine, nursing, pharmacy, and public health—working together to radically transform health care. Those who hold H-1B visas in these schools at the University help to make this transformation possible. Below are just a few examples of research areas that benefit from the critical support of H-1B visa holders.

    a. **Mobility:** The Human Engineering Research Laboratories (HERL) at Pitt is a

    pioneering research center dedicated to advancing mobility and functional independence for people with disabilities, especially veterans. Founded in collaboration with the U.S. Department of Veterans Affairs, HERL serves as the VA Center for Wheelchairs and Rehabilitation Engineering and operates as a national hub for assistive robotics and rehabilitation technology.

b. **Artificial Intelligence-Related Research:** Pitt research involving artificial intelligence (AI) continues to grow and has applications in numerous fields ranging from pathology to radiology, critical care, pediatrics, and immunology, to name only a handful. Pitt's breast cancer research teams are investigating how AI models can integrate data like clinical variables, medical images and genomic assays from patient experiences to use patients' individual data to guide more personalized treatments of breast cancer. In addition, Pitt scientists employ machine-learning models to predict drug response in cancer patients. Others put AI to the task of identifying false positive HIV test results and enhancing diagnostic accuracy in tests for urinary tract infections in children.

c. **Vision:** Pitt's School of Medicine - Department of Ophthalmology recently ranked eighth in the country for National Institutes of Health funding for departments of ophthalmology has one of the top basic and clinical research programs in the country. Their research focuses on ocular immunology, infectious disease, molecular genetics, molecular biology of retinal disease and glaucoma, and advanced diagnostic imaging technology development.  Current research includes building and testing prosthetics to treat and cure blindness and working toward making whole-eye transplants possible through a series of studies.

In addition to Pitt's broad research in the health sciences, there are also critical projects in STEM. For example, in Pitt's Swanson School of Engineering, researchers are developing magnetic materials for electric power conversion systems and optical and electromagnetic materials for infrastructure sensing. These novel technologies can be used for a variety of applications, including enhancing energy resilience and transportation in the Appalachian region. Researchers are also using artificial intelligence to enhance critical infrastructure monitoring, which will have impacts on the U.S. electric power grid, natural gas and nuclear energy plants, carbon transport and storage, and applications for the U.S. military.

9. If the University of Pittsburgh cannot employ H-1B visa holders at the same rate it has, Pitt's research discussed above will be hampered. For example, without the ability to employ workers through the H-1B visa program, the innovative biomedical research being done at Pitt would need to be curtailed. As we are an institution with global influence, we hire through competitive employment processes and attract the most talented people from around the world. Pitt is fortunate to recruit people with specialized knowledge from throughout the United States. Pitt simply needs more people, more researchers and more clinicians to deliver biomedical breakthroughs to patients. When Pitt employs people holding H-1B visas, it is building a cadre of talent tackling the most difficult health problems the United States faces today.

10. In addition, the $100K payment by employers for H-1B petitions will affect training programs. Principal investigators rely on postdoctoral researchers (postdocs) for studies to advance. Postdocs often hold H-1B visas. By making the hiring of international postdocs that require consular processing economically infeasible, our faculty will not be able to bring trainees with leading edge research skills to their labs. Many postdocs who have H-1B visas go on to obtain a green card and eventually work in the United States, meeting a critical need for scientists working

in areas like cancer research, chronic disease, infectious disease, etc. Moreover, the number of faculty who enter the United States via H-1B visas will likely be reduced if the $100K payment by employers remains a requirement. This will limit the number of faculty who can teach and train students pursuing careers in medicine or biomedical research. Not only will this further limit the United States' supply of physicians and scientists, but it will also reduce the depth and breadth of research portfolios of U.S. institutions. Faculty and researchers entering the United States on H-1B visas often bring specialized expertise difficult, if not impossible to find here. In other instances, they bring similar expertise but help to increase the numbers needed to advance science and ensure that it ultimately improves or saves the lives of patients.

11. Forgoing the employment of individuals through the H-1B visa program would hinder Pitt's ability to fulfill its mission and translate cutting-edge medical innovations into clinical practice, where they improve care and save lives. The same is true for continuing to submit H-1B petitions under the terms of the Proclamation. Based on Pitt's average submission of 233 petitions per year, even if the $100,000 fee is "only" required for new petitions for prospective employees who are currently abroad, the Proclamation would require Pitt to pay approximately at least $3 million dollars per year in additional fees.

12. As a non-profit institution, Pitt reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, Pitt does not generate significant surpluses that could be redirected without impacting core academic priorities such as educational programs and financial aid support for students. Paying these fees, would require reductions in other key investments supporting Pitt's faculty, students, staff, research, and teaching infrastructure, as well as other critical activities needed to maintain Pitt's academic excellence. So even if Pitt could "cover" these new fees, it could do so only by

negatively affecting other critical goals central to the institution's mission. In addition to disrupting the programs from which Pitt would divert funds to cover the Proclamation's fees, the task of revamping Pitt's budget to account for these unanticipated fees will require significant effort.

13. Pitt currently has 1 H-1B consular processing petition ready for submission that is awaiting Department of Labor certification. Additionally, Pitt has 6 H-1B cases currently pending with USCIS, including one consular processing case filed after September 21st. Employees associated with these petitions have start dates within the next three months, making timely processing and submission critical. These petitions represent essential faculty and staff roles that have already been approved through our competitive institutional recruiting and hiring processes. Delays in filing will result in significant disruptions to research projects, teaching obligations, and critical university operations, as these individuals have been recruited specifically to fill time-sensitive roles. The inability to submit these petitions during the next 6-8 weeks will force the university to either postpone start dates—potentially losing candidates to other opportunities—or proceed without these essential personnel, compromising our academic and research missions.

14. There would also be additional, longer-term cumulative and cascading effects, even if the Proclamation only remains in effect for one year. Research at Pitt is deeply integrated with multi-year grants, clinical trials, regulatory approvals, and long-term faculty and student commitments. Interrupting this work, even temporarily, has cascading consequences that cannot be reversed by simply removing a financial barrier like a $100,000 visa petition fee. If Pitt is unable to hire new international researchers due to visa constraints, critical roles remain vacant, delaying recruitment, onboarding, and project progress. These delays can jeopardize federally funded research, compromise clinical trial integrity, and stall the development of treatments in areas like

cancer, neuroscience, and regenerative medicine. The result isn't just lost time—it's delayed access to life-saving therapies for patients in Pennsylvania and around the world.

15. Disruptions to Pitt research would have significant financial consequences for Pennsylvania. Pitt generates over $6.6 billion in annual economic impact statewide, supporting thousands of jobs and driving growth through research spending, commercialization, and partnerships. In fiscal year 2024 alone, Pitt's research expenditure directly benefited businesses in more than 80% of Pennsylvania counties, with Allegheny County receiving the largest share. The university also launched 13 startups in 2023, many of which contribute to local job creation, innovation, and investment attraction. Disruptions to research hiring, especially of international talent, would slow this momentum, reduce vendor spending, and weaken Pennsylvania's competitiveness in life sciences and advanced technology.

16. Finally, slowdowns or halts in research by Pitt and other American universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening both our Nation's national security and its economic dominance. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025.

*/s/ Anantha Shekhar*
Anantha Shekhar