## DECLARATION OF PHYLLIS J. VETTER

I, Phyllis J. Vetter, declare as follows:

1.     I am General Counsel and Vice President at the University of Utah (the "University") in Salt Lake City, Utah.  I have held that position since December 1, 2018.  Prior to that I served as Deputy General Counsel and Associate General Counsel since 1998.

2.     I have knowledge of the matters based on my review of information and records gathered by University of Utah personnel, and could testify thereto.

3.     I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation").  I understand that the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000.  In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4.     The University of Utah is its state's flagship institution and a Tier 1 research university. The University participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce.

5.     The University of Utah relies on H-1B workers to perform critical roles teaching, researching, and providing patient care, both on campus and throughout University of Utah Health, the only academic medical center in the state of Utah, which provides care for the people of Utah, Idaho, Wyoming, Montana, western Colorado, and much of Nevada. The University of Utah serves as the training ground for scientists and the majority of Utah's physicians, nurses, pharmacists, therapists, and other health care professionals.

6.      The University of Utah currently employs approximately 400 H-1B visa holders. The University's H-1B employees play a key role in teaching our students, providing health care to patients, and developing major scientific research innovations. These activities serve the people of Utah and the nation. They support achievements and technologies that benefit American business interests and advance the local and national economy.  Millions of Americans benefit from and depend on the University's teaching, patient care and research advances.  As it has in the past, the University of Utah intends to submit H-1B petitions in the next year and in future years to come. But for the Proclamation, the University of Utah would continue to hire high-skilled international professionals located outside the U.S. through the H-1B program.

7.      This year, due to the Proclamation, the University has put on hold four petitions for H-1B workers it intended to fill with individuals abroad.

8.      The University was counting on those workers to perform the following roles: (1) a faculty member and medical physicist in the Department of Radiology providing critical teaching, research, and support of patient care related to  medical imaging and dosimetry; (2) a biological researcher in the Department of Human Genetics conducting research to address the genetics and cell biology of the visual system; (3) a global program manager in the Office of Global Engagement responsible for leading and executing global programming initiatives and managing a portfolio of international programs and events; and (4) a computer scientist in the Kahlert School of Computing researching high-performance game engines for interactive gaming, including real-time and offline game physics systems.

9.      The University was finalizing each of these applications when the Proclamation was issued. As a result, each of these roles remains unfilled impacting teaching, patient care, coordination of student programming and various research projects.

10.    In addition to these specific petitions that cannot be filed with U.S. Citizenship and Immigration Services, recruitment and hiring efforts across the University have been thrown into disarray as departments, centers, and programs attempt to pivot from their planned reliance on the H-1B program. Ongoing recruitment has been impacted for faculty in various disciplines, for physicians across multiple specialties as well as other professional roles.

11.    As a result, the University's leadership is fielding inquiries about how to handle outstanding offers of employment, current applicant pools, and initiation of new recruitment processes. The University is unable to move forward in any direction with several individuals with outstanding offers of employment while waiting for more clarity on the application of the Proclamation to cap exempt entities, the availability of exemptions for higher education, health care, and the availability of exemptions for highly qualified individuals filling critical roles.

12.    Leadership anticipates having to make staffing and budget adjustments to account for hiring gaps and barriers to recruitment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025.

_____
Phyllis J. Vetter