## **DECLARATION OF WASHINGTON UNIVERSITY IN ST. LOUIS**

I, Paul J. Scheel, declare as follows:

1. I am Vice Chancellor for Clinical Affairs and CEO for WashU Medicine at Washington University in St. Louis ("WashU"). I have held that position since 2017.

2. I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by WashU personnel, and could testify thereto.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that the Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of the Proclamation, was not accompanied by a payment of $100,000. In effect, the Proclamation aims to impose a $100,000 fee on future H-1B petitions.

4. Founded in 1853, Washington University in St. Louis is a private, nonprofit research university. WashU promotes higher education by fostering excellence and creativity in our teaching, conducts rigorous research and scholarship, and treats patients from Missouri, Illinois and beyond, at our nationally ranked affiliated hospitals. WashU has six (6) campuses in and around the St. Louis area and maintains nine (9) schools. Washington University in St. Louis contributes to critical research and innovation in numerous fields, including Medicine and Engineering. For example, WashU Medicine is a research pioneer in the microbiome, the Human Genome Project, genetic testing, cancer cell-based immunotherapies, and DNA vaccines. Such work has led to advancements in a blood test for Alzheimer's, the development of an intranasal COVID-19 vaccine, developed an FDA-approved drug for a genetic form of amyotrophic lateral sclerosis, and created two tests for genetic mutations in blood and solid tumors to enable precision

1

medicine, as well as many other significant contributions to medicine. Additionally, labs in WashU's McKelvey School of Engineering are undertaking cutting edge research to determine how artificial intelligence can be used in a variety of fields and applications such as AI-driven design of architecturally diverse and deconstructable polymers and the use of large language models to predict postoperative complications by analyzing preoperative assessments and clinical notes. Our 16,000 employees, including our 700+ employees holding H-1B visas, make vital contributions to WashU's teaching and scholarship and our ability to conduct cutting-edge research, make scientific discoveries, and care for patients.

5.  Washington University in St. Louis participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce.

6.  H-1B visa holders play a critical role in research, patient care and teaching at WashU. Our students and patients rely on H-1B visa holders for education and medical care and millions of Americans benefit from and depend on the work of such individuals who produce new and innovative technologies and lifesaving research. For example, our H-1B researchers have made groundbreaking scientific advances in many fields, including:

>    a.  Conducting research that has contributed to the creation of advanced mass spectrometry techniques that can detect and measure disease-related proteins which have significantly improved the medical community's understanding of Alzheimer's disease development and progression. These discoveries have advanced the ability of physicians and researchers to detect Alzheimer's disease earlier and more accurately, allowing for more timely intervention and supporting the development of more effective treatments.

2

b. Creating an innovative computer-based method to solve the pathway enrichment problem, a popular method for interpreting genomic data that helps scientists piece together the complex puzzle of how diseases develop and progress, leading to more targeted and effective approaches to healthcare. The new method resulted in more accurate and precise interpretation of data, led to significant improvements in computational performance and has become part of a standard toolbox for researchers working with genomic data.

c. Significantly advancing personalized medicine by creating novel statistical and machine learning prediction models using complex algorithms that have drastically enhanced the ability to predict an individual patient's risk of developing various diseases and conditions, such as cancer (breast cancer particularly) and Alzheimer's disease. Use of these models will transform an individual's biographical statistics and declared symptoms into reliable predictions of the precise medical care, including prevention strategies, that will produce optimal health outcomes.

d. Providing critical research contributions that have resulted in advancements in the development of new cancer treatment technologies such as the highly personalized delivery of radiation to cancerous tumors while sparing healthy tissue. This research offers critical insights into the reduction of negative side effects and enhancement of treatment efficacy for a wide range of radiotherapy devices leading to radiation therapy that is highly automated, accurate, cost-effective, patient specific and minimally harmful to surrounding healthy tissues.

e. Conducting innovative research that has directly impacted how physicians identify and treat patients suffering from a wide variety of infectious diseases, including

SARS-CoV-2 ("COVID-19"), viral hepatitis, bacterial infections, and Human Immunodeficiency Virus ("HIV"). Additionally, the creation of novel therapies that target the immune system during infections has served as a revolutionary approach for these serious diseases, and has had important implications for future research, patient care, and public health.

7. Washington University in St. Louis currently employs 712 H-1B visa holders. In 2024, WashU submitted 330 H-1B visa petitions and of those petitions, forty (40) were new H-1B visa petitions that I understand would now be subject to the $100,000 fee. In the last three (3) years, WashU has submitted an average of two hundred and ninety-seven (297) H-1B petitions per year. Across those three years, an average of thirty-six (36) H-1B petitions each year have been new H-1B petitions that would require the $100,000 fee.

8. As it has in the past, WashU intends to submit H-1B petitions in the next year and in future years to come. But for the Proclamation, WashU reasonably expects that it would submit H-1B petitions at roughly the same rate over the next several years as it has in recent years.

9. Before the Proclamation was issued, WashU planned to employ approximately seven (7) additional noncitizens through the H-1B visa program by the end of 2026, but petitions for those prospective employees are now subject to a $100,000 per petition fee so those plans have been placed on hold. These employees would have filled critical teaching and patient care roles in the Department of Anesthesiology.

10. As a result of the Proclamation, WashU temporarily halted all H-1B petitions until we received clarifying guidance regarding several matters addressed in the Proclamation, including information on how to apply for the exceptions provided for in Section 1(c) of the Proclamation. Additionally, WashU Medicine halted its recruitment of highly experienced

International Medical Graduates ("IMG") to fill teaching and clinical patient care positions in various understaffed departments including the Division of Infectious Diseases and the Department of Anesthesiology. For example, we are currently holding on three (3) petitions for H-1B *Physicians of National or International Renown* who reside outside the U.S. and who had been recruited over the course of two years by our Department of Anesthesiology.  One (1) of those petitions would have been filed the week of September 21st, but for the Proclamation, with the other two (2) to follow shortly thereafter.  The Department of Anesthesiology has resorted to recruiting outstanding clinical anesthesiologists outside the U.S. due to a severe shortage of anesthesiologists educated at U.S. medical schools. For FY 2026, the department projects a shortage of fifteen (15) anesthesiologists.  The three (3) international physicians whose H-1B petitions are on hold would make up 20% of the anticipated shortfall so the delay in filing and potential loss of these candidates is significant; it will result in greater workloads for our existing anesthesiologists and longer patient wait times for procedures requiring anesthesia.

      Moreover, due to the success that the Department of Anesthesiology has had in recruiting International Medical Graduates to perform teaching and patient care activities, other departments at WashU's School of Medicine have begun recruiting from abroad with the hope that such efforts will eliminate their recurring physician staffing shortages.  Indeed, WashU's Division of Infectious Diseases received approval of an H-1B visa for its second IMG recruit just three (3) days after the Proclamation became effective.  Unfortunately, the division's future international recruitment efforts are now on hold due to the Proclamation.

      11.    By imposing a $100,000 fee on future H-1B petitions, the Proclamation has immediately complicated WashU's plans to employ those critical workers.  As a non-profit institution, WashU will not be able to pay the $100,000 fee for each prospective H-1B visa holder

(up to an average of four million dollars ($4,000,000) annually) since the cost of just one such petition would exceed the entire budget that departments allocate for immigration and visa related expenses for an entire year. Ultimately, this will adversely impact our patient care abilities due to staff shortages. This will result in longer patient wait times for appointments and treatment across specialties. Further, WashU Medicine will have to drastically cut back on the surgeries we perform as well as other procedures that require anesthesia due to lack of anesthesiologists.

12. While WashU maintains an endowment, it is neither feasible nor sustainable for WashU to use endowment funds or other revenue sources for this purpose because:

    a. The majority of WashU's endowment is restricted to specific donor-designated purposes, such as scholarships, faculty chairs, and academic programs. WashU is not legally permitted to use those funds to cover research infrastructure costs.

    b. Even the portion of the endowment that is unrestricted is subject to a carefully managed annual payout, to ensure long-term financial stability for WashU.

13. It is also not feasible or sustainable for WashU to use other revenue sources to fund petition fees at the anticipated rate without negatively affecting programs and services central to WashU's educational and research mission. As a non-profit institution, WashU reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, WashU does not generate significant surpluses that could be redirected without impacting core academic and research priorities. Paying these fees, assuming it were possible, would require reductions in programs and services supporting WashU's faculty, students, staff, research, and teaching infrastructure.

14. There would also be additional longer-term cumulative and cascading effects, even if the Proclamation only remains in effect for one year. The Proclamation will have a long term

and detrimental impact on WashU's ability to recruit highly experienced and talented international physicians, researchers and academic faculty to come to WashU. Recruiting international physician candidates can take several years from the initial contact through receipt of a visa and commencement of employment. While the Proclamation is in place WashU will drastically scale back its recruiting efforts directed at international physicians. Even if the Proclamation ends after one year and we re-start recruitment efforts, we will not be able to quickly onboard international physicians due to the time it takes to vet each candidate. H-1B visa holders bring extraordinary talent, knowledge and expertise to WashU which benefits the patients and citizens we serve. However, the Proclamation will have a profound, negative impact on WashU's ability to educate students, perform innovative research, and provide world-class patient care.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025.

_____
Paul J Scheel, Jr., M.D.
Associate Vice Chancellor for Clinical Affairs &
CEO, WashU Medicine