## **DECLARATION OF NANCY A. GONZALES**

I, Nancy A. Gonzales, declare as follows:

1. I am Executive Vice President and University Provost at Arizona State University ("ASU") in Tempe, Arizona. I have held that position since July 1, 2021.

2. I either have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by ASU personnel and could testify thereto.

3. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that The Proclamation would restrict from entry into the United States any H-1B visa holder whose initial H-1B petition, filed after the date of The Proclamation on behalf of a beneficiary who is outside the U.S. or otherwise requires the issuance of an H-1B visa in order to begin H-1b employment, was not accompanied by a payment of $100,000. In effect, The Proclamation aims to impose a $100,000 fee on future H-1B petitions of this type.

4. ASU is a comprehensive public research university. ASU is a member of the Chamber of Commerce of the United States of America and of the Association of American Universities.

5. ASU participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot otherwise be obtained in the U.S. workforce, including international faculty.

6. Since 2022, ASU has submitted forty-one H-1B visa petitions on behalf of international faculty that would have been subject to the $100,000 fee. These international faculty have filled critically important positions across our academic enterprise.

7.  As it has in the past, ASU intends to submit H-1B petitions in the next year and in future years to come in order to attract international talent to ASU's faculty. But for the Proclamation, ASU reasonably expects that it would submit H-1B petitions at roughly the same rate going forward.

8.  More specifically, based on prior years' experience and ASU's continued growth in its educational and research enterprises, ASU reasonably expects that, but for the Proclamation, it would submit approximately a dozen new H-1b petitions over the next 12 months in order to employ new teaching faculty who are presently outside the U.S. Each of these new so-called "Consular Processing" H-1b petitions would be subject to the $100,000 fee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2025, at Tempe, Arizona

_____
Nancy A. Gonzales