IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et. al.,<br><br>                Defendants. | Case No. 1:25-cv-03675-BAH |

**DECLARATION OF PAUL W. HUGHES**

I, Paul W. Hughes, declare as follows:

1. I am a partner at McDermott Will & Schulte LLP and counsel for Plaintiff Chamber of Commerce of the United States of America (U.S. Chamber) in this action. I make this declaration based on my own personal knowledge and business records reasonably available to me in my role as counsel for the U.S. Chamber. If called as a witness, I could and would testify competently to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and accurate copy of Proclamation 10973, *Restriction on Entry of Certain Nonimmigrant Workers,* 90 Fed. Reg. 46,027 (Sept. 19, 2025), also available at https://perma.cc/9MRK-QSZL.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a memorandum by U.S. Citizenship and Immigration Services, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B,* issued Sept. 20, 2025.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a memorandum by U.S. Customs and Border Protection, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers [H-1B]*, issued Sept. 20, 2025.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a webpage on the United States Department of State website, *H-1B FAQ*, published September 21, 2025, downloaded from, https://perma.cc/KZ4E-4SHY.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a webpage on the U.S. Citizenship and Immigration Services website, *H-1B Specialty Occupations*, accessed on October 21, 2025, downloaded from https://perma.cc/39JB-994C.

7. Attached hereto as Exhibit 6 is a true and accurate copy of *USCIS Fee Schedule* (Aug. 29, 2025), downloaded from https://perma.cc/U39L-CRRA.

8. Attached hereto as Exhibit 7 is a true and accurate copy of *The H-1B Visa Program*, FWD.us (Jan. 27, 2025), downloaded from https://perma.cc/KN4A-9Y39.

9. Attached hereto as Exhibit 8 is a true and accurate copy of *Understanding America's Labor Shortage: The Most Impacted States*, U.S. Chamber of Commerce (Dec. 13, 2024), downloaded from https://perma.cc/ZMJ6-BNF5.

10. Attached hereto as Exhibit 9 is a true and accurate copy of Association of American Medical Colleges, *The Complexities of Physician Supply and Demand: Projections From 2018 to 2033* (June 2020), downloaded from perma.cc/36P9-PS2R.

11. Attached hereto as Exhibit 10 is a true and accurate copy of Peter A. Kahn & Tova M. Gardin, *Distribution of Physicians With H-1B Visas By State and Sponsoring Employer,* JAMA: The Journal of the American Medical Association (June 6, 2017), downloaded from perma.cc/3FN5-FLE9.

12. Attached hereto as Exhibit 11 is a true and accurate copy of American Immigration Council, *Sizing Up the Gap in our Supply of STEM Workers: Data & Analysis* (Mar. 29, 2017), downloaded from https://perma.cc/SQG7-3Q4K.

13. Attached hereto as Exhibit 12 is a true and accurate copy of Giovanni Peri, Kevin Shih, Chad Sparber, *STEM Workers, H-1B Visas, and Productivity in U.S. Cities*, Journal of Labor Economics (July 2015), downloaded from https://perma.cc/N4GV-YJJ6.

14. Attached hereto as Exhibit 13 is a true and accurate copy of Parag Mahajan et al., *The Impact of Immigration on Firms and Workers: Insights from the H-1B Lottery* (May 2025), downloaded from https://perma.cc/B7KN-288T.

15. Attached hereto as Exhibit 14 is a true and accurate copy of Hao Jiang, et al., *Skilled Foreign Labor, Urban Agglomeration, and Value Creation* (February 19, 2025), downloaded from https://perma.cc/9VWK-592B.

16. Attached hereto as Exhibit 15 is a true and accurate copy of Nicolas Morales, *Understanding the Potential Impact of H-1B Visa Program Changes*, Federal Reserve Bank of Richmond (Oct. 2025), downloaded from https://perma.cc/PWE5-25CU.

17. Attached hereto as Exhibit 16 is a true and accurate copy of Christian Gunadi, *An inquiry on the impact of highly-skilled STEM immigration on the U.S. economy*, Labour Economics (2019), downloaded from perma.cc/U39W-P2SZ.

18. Attached hereto as Exhibit 17 is a true and accurate copy of *Chamber Litigation Center*, U.S. Chamber of Commerce (2025), downloaded from https://perma.cc/WH3T-JXRP.

19. Attached hereto as Exhibit 18 is a true and accurate copy of *Topics: Immigration*, U.S. Chamber of Commerce, downloaded from https://perma.cc/S4TA-3ZJD.

20. Attached hereto as Exhibit 19 is a true and accurate copy of U.S. Chamber of Commerce, Comment on *Modernizing H-1B Requirements, Providing Flexibility in the F-1 Program,*

*and Program Improvements Affecting other Nonimmigrant Workers* (Dec. 22, 2023), downloaded from https://perma.cc/NE9R-BRR4.

21. Attached hereto as Exhibit 20 is a true and accurate copy of U.S. Chamber of Commerce, Comment on *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Media* (Sept. 26, 2025), downloaded from https://perma.cc/5MJ6-Q973.

22. Attached hereto as Exhibit 21 is a true and accurate copy of Nadia Almasalkhi, *High-Skilled Immigration Workers Benefit American Industry, But U.S. Policies Threaten Them*, Berkely Interdisciplinary Migration Initiative (September 11, 2023), downloaded from https://perma.cc/RUY2-GER6.

23. Attached hereto as Exhibit 22 is a true and accurate copy of excerpted portions of National Academies of Sciences, Engineering, and Medicine, *The Economic and Fiscal Consequences of Immigration*, The National Academies Press (2017), downloaded from perma.cc/JU7U-LVJ2.

24. Attached hereto as Exhibit 23 is a true and accurate copy of Alex Nowrasteh, *Don't Ban H-1B Workers: They Are Worth Their Weight in Innovation, Cato at Liberty* (May 14, 2020), downloaded from perma.cc/SMW4-UUJT.

25. Attached hereto as Exhibit 24 is a true and accurate copy of Cat Zakrzewski et al., *Trump unveils $100K yearly fee on H-1B visas in clampdown on legal immigration*, Wash. Post (Sept. 19, 2025), downloaded from https://perma.cc/6QHY-CGA5.

26. Attached hereto as Exhibit 25 is a true and accurate copy of *Major Initiatives: America Works Initiative*, U.S. Chamber of Commerce, downloaded from https://perma.cc/EG35-52F9.

27.     Attached hereto as Exhibit 26 is a true and accurate copy of U.S. Citizenship and Immigration Services, *H-1B Electronic Registration Process*, downloaded from https://perma.cc/P449-JGSY.

28.     Attached hereto as Exhibit 27 is a true and accurate copy of Stephen Dimmock et al., *Give Me Your Tired, Your Poor, Your High-Skilled Labor: H-1B Lottery Outcomes and Entrepreneurial Success* 68 Management Science 6950 (2021), downloaded from https://perma.cc/X5D9-JYF8.

29.     Attached hereto as Exhibit 28 is a true and accurate copy of Kelsy Y. Santamaria et al., Cong. Rsch. Serv., *Presidential Authority to Suspend Entry of Aliens Under 8 U.S.C. § 1182(f)* (2024), downloaded from https://perma.cc/6MEA-U2NF.

30.     I understand that the headquarters of Defendant the United States Department of Homeland Security, where Defendant the Secretary of Homeland of Security maintains her principal office, is in Washington, D.C. *See* United States Department of Homeland Security, *DHS Mailing Address*, available at https://perma.cc/Y65V-N3N7.

31.     I understand that the headquarters of Defendant the United States Department of State, where Defendant the Secretary of State maintains his principal office, is in Washington, D.C. *See, e.g.,* United States Department of States, *Contact Us – Office of the Legal Adviser*, available at https://perma.cc/L3RV-BBDS.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge.

Dated:  October 24, 2025
        Washington, DC                                   Paul W. Hughes