# EXHIBIT 8

# Understanding America's Labor Shortage: The Most Impacted States

🌀 **www.uschamber.com**/workforce/the-states-suffering-most-from-the-labor-shortage

December 13, 2024



Nearly every state is facing an unprecedented challenge finding workers to fill open jobs. Learn which states have been impacted the most by the nation's worker shortage crisis.

- [Topics](#)    /
- [Workforce](#)    /





**Lindsay Cates**

*Director, Communications and Strategy, U.S. Chamber of Commerce*



**[Stephanie Ferguson Melhorn](#)**

*Executive Director, Workforce & International Labor Policy, U.S. Chamber of Commerce*
Updated

October 16, 2025

Published

December 13, 2024

Several states in America are facing a worker shortage crisis: There are too many open jobs without people to fill them. The interactive map below shows which states are suffering the most from a labor shortage by comparing their Worker Shortage Index ratios.

The Chamber's Worker Shortage Index ratio indicates the number of available workers for every job opening. States with a higher ratio have more workers available to fill open jobs. For example, a ratio of 0.39 means a state has just 39 workers for every 100 open jobs. A ratio above 1.0 would indicate a surplus of available workers compared to job openings.

## State of American Business

- 

- 

## The Worker Shortage Across America

Explore the interactive map below to see the impact of the worker shortage crisis in each state.

Least severe

Severe

More severe

Most severe

# Alabama

Alabama has 65 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.65*
> Alabama's Worker Shortage Index

- Job Openings: **105,000**
- Unemployed Workers: **68,191**
- Labor Force Participation Rate: **57.7**
- Unemployment Rate: **2.9**
- Quit Rate: **1.9**
- Hiring Rate: **3.5**

# Alaska

Alaska has 91 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.91*
> Alaska's Worker Shortage Index

- Job Openings: **19,000**
- Unemployed Workers: **17,290**
- Labor Force Participation Rate: **65.2**
- Unemployment Rate: **4.7**
- Quit Rate: **2.9**
- Hiring Rate: **4.4**

# Arizona

Arizona has 103 available workers for every 100 open jobs.

*Last updated August 2025*

*1.03*
Arizona's Worker Shortage Index

- Job Openings: **153,000**
- Unemployed Workers: **157,143**
- Labor Force Participation Rate: **61.4**
- Unemployment Rate: **4.1**
- Quit Rate: **2.2**
- Hiring Rate: **3.9**

## Arkansas

Arkansas has 79 available workers for every 100 open jobs.

*Last updated August 2025*

*0.79*
Arkansas's Worker Shortage Index

- Job Openings: **68,000**
- Unemployed Workers: **53,852**
- Labor Force Participation Rate: **58.4**
- Unemployment Rate: **3.8**
- Quit Rate: **1.8**
- Hiring Rate: **3.5**

## California

California has 145 available workers for every 100 open jobs.

*Last updated August 2025*

*1.45*
California's Worker Shortage Index

- Job Openings: **757,000**
- Unemployed Workers: **1,094,674**
- Labor Force Participation Rate: **62.4**
- Unemployment Rate: **5.5**
- Quit Rate: **1.8**
- Hiring Rate: **3.2**

## Colorado

Colorado has 115 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.15*
> Colorado's Worker Shortage Index

- Job Openings: **121,000**
- Unemployed Workers: **139,145**
- Labor Force Participation Rate: **67.4**
- Unemployment Rate: **4.2**
- Quit Rate: **2.4**
- Hiring Rate: **3.8**

## Connecticut

Connecticut has 103 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.03*
> Connecticut's Worker Shortage Index

- Job Openings: **71,000**
- Unemployed Workers: **73,253**
- Labor Force Participation Rate: **64.6**
- Unemployment Rate: **3.8**
- Quit Rate: **1.3**
- Hiring Rate: **2.9**

## Delaware

Delaware has 100 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.00*
> Delaware's Worker Shortage Index

- Job Openings: **22,000**
- Unemployed Workers: **21,935**
- Labor Force Participation Rate: **59.0**
- Unemployment Rate: **4.3**

- Quit Rate: **2.4**
- Hiring Rate: **3.7**

## District of Columbia

District of Columbia has 93 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.93*
> District of Columbia's Worker Shortage Index

- Job Openings: **27,000**
- Unemployed Workers: **25,206**
- Labor Force Participation Rate: **71.6**
- Unemployment Rate: **6.0**
- Quit Rate: **1.3**
- Hiring Rate: **1.7**

## Florida

Florida has 108 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.08*
> Florida's Worker Shortage Index

- Job Openings: **391,000**
- Unemployed Workers: **423,960**
- Labor Force Participation Rate: **57.7**
- Unemployment Rate: **3.8**
- Quit Rate: **2.2**
- Hiring Rate: **3.3**

## Georgia

Georgia has 66 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.66*
> Georgia's Worker Shortage Index

- Job Openings: **273,000**

- Unemployed Workers: **181,183**
- Labor Force Participation Rate: **60.6**
- Unemployment Rate: **3.4**
- Quit Rate: **1.8**
- Hiring Rate: **3.5**
- Top Employer Industry: **Trade, Transportation, and Utilities**

Learn more: Understanding Georgia's Labor Market

## Hawaii

Hawaii has 70 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.70*
> Hawaii's Worker Shortage Index

- Job Openings: **26,000**
- Unemployed Workers: **18,263**
- Labor Force Participation Rate: **60.4**
- Unemployment Rate: **2.7**
- Quit Rate: **2.0**
- Hiring Rate: **3.2**

## Idaho

Idaho has 84 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.84*
> Idaho's Worker Shortage Index

- Job Openings: **44,000**
- Unemployed Workers: **37,042**
- Labor Force Participation Rate: **63.1**
- Unemployment Rate: **3.7**
- Quit Rate: **3.7**
- Hiring Rate: **4.5**

## Illinois

Illinois has 108 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.08*
> Illinois's Worker Shortage Index

- Job Openings: **272,000**
- Unemployed Workers: **292,495**
- Labor Force Participation Rate: **64.2**
- Unemployment Rate: **4.4**
- Quit Rate: **2.0**
- Hiring Rate: **3.2**

## Indiana

Indiana has 91 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.91*
> Indiana's Worker Shortage Index

- Job Openings: **137,000**
- Unemployed Workers: **124,881**
- Labor Force Participation Rate: **63.6**
- Unemployment Rate: **3.6**
- Quit Rate: **2.3**
- Hiring Rate: **4.0**
- Top Employer Industry: **Trade, Transportation, and Utilities**

[Learn more: Understanding Indiana's Labor Market](#)

## Iowa

Iowa has 88 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.88*
> Iowa's Worker Shortage Index

- Job Openings: **75,000**
- Unemployed Workers: **65,794**
- Labor Force Participation Rate: **67.5**
- Unemployment Rate: **3.8**
- Quit Rate: **2.3**

- Hiring Rate: **3.3**

## Kansas

Kansas has 86 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.86*
> Kansas's Worker Shortage Index

- Job Openings: **69,000**
- Unemployed Workers: **59,613**
- Labor Force Participation Rate: **67.0**
- Unemployment Rate: **3.8**
- Quit Rate: **2.0**
- Hiring Rate: **3.2**

## Kentucky

Kentucky has 97 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.97*
> Kentucky's Worker Shortage Index

- Job Openings: **103,000**
- Unemployed Workers: **100,123**
- Labor Force Participation Rate: **58.2**
- Unemployment Rate: **4.7**
- Quit Rate: **2.0**
- Hiring Rate: **3.5**

## Louisiana

Louisiana has 89 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.89*
> Louisiana's Worker Shortage Index

- Job Openings: **103,000**
- Unemployed Workers: **91,396**

- Labor Force Participation Rate: **58.0**
- Unemployment Rate: **4.4**
- Quit Rate: **2.1**
- Hiring Rate: **4.0**

## Maine

Maine has 68 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.68*
> Maine's Worker Shortage Index

- Job Openings: **33,000**
- Unemployed Workers: **22,339**
- Labor Force Participation Rate: **59.8**
- Unemployment Rate: **3.2**
- Quit Rate: **1.8**
- Hiring Rate: **3.5**

## Maryland

Maryland has 84 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.84*
> Maryland's Worker Shortage Index

- Job Openings: **137,000**
- Unemployed Workers: **115,749**
- Labor Force Participation Rate: **64.7**
- Unemployment Rate: **3.6**
- Quit Rate: **1.9**
- Hiring Rate: **3.0**

## Massachusetts

Massachusetts has 112 available workers for every 100 open jobs.

*Last updated August 2025*

*1.12*

Massachusetts's Worker Shortage Index

- Job Openings: **169,000**
- Unemployed Workers: **189,379**
- Labor Force Participation Rate: **66.9**
- Unemployment Rate: **4.8**
- Quit Rate: **1.3**
- Hiring Rate: **2.3**

## Michigan

Michigan has 104 available workers for every 100 open jobs.

*Last updated August 2025*

*1.04*

Michigan's Worker Shortage Index

- Job Openings: **253,000**
- Unemployed Workers: **264,043**
- Labor Force Participation Rate: **61.5**
- Unemployment Rate: **5.2**
- Quit Rate: **1.9**
- Hiring Rate: **4.1**

## Minnesota

Minnesota has 68 available workers for every 100 open jobs.

*Last updated August 2025*

*0.68*

Minnesota's Worker Shortage Index

- Job Openings: **167,000**
- Unemployed Workers: **113,563**
- Labor Force Participation Rate: **68.1**
- Unemployment Rate: **3.6**
- Quit Rate: **2.0**
- Hiring Rate: **2.9**
- Top Employer Industry: **Education and Health Services**

[Learn more: Understanding Minnesota's Labor Market](#)

## Mississippi

Mississippi has 87 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.87*
> Mississippi's Worker Shortage Index

- Job Openings: **58,000**
- Unemployed Workers: **50,291**
- Labor Force Participation Rate: **55.7**
- Unemployment Rate: **3.9**
- Quit Rate: **1.9**
- Hiring Rate: **3.6**
- Top Employer Industry: **Trade, Transportation, and Utilities**

Learn more: Understanding Mississippi's Labor Market

## Missouri

Missouri has 91 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.91*
> Missouri's Worker Shortage Index

- Job Openings: **145,000**
- Unemployed Workers: **131,536**
- Labor Force Participation Rate: **63.6**
- Unemployment Rate: **4.1**
- Quit Rate: **1.8**
- Hiring Rate: **2.9**
- Top Employer Industry: **Trade, Transportation, and Utilities**

Learn more: Understanding Missouri's Labor Market

## Montana

Montana has 61 available workers for every 100 open jobs.

*Last updated August 2025*

*0.61*
Montana's Worker Shortage Index

- Job Openings: **27,000**
- Unemployed Workers: **16,579**
- Labor Force Participation Rate: **62.1**
- Unemployment Rate: **2.9**
- Quit Rate: **3.0**
- Hiring Rate: **4.5**

## Nebraska

Nebraska has 70 available workers for every 100 open jobs.

*Last updated August 2025*

*0.70*
Nebraska's Worker Shortage Index

- Job Openings: **46,000**
- Unemployed Workers: **32,152**
- Labor Force Participation Rate: **69.5**
- Unemployment Rate: **3.0**
- Quit Rate: **2.1**
- Hiring Rate: **3.2**

## Nevada

Nevada has 132 available workers for every 100 open jobs.

*Last updated August 2025*

*1.32*
Nevada's Worker Shortage Index

- Job Openings: **67,000**
- Unemployed Workers: **88,547**
- Labor Force Participation Rate: **62.8**
- Unemployment Rate: **5.3**
- Quit Rate: **2.2**
- Hiring Rate: **3.7**

## New Hampshire

New Hampshire has 69 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.69*
> New Hampshire's Worker Shortage Index

- Job Openings: **34,000**
- Unemployed Workers: **23,471**
- Labor Force Participation Rate: **65.4**
- Unemployment Rate: **3.0**
- Quit Rate: **2.0**
- Hiring Rate: **3.4**
- Top Employer Industry: **Trade, Transportation, and Utilities**

[Learn more: Understanding New Hampshire's Labor Market](#)

## New Jersey

New Jersey has 109 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.09*
> New Jersey's Worker Shortage Index

- Job Openings: **226,000**
- Unemployed Workers: **245,667**
- Labor Force Participation Rate: **63.5**
- Unemployment Rate: **5.0**
- Quit Rate: **1.6**
- Hiring Rate: **3.3**

## New Mexico

New Mexico has 83 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.83*
> New Mexico's Worker Shortage Index

- Job Openings: **49,000**

- Unemployed Workers: **40,857**
- Labor Force Participation Rate: **57.7**
- Unemployment Rate: **4.1**
- Quit Rate: **2.2**
- Hiring Rate: **3.4**

## New York

New York has 93 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.93*
> New York's Worker Shortage Index

- Job Openings: **426,000**
- Unemployed Workers: **397,912**
- Labor Force Participation Rate: **60.8**
- Unemployment Rate: **4.0**
- Quit Rate: **1.7**
- Hiring Rate: **2.8**

## North Carolina

North Carolina has 76 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.76*
> North Carolina's Worker Shortage Index

- Job Openings: **257,000**
- Unemployed Workers: **194,915**
- Labor Force Participation Rate: **59.2**
- Unemployment Rate: **3.7**
- Quit Rate: **2.6**
- Hiring Rate: **3.6**

## North Dakota

North Dakota has 47 available workers for every 100 open jobs.

*Last updated August 2025*

*0.47*
North Dakota's Worker Shortage Index

- Job Openings: **23,000**
- Unemployed Workers: **10,793**
- Labor Force Participation Rate: **69.4**
- Unemployment Rate: **2.5**
- Quit Rate: **2.2**
- Hiring Rate: **3.8**

## Ohio

Ohio has 117 available workers for every 100 open jobs.

*Last updated August 2025*

*1.17*
Ohio's Worker Shortage Index

- Job Openings: **253,000**
- Unemployed Workers: **295,129**
- Labor Force Participation Rate: **62.5**
- Unemployment Rate: **5.0**
- Quit Rate: **1.9**
- Hiring Rate: **3.4**

## Oklahoma

Oklahoma has 60 available workers for every 100 open jobs.

*Last updated August 2025*

*0.60*
Oklahoma's Worker Shortage Index

- Job Openings: **104,000**
- Unemployed Workers: **62,246**
- Labor Force Participation Rate: **62.8**
- Unemployment Rate: **3.1**
- Quit Rate: **2.0**
- Hiring Rate: **3.6**

## Oregon

Oregon has 130 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.30*
> Oregon's Worker Shortage Index

- Job Openings: **86,000**
- Unemployed Workers: **111,930**
- Labor Force Participation Rate: **62.9**
- Unemployment Rate: **5.0**
- Quit Rate: **2.3**
- Hiring Rate: **3.4**

## Pennsylvania

Pennsylvania has 101 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.01*
> Pennsylvania's Worker Shortage Index

- Job Openings: **261,000**
- Unemployed Workers: **262,644**
- Labor Force Participation Rate: **61.3**
- Unemployment Rate: **4.0**
- Quit Rate: **1.5**
- Hiring Rate: **2.5**

## Rhode Island

Rhode Island has 104 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.04*
> Rhode Island's Worker Shortage Index

- Job Openings: **26,000**
- Unemployed Workers: **27,073**
- Labor Force Participation Rate: **63.7**
- Unemployment Rate: **4.6**

- Quit Rate: **1.9**
- Hiring Rate: **3.5**

## South Carolina

South Carolina has 90 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.90*
> South Carolina's Worker Shortage Index

- Job Openings: **123,000**
- Unemployed Workers: **110,750**
- Labor Force Participation Rate: **57.6**
- Unemployment Rate: **4.3**
- Quit Rate: **2.4**
- Hiring Rate: **3.9**

## South Dakota

South Dakota has 43 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.43*
> South Dakota's Worker Shortage Index

- Job Openings: **22,000**
- Unemployed Workers: **9,393**
- Labor Force Participation Rate: **68.5**
- Unemployment Rate: **1.9**
- Quit Rate: **2.1**
- Hiring Rate: **3.6**

## Tennessee

Tennessee has 86 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.86*
> Tennessee's Worker Shortage Index

- Job Openings: **145,000**

- Unemployed Workers: **124,122**
- Labor Force Participation Rate: **60.0**
- Unemployment Rate: **3.6**
- Quit Rate: **2.2**
- Hiring Rate: **3.9**

## Texas

Texas has 116 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.16*
> Texas's Worker Shortage Index

- Job Openings: **554,000**
- Unemployed Workers: **643,799**
- Labor Force Participation Rate: **64.7**
- Unemployment Rate: **4.1**
- Quit Rate: **2.5**
- Hiring Rate: **3.6**

## Utah

Utah has 79 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.79*
> Utah's Worker Shortage Index

- Job Openings: **78,000**
- Unemployed Workers: **61,738**
- Labor Force Participation Rate: **67.6**
- Unemployment Rate: **3.3**
- Quit Rate: **2.3**
- Hiring Rate: **3.7**
- Top Employer Industry: **Trade, Transportation, and Utilities**

[Learn more: Understanding Utah's Labor Market](#)

## Vermont

Vermont has 60 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.60*
> Vermont's Worker Shortage Index

- Job Openings: **15,000**
- Unemployed Workers: **8,956**
- Labor Force Participation Rate: **64.6**
- Unemployment Rate: **2.5**
- Quit Rate: **1.9**
- Hiring Rate: **3.5**
- Top Employer Industry: **Education and Health Services**

[Learn more: Understanding Vermont's Labor Market](#)

## Virginia

Virginia has 74 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.74*
> Virginia's Worker Shortage Index

- Job Openings: **220,000**
- Unemployed Workers: **162,662**
- Labor Force Participation Rate: **64.7**
- Unemployment Rate: **3.6**
- Quit Rate: **1.9**
- Hiring Rate: **3.4**
- Top Employer Industry: **Professional and Business Services**

[Learn more: Understanding Virginia's Labor Market](#)

## Washington

Washington has 124 available workers for every 100 open jobs.

*Last updated August 2025*

> *1.24*
> Washington's Worker Shortage Index

- Job Openings: **146,000**
- Unemployed Workers: **180,450**

- Labor Force Participation Rate: **62.0**
- Unemployment Rate: **4.5**
- Quit Rate: **1.7**
- Hiring Rate: **2.9**

## West Virginia

West Virginia has 74 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.74*
> West Virginia's Worker Shortage Index

- Job Openings: **40,000**
- Unemployed Workers: **29,422**
- Labor Force Participation Rate: **54.3**
- Unemployment Rate: **3.8**
- Quit Rate: **2.2**
- Hiring Rate: **3.9**

## Wisconsin

Wisconsin has 70 available workers for every 100 open jobs.

*Last updated August 2025*

> *0.70*
> Wisconsin's Worker Shortage Index

- Job Openings: **140,000**
- Unemployed Workers: **97,504**
- Labor Force Participation Rate: **64.8**
- Unemployment Rate: **3.1**
- Quit Rate: **1.8**
- Hiring Rate: **3.1**

## Wyoming

Wyoming has 63 available workers for every 100 open jobs.

*Last updated August 2025*

*0.63*

Wyoming's Worker Shortage Index

- Job Openings: **15,000**
- Unemployed Workers: **9,384**
- Labor Force Participation Rate: **61.6**
- Unemployment Rate: **3.2**
- Quit Rate: **3.0**
- Hiring Rate: **4.7**

Download the data

**Workforce Data Definitions (BLS):**

- **Job Openings:** All positions that are unfilled and have available work
- **Unemployed Workers:** People who do not have a job, have looked for work in the last four weeks, and are currently available and able to work
- **Labor Force Participation Rate:** The percentage of the population that is working or actively looking for work
- **Quit Rate:** The number of employees who voluntarily quit as a percent of total employment
- **Hire Rate:** All additions to payroll as a percentage of total employment

**MORE:** Read in-depth articles on the labor market and business environment in 16 states.

- Colorado
- Florida
- Georgia
- Indiana
- Kentucky
- Minnesota
- Mississippi
- Missouri
- New Hampshire
- North Carolina
- South Carolina
- Tennessee
- Texas
- Utah
- Vermont
- Virginia

## Related



## **The Growth and Opportunity Imperative for America**

Read more

## Stand Up for Free Enterprise

Join us and become a part of our movement to save the system that will secure our collective future.

**Your voice is essential, and your participation is critical.**

# Complete the form to join the movement

The U.S. Chamber and U.S. Chamber Foundation are helping employers discover and develop talent through the [America Works Initiative](#). For more information, contact Stephanie Ferguson at [sferguson@uschamber.com](mailto:sferguson@uschamber.com).

## About the authors



### Lindsay Cates

Lindsay is a director on the communications and strategy team. She previously worked as a writer and editor at U.S. News and World Report.

[Read more](#)



### Stephanie Ferguson Melhorn

Stephanie Ferguson Melhorn is the Senior Director of Workforce & International Labor Policy. Her work on the labor shortage has been cited in the Wall Street Journal, Washington Post, and Associated Press.

[Read more](#)

## Topics

- [Economy](#)
- [Workforce](#)