# EXHIBIT 16

Labour Economics 61 (2019) 101751

Contents lists available at ScienceDirect

# Labour Economics

journal homepage: www.elsevier.com/locate/labeco

# An inquiry on the impact of highly-skilled STEM immigration on the U.S. economy



Christian Gunadi

*Department of Economics University of California, Riverside, USA*

**ARTICLE INFO**

*JEL classification:*
J31
J61
J68

*Keywords:*
Immigration
Wages
STEM
Highly skilled labor

**ABSTRACT**

This article estimates the potential economic benefits of STEM immigration and examines the impact of highly skilled STEM immigration on the wage structure in the United States. Considering that foreign-born share of STEM workers has been increasing rapidly in recent years, there are new interests in examining the extent to which labor market outcomes of natives – and immigrants alike – are affected by this supply inflow. The analysis yields a few main findings. First, U.S. and foreign-born STEM workers with similar skills have a high but finite elasticity of substitution ($\sim 18$), implying that the adverse impact of STEM immigration would be more concentrated among immigrant STEM workers themselves. Second, 2000–2015 foreign STEM labor supply shock increases the average wage of preexisting U.S.-born STEM workers by 4.67%. This finding, however, masks a distributional consequence of the shock as native STEM workers with higher educational attainment experience lower wage gains. Finally, the economic benefit for native workers from 2000–2015 foreign STEM supply shock is approximately 103 billion USD or 1.03% of U.S. GDP in 1999. Almost all of this benefit comes from the productivity spillovers associated with high-skilled STEM immigration that increase the productivity and wages of U.S.-born workers.

## 1. Introduction

Over the past decades, the United States has experienced a large inflow of highly skilled STEM workers. Between 2000 and 2015, the foreign-born share of STEM workers increased from approximately 16% to 24% (Fig. 1). In the face of this trend, there are new interests in examining the extent to which labor market outcomes of natives – and immigrants alike – are affected by this supply inflow. Despite a large number of studies on the effect of overall immigration (e.g., Borjas, 2003; Card, 1990; Ottaviano and Peri, 2012), very little is understood about how high-skilled STEM immigration affects the U.S. labor market. In this paper, I attempt to present new insights to several key issues regarding high-skilled STEM immigration in the United States.

Recently, there is an intense debate in the U.S. on whether foreign STEM workers displace or complement U.S.-born STEM workers. This issue was raised by the emergence of cases claiming that U.S. firms were abusing high-skilled H-1B visas to bring foreign STEM workers to do the work of native STEM workers for less money.[1] Although it might be hard to ascertain the intention of firms when they hire foreign-born STEM workers, it is possible to shed light on this issue by examining the degree of substitutability between similarly skilled U.S.- and foreign-born STEM workers. If these workers are imperfect substitutes, then the influx of foreign STEM workers would result in a higher competition among immigrants themselves, mitigating its adverse impact on the wage and employment outcomes of U.S.-born STEM workers. I begin my analysis by outlining the theoretical framework to examine this issue. Using the framework, I found that similarly skilled U.S.- and foreign-born STEM workers are imperfect substitutes with an elasticity of substitution of approximately 18. This finding suggests that although displacement may occur, it is relatively hard for U.S. firms to fully replace its native STEM workers with their foreign-born counterparts.

I continue the analysis by examining how much the returns to skills within the STEM fields are affected by STEM immigration. When foreign-born STEM workers enter the U.S. labor market, they are heterogeneous in terms of their age/experience and educational attainment. Many studies (e.g., Kerr and Lincoln, 2010; Peri et al., 2015), however, have overlooked this heterogeneity in their analysis. To see why this is important, one can see that the changes of foreign STEM workers

---

☆ I would like to thank Joseph Cummins, Michael Bates, Steven Helfand, Giovanni Peri, all participants in All California Labor Conference 2017 and Applied Economics Seminar at UC Riverside for their comments and suggestions. I would also like to thank the editor and two anonymous referees for their constructive comments. All mistakes are my own.

E-mail address: christian.gunadi@email.ucr.edu

[1] A recent high profile case includes Disney lawsuit in which former workers claimed that the company used H-1B visas to displace American workers. Although this lawsuit was eventually dismissed, the case received national attention and spurred congressional hearing on the impact of high-skilled immigration on U.S. workers.

https://doi.org/10.1016/j.labeco.2019.101751
Received 22 August 2018; Received in revised form 28 May 2019; Accepted 17 July 2019
Available online 19 July 2019
0927-5371/© 2019 Elsevier B.V. All rights reserved.



**Fig. 1.** STEM sector characteristics over time.

across skill groups between 2000 and 2015 had disproportionately increased the supply of relatively older STEM workers with bachelor and post-graduate degrees (Table 1).[2] The differences in the magnitude of the supply shift across skill groups within STEM fields implies that if the preexisting workforce in 2000 experiences immigrants' supply shock that is as large as the changes observed from 2000 to 2015, the wage of older STEM workers with higher educational attainment would be more adversely affected relative to the wage of younger STEM workers with lower educational achievement. The results of the analysis suggest that although 2000–2015 foreign STEM labor supply shock increased the wage of preexisting U.S.-born STEM workers by 4.67%, native STEM workers with higher educational attainment experienced lower wage gains. I do not find that the wage of older U.S.-born STEM workers to be much more adversely affected compared to younger native STEM workers. This is because the degree of substitution between young and older workers in the STEM sector is relatively high.

Using the resulting wage effect estimates, it is possible to quantify the economic benefit of 2000–2015 foreign STEM labor supply shock that accrues to U.S.-born workers. A simple back of the envelope cost-benefit calculation suggests that the economic benefit for native workers is approximately 103 billion USD or 1.03% of U.S. GDP in 1999. It is worth noting that almost all of the benefit can be attributed to productivity spillovers generated by the influx of highly skilled STEM workers. In the absence of this productivity spillovers, the economic benefit accrues for native workers is approximately only 1.64 billion USD or 0.02% of U.S. GDP in 1999. These results imply that the main benefit of STEM immigration comes largely from the generation of ideas associated with high-skilled STEM immigration which promotes the development of new technologies that increase the productivity and wages of U.S.-born workers. In the absence of these productivity spillovers, the economic impact of STEM immigration on the U.S. economy would likely be relatively small.

This paper contributes to the emerging literature that tries to examine the impact of high-skilled immigration on U.S. workers. Traditionally, the economics literature has focused on immigration in the lower-skilled groups (e.g., Borjas, 2017; Card, 1990; Peri and Yasenov, 2018). However, an increasingly larger share of foreign-born in the total STEM workers pool spurs interests in examining the economic impact of high-skilled immigration. Recent research on the topic has focused on finding evidence of positive spillover effects of high-skilled immigration (Borjas and Doran, 2012; Hunt and Gauthier-Loiselle, 2010; Moser et al., 2014), while only a few studies tried to examine how the

---

[2] It should be noted that these changes in the supply across skill groups from 2000 to 2015 are caused by both net migration and the aging of immigrants who arrived at a younger age. Therefore, the wage effect estimates presented in this paper is a 'simulated' wage effect to see how much the wage of the pre-existing workforce in 2000 change if they experienced the supply shift in the magnitude observed in Table 1. This way of estimating the wage effect is consistent with previous works such as Borjas (2003), Ottaviano and Peri (2012), and Manacorda et al. (2012).

C. Gunadi

Labour Economics 61 (2019) 101751

**Table 1**
Percentage change in supply across skill groups within STEM sector due to immigrants, 2000–2015.

| Education | Age group | % Change in supply due to change in number of immigrants |
| --- | --- | --- |
| Less than Bachelor's Degree | 28–32 | –2.57% |
|  | 33–37 | –2.29% |
|  | 38–42 | 0.23% |
|  | 43–47 | 1.86% |
|  | 48–52 | 4.48% |
|  | 53–57 | 7.20% |
|  | 58–62 | 7.43% |
| Bachelor's Degree | 28–32 | 6.78% |
|  | 33–37 | 9.43% |
|  | 38–42 | 12.03% |
|  | 43–47 | 14.79% |
|  | 48–52 | 14.53% |
|  | 53–57 | 20.45% |
|  | 58–62 | 25.31% |
| Post-graduates | 28–32 | 23.59% |
|  | 33–37 | 20.60% |
|  | 38–42 | 24.99% |
|  | 43–47 | 28.66% |
|  | 48–52 | 25.66% |
|  | 53–57 | 26.28% |
|  | 58–62 | 26.81% |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. The table shows the percentage changes in supply across skill groups within STEM fields caused by changes in the number of foreign STEM workers from 2000 to 2015 in each skill groups. The analysis used both men and women of age 28 to 62. STEM occupations are defined using Census 2010 STEM classification.

wages of U.S.-born STEM workers are affected by STEM immigration (Kerr and Lincoln, 2010; Peri et al., 2015).[3] A closely related study is the work by Turner (2017) who found that the wages of STEM workers fell by approximately 4 to 12% relative to non-STEM because of immigration from 1990 to 2010. The work by Turner (2017), however, did not allow for the imperfect substitutability between similarly skilled U.S.- and foreign-born STEM workers. Furthermore, Turner (2017) did not take into account that the inflow of immigrant STEM workers has positive productivity effects. This paper complements the findings by Turner (2017) and other related studies in two important ways. First, this paper analyzes the degree of substitutability between similarly skilled U.S.- and foreign-born STEM workers, which have not been examined previously in the literature to my knowledge. The finding of imperfect substitutability between these two types of workers is important because it implies that the adverse effect of STEM immigration would be largely felt among immigrant STEM workers themselves. Additionally, it also implies that the finding in Kerr and Lincoln (2010) and Peri et al. (2015), who found that the wages and employment of U.S.-born workers are not adversely affected by the inflow of H-1B STEM workers, can be partly explained by the imperfect substitutability between U.S.- and foreign-born STEM workers. Another important contribution of this paper is that it examines how much the relative wages within STEM are affected by STEM immigration. As noted by Kerr and Turner (2015), there is a need to understanding how much the wages within the STEM sector are affected by STEM immigration, especially since the flow of immigrant STEM workers are not uniform across skill groups.

The rest of the paper is constructed as follows. Section 2 describes the theoretical framework. Section 3 describes the data used in the analysis. Sections 4 and 5 present the estimation of the parameters used to simulate the wage effect of STEM immigration. Section 6 documents the results of the analysis. Section 7 concludes.

---

[3] Another related study is by Kerr et al. (2015) who found that an increase in the skilled H-1B immigrant workers in a firm is associated with a rising employment of skilled workers, especially for young natives.

## 2. Theoretical framework

In this section, I present a nested CES framework to estimate the impact of STEM immigration on the wage structure. The model is similar to Peri et al. (2015). However, I extend the model directly by considering that STEM workers may provide different inputs into aggregate production function depending on their skill (education-age) and place of their birth (foreign or U.S. born).

Suppose that the aggregate output at time $t$ is produced by the contribution of skilled and unskilled workers:[4]

$$Y_t = \left\{ A(S_t)\left[\beta(S_t)H_t^\rho + (1-\beta(S_t))L_t^\rho\right] \right\}^{\frac{1}{\rho}} \quad (1)$$

where $H$ and $L$ represent skilled and unskilled labor, respectively. $A(S_t)$ represents skill-neutral technology parameter, and $\beta(S_t) \in [0, 1]$ is the relative productivity of high-skilled labor. It follows that an increase in $\beta$ represents a technological change that favors skilled workers. The total factor productivity ($A$) and the relative productivity of high-skilled workers ($\beta$) are allowed to depend on the number of STEM workers, thereby capturing an important feature that STEM workers are the vital input in the development of new technologies that increase total factor productivity as well as the productivity of skilled workers. The elasticity of substitution between skilled and unskilled labor is represented by $\sigma_H = 1/(1-\rho)$. Following Ottaviano and Peri (2012) and Manacorda et al. (2012), I assume that (1) is a long-run production function in which capital is in perfectly elastic supply and therefore can be solved out of the production function. The skilled labor input ($H_t$) is a combination of labor input of STEM workers of all levels of educational attainment and non-STEM college-educated workers:

$$H_t = [\gamma_t S_t^\mu + (1-\gamma_t)C_t^\mu]^{\frac{1}{\mu}} \quad (2)$$

where $S$ and $C$ represent STEM and non-STEM college labor input, respectively. $\gamma_t \in [0, 1]$ represents the share of labor employed as STEM workers, while $\sigma_{sc} = 1/(1-\mu)$ represents the elasticity of substitution between the STEM and non-STEM college workers. It is plausible for STEM and non-STEM college-educated workers to be perfect substitutes in this framework. However, STEM workers are different than non-STEM college-educated workers in their unique capability of generating innovations and ideas that increase workers' productivity.

So far, the framework is analogous to Peri et al. (2015). Extending their model, I considered that the STEM labor input is an aggregate of labor input of STEM workers with different level of educational attainments:

$$S_t = [\sum_e \theta_{set} S_{et}^\pi]^{\frac{1}{\pi}} \quad (3)$$

where $e$ denotes education group and $\sigma_{se} = 1/(1-\pi)$ is the elasticity of substitution of STEM workers between different education levels. $\theta_{set}$ reflects the relative efficiency of STEM workers with education $e$, with $\sum_e \theta_{set} = 1$. Similarly as before, the supply of labor in each education group within STEM sector is an aggregate of contribution of STEM workers with different age:

$$S_{et} = [\sum_a \theta_{seat} S_{eat}^\lambda]^{\frac{1}{\lambda}} \quad (4)$$

where $a$ denotes age group and $\sigma_{sa} = 1/(1-\lambda)$ is the elasticity of substitution of STEM workers between different age groups. $\theta_{seat}$ reflects relative efficiency of STEM workers with age $a$ within education group $e$, with $\sum_a \theta_{seat} = 1$. I do not assume the relative efficiency term $\theta_{seat}$ to be constant over time (i.e., there is no age-biased technological progress) because this assumption might be to restrictive, which I will discuss

---

[4] Unskilled workers are defined as those with at most high school diploma employed in non-STEM occupations.

in greater detail later. Finally, the labor supply of workers in each education-age (skill) group within STEM fields is a combination of labor input of native-born and immigrant workers:

$$S_{eat} = [\theta^N_{seat} N^\eta_{seat} + \theta^I_{seat} I^\eta_{seat}]^{\frac{1}{\eta}} \quad (5)$$

where $N$ and $I$ denote U.S. and foreign-born STEM workers, respectively. $\sigma_{sn} = 1/(1-\eta)$ is one of the main parameters of interest as it describes the degree of substitutability between similarly skilled U.S.- and foreign-born STEM workers. Similarly as before, $\theta^N_{seat}$ and $\theta^I_{seat}$ are the relative efficiency of U.S. and foreign-born STEM workers with education $e$ and age $a$. Without loss of generality, I assume $\theta^N_{seat} + \theta^I_{seat} = 1$. Eq. (5) allows the relative efficiency of foreign-born STEM workers to be different along education, age, and time. This can be caused by discrimination, selective migration, or changes in the quality of immigrant stock across cohorts.

In a competitive labor market, the wages for STEM workers with education $e$ and age $a$ are equal to their marginal product (for notational simplicity, I omit the dependence of $A$ and $\beta$ on the number of STEM workers $S$):

$$\ln W^i_{seat} = \frac{1}{\sigma_H} \ln Y_t + \ln A_t + \ln \beta_t + \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) \ln H_t + \ln \gamma_t$$
$$+ \left(\frac{1}{\sigma_{se}} - \frac{1}{\sigma_{sc}}\right) \ln S_t + \ln \theta_{set} + \left(\frac{1}{\sigma_{sa}} - \frac{1}{\sigma_{se}}\right) \ln S_{et} + \ln \theta_{seat}$$
$$+ \left(\frac{1}{\sigma_{sn}} - \frac{1}{\sigma_{sa}}\right) \ln S_{eat} + \ln \theta^i_{seat} - \frac{1}{\sigma_{sn}} \ln i_{seat} \quad (6)$$

where $i = N, I$ denotes STEM workers' nativity (U.S. or foreign born). Similarly, the wages for non-STEM college and low skilled workers are given by:

$$\ln W^c_t = \frac{1}{\sigma_H} \ln Y_t + \ln A_t + \ln \beta_t + \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) \ln H_t + \ln \gamma_t - \frac{1}{\sigma_{sc}} \ln C_t \quad (7)$$

$$\ln W^L_t = \frac{1}{\sigma_H} \ln Y_t + \ln A_t + \ln(1-\beta_t) - \frac{1}{\sigma_H} \ln L_t \quad (8)$$

Ignoring the time subscript, if I denote changes in the numbers of foreign STEM workers in each education-age cell as $d\ln I_{sea}$, then the impact of foreign STEM labor supply inflow on U.S.-born STEM worker with education $e$ and age $a$ is given by:[5]

$$d\ln W^N_{sea} = \frac{1}{\sigma_H} d\ln Y + \psi_A d\ln S + \psi_B d\ln S$$
$$+ \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) d\ln H + \left(\frac{1}{\sigma_{se}} - \frac{1}{\sigma_{sc}}\right) d\ln S$$
$$+ \left(\frac{1}{\sigma_{sa}} - \frac{1}{\sigma_{se}}\right) d\ln S_e + \left(\frac{1}{\sigma_{sn}} - \frac{1}{\sigma_{sa}}\right) d\ln S_{ea} \quad (9)$$

where $\psi_A = \frac{\partial \ln A}{\partial \ln S}$ and $\psi_B = \frac{\partial \ln \beta}{\partial \ln S}$ are the spillover (externalities) effects – that is, the change in TFP and skill-biased technological progress caused by new innovations and ideas that are generated by STEM workers. Similarly, the impact on immigrant STEM worker with education $e$ and age $a$ is

$$d\ln W^I_{sea} = \frac{1}{\sigma_H} d\ln Y + \psi_A d\ln S + \psi_B d\ln S + \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) d\ln H$$
$$+ \left(\frac{1}{\sigma_{se}} - \frac{1}{\sigma_{sc}}\right) d\ln S + \left(\frac{1}{\sigma_{sa}} - \frac{1}{\sigma_{se}}\right) d\ln S_e$$
$$+ \left(\frac{1}{\sigma_{sn}} - \frac{1}{\sigma_{sa}}\right) d\ln S_{ea} - \frac{1}{\sigma_{sn}} d\ln I_{sea} \quad (10)$$

Eq. (9) shows that the direct partial wage effect (i.e., when $Y$, $H$, $S$, and $S_e$ are held constant; this is obtainable by following the aggregate skill cell regression approach based on the work of Borjas (2003) by controlling for year-specific effects along with characteristics-by-year specific effects in a regression framework) of STEM immigration on native STEM workers will depend on the size of $\sigma_{sa}$ and $\sigma_{sn}$ parameters.[6] If the complementarity between U.S.-born workers and immigrants within closely defined skill groups in STEM fields is high enough to dominate the degree of complementarity between workers of different age ($\frac{1}{\sigma_{sn}} > \frac{1}{\sigma_{sa}}$), then the direct partial wage effect will be positive–that is, an influx of STEM immigrants workers into a skill group would increase the wage of U.S.-born STEM workers in that skill group.

As noted by Ottaviano and Peri (2012), however, the direct partial wage effect obtained through regression may be uninformative because it does not take into account the pattern of immigration across groups and omits all the cross-group effects. If there is some complementarity between older and younger workers with similar education within the STEM sector, and immigration increases the relative supply of young STEM workers, then the wages of older STEM workers are expected to increase through some complementarity of older and young workers in the STEM sector. Furthermore, estimating direct partial wage effect in this case implies that the productivity spillover effects of STEM workers are ignored (i.e., when $S$ is held constant, it follows that the externalities effects – $\psi_A$ and $\psi_B$ – are omitted).[7] Therefore, to fully capture the total impact of STEM immigration, I use Eqs. (9) and (10) to estimate the total wage effect of STEM immigration that takes into account the pattern of immigration across all groups within STEM fields, the degree of substitution within and across groups, and the potential spillover effects of STEM workers.

For non-STEM college and low skilled workers, the effect of STEM immigration is:

$$d\ln W^c = \frac{1}{\sigma_H} d\ln Y + \psi_A d\ln S + \psi_B d\ln S + \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) d\ln H \quad (11)$$

$$d\ln W^L = \frac{1}{\sigma_H} d\ln Y + \psi_A d\ln S - \frac{\beta}{1-\beta} \psi_B d\ln S \quad (12)$$

As shown in Eq. (12), it follows that although unskilled workers gain from an influx of foreign-born STEM workers through an increase in TFP and some complementarity with highly skilled workers, STEM immigration may potentially reduce the wages of unskilled workers by inducing technological progress that favors skilled workers.

## 3. Data

The data used in the analysis were from IPUMS 5% 2000 Census and American Community Survey (ACS) 2001 to 2015 (Ruggles et al., 2015). Following the literature (e.g., Borjas et al., 2008; Katz and Murphy, 1992; Ottaviano and Peri, 2012), I constructed two slightly different samples to produce measures of labor supply and average wage by cell. The wage sample was designed to obtain an accurate price of labor and consisted of full-time workers who are not self-employed or currently in school.[8] As a measure of wages, I used real weekly earnings obtained by dividing the annual salary and income, INCWAGE, with weeks worked

---

[5] The expressions to calculate each component from Eqs. (9) and (10) are given in the Appendix.

[6] Since the seminal work by Borjas (2003), there are many studies (e.g. Bonin, 2005; Bratsberg and Raaum, 2012; Bratsberg et al., 2014; Steinhardt, 2011) estimating the direct partial wage effect obtained using aggregate skill cell regression approach.

[7] Alternatively, one can see from Eq. (6) that year fixed effect would capture the effect of foreign STEM inflow on TFP and skill-biased technological progress.

[8] Full-time workers were defined as those working at least 40 weeks in a year and at least 35 h in the usual workweek. IPUMS variable SCHOOL was used to determine if an individual is attending school.

in a year (WKSWORK) and then deflating it using the CPI.[9] Then, to obtain the average weekly wages in a cell, I took the weighted average of real weekly earnings where the weights are the hours worked by an individual times his or her person weight (PERWT).[10]

To construct the labor supply sample, I included all workers (including self-employed, in-school, or part-time workers) because the supply in each cell should reflect the total labor supply provided by all foreign and U.S.-born workers (Borjas et al., 2008). Although I also provide the result when labor hours are used, my preferred measure of labor supply is the number of employed workers. The reason for this is that because the measure of labor hours are usually obtained by multiplying usual hours worked per week with weeks worked in a year, measurement error in either usual hours or weeks worked may cause a non-classical measurement error bias resulting from the error in the weighted average of real weekly earnings systematically correlated with the measure of labor hours.[11]

In regression analysis to obtain elasticity parameter estimates that were necessary to estimate the wage effect of STEM immigration, I mainly considered the sample of men of age 28 to 62 who are not living in a group quarter and worked at least one week in the previous year.[12] This is because women's labor supply is more likely to be endogenous to wages relative to men, and the inclusion of women in the sample may have a compositional effect that affects the within-group trends in the wages of workers in a way that is hard to assess (Borjas et al., 2008). In simulating the wage effect of STEM immigration, however, I include both men and women in the analysis. Because highly skilled STEM immigration is mainly focused on workers with college degrees, my preferred specification divides STEM workers into three education groups: less than bachelor's degree, bachelor's degree, and post-graduates.[13] Similar to Card and Lemieux (2001), I classified STEM workers in each education level into seven five-year-age groups (28–32, 33–37, 38–42, 43–47, 48–52, 53–57, 58–62). Following Borjas et al. (2012), all regressions in the analysis used mean log wages and appropriate regression weight (i.e., the inverse of the sampling variance of the dependent variable).

There are a few definitions of STEM occupations (e.g., Langdon et al., 2011; Peri et al., 2015). However, I used the broad STEM occupation classification outlined by National Science Foundation as a guideline to determine the STEM classification to be used in the analysis (National Science Board, 2016).[14] As such, my preferred STEM classification is the Census Bureau 2010 STEM occupations code list, which closely follows the NSF definition. As the Census' Standard Occupational Classification (SOC) expanded over time as a result of technological progress (Lin, 2011), I crosswalk the STEM occupation code list 2010 from the Census Bureau to the time consistent IPUMS 2010 occupational classification codes. I also used Peri et al. (2015) top 4% skill-based STEM classification as a robustness check in the regression analyses to obtain elasticity parameters. It should be noted that the Census STEM definition is preferable because Peri et al. (2015) STEM classification is based on IPUMS 1990 occupational classification codes and therefore may exclude new occupation titles that became common after the beginning of the digital era.[15] Unless otherwise specified, the analysis used Census 2010 STEM occupations classification. The list of STEM occupations is provided in Table B.1 in the Appendix.

## 4. Estimation

To estimate the wage effect of STEM immigration as implied by Eqs. (9)–(12), I need to find estimates of all the own and cross-group elasticity of substitution parameters along with estimates of the externalities elasticity associated with highly skilled STEM workers. I use estimates obtained by Peri et al. (2015) for externalities elasticity, which are approximately 0.22 and 0.10 for $\psi_A$ and $\psi_B$, respectively. The estimate of $\psi_A$ is close to the Bound et al. (2017) estimate of the increase in TFP in the IT sector that is contributed to the number of computer scientists in the sector (0.233). As implied by nested CES framework above, I need an estimate of $S_{eat}$ to estimate $\sigma_{sa}$. Moreover, to estimate CES-weighted labor aggregate $S_{eat}$, I need estimates of $\theta^N_{seat}$ and $\theta^I_{seat}$ along with $\sigma_{sn}$ as implied by Eq. (5). Similarly, to estimate $\sigma_{se}$, $\sigma_{sc}$, and $\sigma_H$, I need estimates of $S_{et}$ and $S_t$ along with $H_t$. It should be noted, however, that it is possible to bypass the calculation of the CES-weighted labor aggregate $S_{eat}$, $S_{et}$, $S_t$, and $H_t$ by using the actual number of workers in each group because they are highly correlated with each other and the distinction does not substantially affect the results (Borjas, 2003; Ottaviano and Peri, 2012). In the steps below, I proceed iteratively and present the results obtained using the actual number of workers and CES-weighted labor aggregate.

### 4.1. Estimating $\sigma_{sn}$, $\theta^N_{seat}$, and $\theta^I_{seat}$

To estimate $\sigma_{sn}$, $\theta^N_{seat}$, and $\theta^I_{seat}$, I can derive the wage differential between U.S.-born workers and immigrants in each skill group within STEM sector using Eq. (6):

$$\ln \frac{W^I_{seat}}{W^N_{seat}} = \ln \frac{\theta^I_{seat}}{\theta^N_{seat}} - \frac{1}{\sigma_{sn}} \ln \frac{I_{seat}}{N_{seat}} \quad (13)$$

Eq. (13) implies that the relative wages of U.S.-born workers and immigrants in each skill group within the STEM sector are inversely related to their relative supply. If immigrants and native workers are perfect substitutes ($\frac{1}{\sigma_{sn}} = 0$), then changes in the relative employment of natives and immigrants will have no effect on their relative wages.

Similar to Borjas et al. (2012), I assume the relative efficiency term $\ln \frac{\theta^I_{seat}}{\theta^N_{seat}}$ can be captured by year, education, and age fixed effects along with their interactions:

$$\ln \frac{\theta^I_{seat}}{\theta^N_{seat}} = \delta_t + \delta_{ea} + \delta_{et} + \delta_{at} \quad (14)$$

It follows that I can obtain an estimate of $\sigma_{sn}$ by estimating the following:

$$\ln \frac{W^I_{seat}}{W^N_{seat}} = \delta_t + \delta_{ea} + \delta_{et} + \delta_{at} - \frac{1}{\sigma_{sn}} \ln \frac{I_{seat}}{N_{seat}} \quad (15)$$

---

[9] Because weeks worked in a year are only available on a bracketed basis after 2007, I follow Ottaviano and Peri (2012) and Borjas et al. (2012) by imputing weeks worked using the mid-value of the range in a bracket. For example, on a 1–13 weeks bracket, I imputed 6.5 weeks. On a 14–26 weeks bracket, I imputed 20 weeks, and so on.

[10] The hours worked is obtained by multiplying usual hours worked per week (UHRSWORK) with weeks worked.

[11] This problem is similar to the "division bias" case outlined in Borjas (1980).

[12] The age range is chosen to allow the individual to complete his or her education, including post-graduate degree, and to abstract away from retirement age.

[13] Indeed, USCIS requires that highly skilled visa (H-1B) applicants to have at least bachelor's degrees or specialized training/experience that is equivalent to the completion of a U.S. bachelor's degree (USCIS, 2017). An exemption can be made if the applicant holds an unrestricted state license or certification that authorizes the applicant to fully practice the specialty occupation. In the fiscal years 2012 through 2015, approximately only 1% of new H-1B petition was approved for workers without a bachelor's or advanced degree in each year.

[14] NSF classifies "biological, agricultural, and environmental life scientists," "computer and mathematical scientists," "physical scientists," "social scientists," "engineers," "S&E managers," and "S&E technicians and technologists" as STEM occupations. It excludes "health-related" occupations.

[15] For example, the "computer and information systems managers" that are part of STEM in IPUMS 2010 occupation codes are classified as "managers and administrators, n.e.c." in IPUMS 1990 codes, which is not part of STEM occupations in Peri et al. (2015). Peri et al. (2015) also provide other possible ways to classify STEM occupation. However, they often include non-S&E and health-related occupations that are not part of STEM occupations according to NSF.

C. Gunadi

Labour Economics 61 (2019) 101751





**Fig. 2.** Old and young wages in STEM.

where the estimates on the year, education, and age fixed effects along with their interactions provide estimates of $\theta_{seat}^N$ and $\theta_{seat}^I$. I use these estimates along with an estimate of $\eta$ to calculate $S_{eat}$.

### 4.2. Estimating $\sigma_{sa}$ and $\theta_{seat}$

Given the estimate of $S_{eat}$, I can then obtain the estimates of $\sigma_{sa}$ and $\theta_{seat}$. In a competitive labor market, the wages of STEM workers with education $e$ and age $a$ are given by

$$\ln W_{seat}$$
$$= \underbrace{\frac{1}{\sigma_H} \ln Y_t + \ln A_t + \ln \beta_t + \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) \ln H_t + \ln \gamma_t + \left(\frac{1}{\sigma_{se}} - \frac{1}{\sigma_{sc}}\right) \ln S_t}_{\delta_t}$$
$$+ \underbrace{\ln \theta_{set} + \left(\frac{1}{\sigma_{sa}} - \frac{1}{\sigma_{se}}\right) \ln S_{et}}_{\delta_{et}} + \ln \theta_{seat} - \frac{1}{\sigma_{sa}} \ln S_{eat} \quad (16)$$

Note that the first and second term of the right-hand side can be captured by year fixed effects along with its interaction with education fixed effects. I assume that the relative efficiency term $\ln \theta_{seat}$ can be captured by the interaction of education-age and year-age fixed effects:

$$\ln \theta_{seat} = \delta_{ea} + \delta_{at} \quad (17)$$

It should be noted that studies that try to estimate the wage effect of overall immigration usually does not include year-age fixed effects ($\delta_{at}$) by assuming that there is no age-biased technological change (e.g., Borjas, 2003; Manacorda et al., 2012; Ottaviano and Peri, 2012). However, a closer look at the data suggests that this assumption might be too restrictive, especially for highly educated STEM workers. Figure 2 show the evolution of wages between older and young STEM workers since 2000.[16] We can see that the trend in wages between the old and the young started to diverge around 2008 for bachelor's and post-graduate degree holders. Because older and young workers might be imperfect substitute (e.g., Card and Lemieux, 2001), one may argue that this result may be driven by the decline of relative supply of older workers with a bachelor's or post-graduate degree in STEM fields. This argument is partly true because the relative supply of older workers with a post-graduate degree did decline around the same time as the divergence of the trend in wages between the old and the young (Fig. 3). However, the relative supply of older workers with a bachelor's degree in STEM fields did not decline, which implies that the relative productivity of older workers needs to increase to explain the divergence in the trend of wages between old and young STEM workers with bachelor's degree. These results imply that I need to take into account the changes over time in relative efficiency across age groups within an educational level in STEM fields, at least for the sample period considered in this study.[17]

---

[16] "Old" is defined as workers of 53 to 62 years old, while "young" consists of workers of 28 to 37 years old.

[17] This result mirrors the findings of Burtless (2013), who found older workers are more productive compared to younger workers in recent years from CPS data. One may want to include education-age-year fixed effects to fully capture the term $\ln \theta_{seat}$. However, this is not possible because there would be as many fixed effects as there are observations.

C. Gunadi

Labour Economics 61 (2019) 101751





**Fig. 3.** Relative supply old/young in STEM.

Therefore, to obtain an estimate of $\sigma_{sa}$, I estimate the following:

$$\ln W_{seat} = \delta_t + \delta_{et} + \delta_{ea} + \delta_{at} - \frac{1}{\sigma_{sa}} \ln S_{eat} \quad (18)$$

where the coefficients on $\delta_{ea}$ and $\delta_{at}$ provide an estimate of $\theta_{seat}$ which can then be used to estimate $S_{et}$. As noted by Borjas (2003), however, the OLS regression of Eq. (18) may lead to a biased estimate of $\sigma_{sa}$ because the supply of workers across different education groups is likely to be endogenous over the period of consideration in this study. Therefore, following previous literature (e.g., Borjas, 2003; Ottaviano and Peri, 2012), I use the number of immigrants in a skill group as an instrument for total labor supply in that particular group. This instrument would be valid under the assumption that the changes in immigrants' labor supply in each skill group is driven by supply shocks such as migration costs after controlling for fixed effects. This assumption, however, may not hold because income-maximizing behavior by potential immigrants may generate larger inflows into skill cells that have relatively higher wages (Borjas, 2003). Therefore, it should be noted that the use of immigrants' labor supply as the instrument may still overstate the estimate of $\sigma_{sa}$.

### 4.3. Estimating $\sigma_{se}$ and $\theta_{set}$

Given the estimate of $S_{et}$, I can then obtain the estimates of $\sigma_{se}$ and $\theta_{set}$. In a competitive labor market, the wages of workers with education $e$ in STEM sector are given by

$\ln W_{set}$
$$= \underbrace{\frac{1}{\sigma_H} \ln Y_t + \ln A_t + \ln \beta_t + \left(\frac{1}{\sigma_{sc}} - \frac{1}{\sigma_H}\right) \ln H_t + \ln \gamma_t + \left(\frac{1}{\sigma_{se}} - \frac{1}{\sigma_{sc}}\right) \ln S_t}_{\delta_t}$$
$$+ \ln \theta_{set} - \frac{1}{\sigma_{se}} \ln S_{et} \quad (19)$$

Similarly as before, the first term of the right-hand side can be captured by year fixed effects. Note that I cannot use year-education fixed effects to capture the relative efficiency term $\ln \theta_{set}$ because I would not have an adequate degree of freedom to identify $\sigma_{se}$. Following Borjas (2003), I assume that $\ln \theta_{set}$ can be approximated by education fixed effects along with its interaction with linear time trend. Therefore, to obtain an estimate of $\sigma_{se}$, I estimate the following:

$$\ln W_{set} = \delta_t + \delta_e + lineartrend \times \delta_e - \frac{1}{\sigma_{se}} \ln S_{et} \quad (20)$$

where the estimates on $\delta_e$ and its interaction with linear time trend provide an estimate of $\theta_{set}$. Similarly as before, I use immigrants' labor supply as an instrument in the estimation. After obtaining all the estimates, I can then compute an estimate of $S_t$.

### 4.4. Estimating $\sigma_{sc}$ and $\gamma_t$

To obtain an estimate of $\sigma_{sc}$, I can use wage differential between STEM and non-STEM college workers:

$$\ln \frac{W_{st}}{W_{ct}} = \ln \frac{\gamma_t}{(1 - \gamma_t)} - \frac{1}{\sigma_{sc}} \ln \frac{S_t}{C_t} \quad (21)$$

where I assume that the relative efficiency term $\ln \frac{\gamma_t}{(1-\gamma_t)}$ can be captured by linear time trend. It follows that I can obtain an estimate of $\sigma_{sc}$ by estimating the following:

$$\ln \frac{W_{st}}{W_{ct}} = lineartrend - \frac{1}{\sigma_{sc}} \ln \frac{S_t}{C_t} \qquad (22)$$

where the linear trend provides an estimate of $\gamma_t$. I can then calculate an estimate of $H_t$ using estimates of $\gamma_t$ and $S_t$ along with the actual number of non-STEM college workers at time $t$ ($C_t$).

### 4.5. Estimating $\sigma_H$

Finally, I can obtain the last elasticity of substitution parameter ($\sigma_H$) by using the wage differential between skilled and unskilled workers:

$$\ln \frac{W_t^H}{W_t^L} = \ln \frac{\beta_t}{(1-\beta_t)} - \frac{1}{\sigma_H} \ln \frac{H_t}{L_t} \qquad (23)$$

where following Katz and Murphy (1992), I assume the term $\ln \frac{\beta_t}{(1-\beta_t)}$ can be approximated by linear time trend.

## 5. Estimates of elasticity of substitution

### 5.1. Estimate of $\sigma_{sn}$

Table 2 provides an estimate of the elasticity of substitution between similarly skilled U.S. and foreign-born STEM workers. The "Census" column use Census 2010 STEM classification while "Skill-Based" use Peri et al. (2015) top 4% skill-based STEM classification for the analysis. The baseline estimates show that similarly skilled U.S. and foreign-born workers within the STEM sector are imperfect substitutes with an elasticity of substitution of approximately 13. Rows 2 to 5 of Table 2 use the alternative specifications to estimate $\frac{1}{\sigma_{sn}}$. In row 2, I use labor hours instead of employment as a measure of labor supply. In row 3, I include women in the sample. In row 4, I split the "less than bachelor's degree" group into "some college" and "at most high school graduates." In row 5, I further split the "at most high school graduates" group into "high school dropout" and "high school graduates." The results of imperfect substitution between similarly skilled U.S. and foreign-born STEM workers hold under these alternative specifications, with a value of $\frac{1}{\sigma_{sn}}$

**Table 2**
Inverse of elasticity of substitution between U.S and foreign stem workers within skill group ($1/\sigma_{sn}$).

|  | STEM | | Observations |
|---|---|---|---|
|  | Census | Skill-based |  |
| Baseline | −0.075 | −0.072 | 336 |
|  | (0.035) | (0.038) |  |
|  | [13.40] | [13.98] |  |
| Hours as Supply | −0.070 | −0.066 | 336 |
|  | (0.033) | (0.035) |  |
|  | [14.21] | [15.14] |  |
| Pooled (Men and Women) | −0.070 | −0.068 | 336 |
|  | (0.027) | (0.029) |  |
|  | [14.32] | [14.67] |  |
| Four Education Groups | −0.056 | −0.080 | 448 |
|  | (0.029) | (0.026) |  |
|  | [17.94] | [12.58] |  |
| Five Education Groups | −0.066 | −0.086 | 560 |
|  | (0.027) | (0.024) |  |
|  | [15.21] | [11.67] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Heteroskedastic- and cluster-robust standard errors at education-age groups in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

**Table 3**
Occupation segregation of U.S. and foreign-born workers in STEM sector in year 2000.

| Age Group | Less than Bachelor's Degree | Bachelor's Degree | Postgraduates |
|---|---|---|---|
| 28–32 | 0.12 | 0.20 | 0.29 |
| 33–37 | 0.10 | 0.15 | 0.27 |
| 38–42 | 0.12 | 0.12 | 0.25 |
| 42–47 | 0.13 | 0.16 | 0.24 |
| 48–52 | 0.14 | 0.16 | 0.27 |
| 52–57 | 0.13 | 0.19 | 0.26 |
| 58–62 | 0.17 | 0.20 | 0.29 |

*Source:* IPUMS 5% 2000 Census. The analysis used both men and women of age 28 to 62. STEM occupations are defined using Census 2010 STEM classification.

ranging from −0.056 to −0.086.[18] I took the most conservative value ($\sigma_{sn} = 18$) to estimate the wage effect of STEM immigration. This finding implies that the impact of STEM immigration would be concentrated among immigrant STEM workers themselves, while its effect on U.S.-born STEM workers would be mitigated.

There are a few reasons why similarly skilled U.S. and foreign-born STEM workers can be an imperfect substitute. For example, Chiswick (1978) found that the return to education and experience obtained abroad is lower compared to those obtained in the U.S., implying that U.S. employers may treat foreign education and experience as not equal to those acquired in the United States.[19] Peri and Sparber (2009) argued that immigrants might specialize in occupations that require less interactive and communication skills to maximize their wages. In a follow-up study, Peri and Sparber (2011) found that immigrants with graduate degrees specialize in occupations that require more quantitative and analytical skills, while their U.S.-born counterparts specialize in occupations requiring communication and interactive skills. Further suggesting specialization within STEM, a recent report by Ortega and Sparber (2016) found that among STEM graduates, immigrants are more likely to acquire a degree in engineering, computer science, mathematics or physics, while natives are more likely to pursue biological science and psychology.

To test whether specialization also occurs within the STEM sector, I calculate Duncan Dissimilarity Index to estimate occupation segregation between the U.S.- and foreign-born workers in STEM sector (Table 3).

---

[18] As an additional analysis, I check whether the estimates are robust to a stricter Census STEM classification that excludes STEM technician occupations which may not be closely related to innovation and technological progress usually associated with STEM workers. The results of the analysis are similar and reported on Appendix Table B.2. The excluded occupations are "Agricultural and Food Science Technicians", "Biological Technicians", "Chemical Technicians", "Geological and Petroleum Technicians, Nuclear Technicians", "Life, Physical, and Social Science Technicians, nec", "Engineering Technicians, Except Drafters", and "Surveying and Mapping Technicians". Considering that the typical H-1B immigrants are more likely to be young, I also check whether this result holds if I limit the sample only to those of age 28 to 32 years old. The result does hold and reported on Appendix Table B.3.

[19] Dustmann et al. (2013) argue that because immigrants may experience "downgrading" of skills upon arrival, pre-allocating immigrants based on their observable characteristics may not be appropriate because immigrants might be competing with U.S.-born workers at the other parts of skill distribution, which is different from the one assigned to them based on observable characteristics. They propose, therefore, to investigate the impact of immigration on a specific portion of native wage distribution because the estimate would not be affected by downgrading. However, as noted by Ottaviano and Peri (2012), their approach assumes the same wage effect of immigration in any other group on natives – that is, they consider only the wage effect of overall inflow of immigrants, even though the wage effect may also depend on the distribution of immigrants across skill groups as implied by nested CES framework. Furthermore, to obtain enough observations for their estimates, Dustmann et al. (2013) consider UK provinces as different labor markets, and therefore, they may not address the problems outlined by Borjas (2003, 2014).

The index does suggest that there is specialization, especially for workers with a post-graduate degree, by which approximately 24 to 29% of U.S. or foreign-born STEM workers would have to move to other STEM jobs to equalize occupational distribution in this education group. A more intuitive way to see if there is specialization between U.S- and foreign-born workers within STEM is by taking a look at the share of immigrants across occupations within STEM. Since immigrants constitute approximately 16% of the workforce within STEM, the share of immigrants across occupations within STEM should be around 16% if there is no task specialization between immigrant and U.S-born in STEM. However, this is not the case (Appendix Table B.4). Immigrants are overrepresented in Physical Sciences occupations, while they are underrepresented in Psychology as well as Computer, Engineering and Natural Sciences Manager occupations. Within Engineering, foreign-born workers are overrepresented in Computer Hardware Engineers occupations, while they are underrepresented in Sales Engineer occupations, which require higher communication and interactive skills.

To further examine the task specialization within the STEM sector, I obtain the required mathematics and speaking skill level for each occupation from the U.S. Department of Labor O*Net survey. Then, I crosswalk the O*Net 2010 SOC code with Census 2010 SOC code from IPUMS, which is used in ACS 2010–2015. After merging it with the individual level data in ACS 2010–2015, it follows that each individual in the sample have mathematics and speaking skill values associated with his/her occupation.[20] In Appendix Table B.5, I report the descriptive statistics for both immigrants and U.S. natives on the average mathematics and speaking skill level associated with their occupations. The results suggest that immigrants are more likely to be employed in occupations requiring higher mathematics skill in the STEM sector, in line with Peri and Sparber (2011) who found that immigrants with graduate degrees specialize in occupations that require more quantitative skills. Comparing the magnitude of the estimates of the differences between immigrants and natives in STEM with those in non-STEM sector, it appears that task specialization is more intense in the non-STEM sector. Nonetheless, the results still suggest that task specialization between immigrants and U.S. natives occurs within the STEM sector.

There are a few recent works that attempt to estimate the elasticity of substitution of similarly skilled U.S- and foreign-born without differentiating between STEM and non-STEM workers. The seminal work by Ottaviano and Peri (2012) found the elasticity estimates of around 20, although this result has been disputed by Borjas et al. (2012). The work by Manacorda et al. (2012) found the elasticity estimates between 5 to 10 in Britain. My analysis shows that the estimates range from 12 to 18 within STEM, which suggests slightly more complementarity compared to Ottaviano and Peri (2012). A potential explanation for this is that the elasticity of substitution estimates are obtained based on the sample of recent immigrants who are likely to be different from natives, similar to Manacorda et al. (2012).

*5.2. Other elasticity parameter estimates*

Table 4 provides estimates of the elasticity of substitution between workers of different ages with similar educational levels in the STEM sector. The estimates range from 0.001 to −0.076, depending on the specification used. However, as noted above, the use of hours as labor supply measure may lead to non-classical measurement error bias caused by the error in the weighted average of real weekly earnings systematically correlated with the measure of labor hours. Similarly, the use of a pooled (men and women) sample might not be preferable because women's labor supply is more likely to be endogenous to wages, and the inclusion of women in the sample may have a compositional

---

[20] O*Net scales the skill level required for each occupation on a scale ranging from 0 to 7. Higher value implies higher proficiency of a particular skill required for the occupation.

**Table 4**
Inverse of elasticity of substitution between age groups within STEM ($1/\sigma_{sa}$).

|  | STEM | | Observations |
|---|---|---|---|
|  | Census | Skill-based |  |
| Baseline | −0.075 | −0.076 | 336 |
|  | (0.046) | (0.043) |  |
|  | [13.40] | [13.12] |  |
| Efficiency Units | −0.075 | −0.077 | 336 |
|  | (0.046) | (0.043) |  |
|  | [13.30] | [12.94] |  |
| Hours as Supply | −0.058 | −0.049 | 336 |
|  | (0.041) | (0.039) |  |
|  | [17.19] | [20.35] |  |
| Pooled (Men and Women) | −0.041 | −0.059 | 336 |
|  | (0.029) | (0.030) |  |
|  | [24.14] | [17.09] |  |
| Four Education Groups | −0.037 | −0.017 | 448 |
|  | (0.032) | (0.032) |  |
|  | [27.39] | [60.22] |  |
| Five Education Groups | −0.027 | 0.001 | 560 |
|  | (0.032) | (0.033) |  |
|  | [37.48] | [∞] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Heteroskedastic- and cluster-robust standard errors at education-age groups in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. The method of estimation is 2SLS using the labor supply of immigrant workers as an instrument for total labor supply. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

effect that affects the within-group trends in the wages of workers in a way that is difficult to assess (Borjas et al., 2008). Therefore, estimates obtained from rows 1 and 2 are preferable to estimates from rows 3 and 4.

As noted by Borjas et al. (2012), it may be necessary to use four or five education groups to examine the wage effect of *overall* immigration because immigration in the United States has mainly increased the size of some specific groups such as high school dropouts and workers with post-graduate degrees. However, this paper is examining the impact of highly skilled STEM immigration, whereas the focus of recent policy debates, such as H1-B visas, is on increasing the number of immigrant workers with at least a bachelor's degree. Furthermore, the use of a larger number of education groups in a CES framework comes at a cost. For example, in a five education groups framework, the elasticity of substitution between high school dropouts and high school graduates is restricted to be the same as between high school dropouts and college graduates, even though it is quite likely that the degree of substitutability in the first case is higher than the second one. Therefore, the baseline model with three education groups (less than bachelor's degree, bachelor's degree, and post-graduate degree) should be able to capture the impact of STEM immigration, while minimizing the cost associated with cross-elasticities restriction. One way to test whether it is appropriate to combine "high school dropouts," "high school graduates," and "some college" into one group is by estimating the degree of substitutability of workers within the "less than bachelor's degree" group. The results of the analysis show that I cannot reject that these workers are perfect substitutes in any of the specifications used (Appendix Table B.6). I interpret the robustness of this result as suggesting that within the highly specialized/skilled STEM sector, "high school dropouts," "high school graduates," and "some college" groups can be reasonably combined into a single "less than bachelor's degree" group, and therefore, the estimates of $\frac{1}{\sigma_{sa}}$ obtained from rows 1 and 2 are preferable to those in rows 4 and 5. I use the value of 13 for $\sigma_{sa}$, which approximates the estimates obtained from the first two rows–to estimate the wage effect of STEM immigration. My estimate of the elasticity of substitution between age groups within an education group in STEM sector

C. Gunadi                                                                                                                                   Labour Economics 61 (2019) 101751

**Table 5**
Inverse of elasticity of substitution between education groups within STEM ($1/\sigma_{se}$).

|  | STEM | | |
|---|---|---|---|
|  | Census | Skill-based | Observations |
| Baseline | −0.147 | −0.179 | 48 |
|  | (0.072) | (0.047) |  |
|  | [6.82] | [5.60] |  |
| Efficiency Units | −0.147 | −0.166 | 48 |
|  | (0.069) | (0.042) |  |
|  | [6.80] | [6.03] |  |
| Hours as Supply | −0.123 | −0.162 | 48 |
|  | (0.064) | (0.041) |  |
|  | [8.15] | [6.18] |  |
| Pooled (Men and Women) | −0.080 | −0.128 | 48 |
|  | (0.085) | (0.083) |  |
|  | [12.47] | [7.79] |  |
| Four Education Groups | −0.071 | −0.127 | 64 |
|  | (0.107) | (0.062) |  |
|  | [14.03] | [7.86] |  |
| Five Education Groups | −0.055 | −0.092 | 80 |
|  | (0.081) | (0.071) |  |
|  | [18.23] | [10.89] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Heteroskedastic- and cluster-robust standard errors at education groups in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. The method of estimation is 2SLS using the number of immigrant workers as an instrument for total the labor supply of immigrant workers as an instrument for total labor supply. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

(~13) is relatively higher compared to Card and Lemieux (2001) and Ottaviano and Peri (2012), who did not differentiate between the STEM and non-STEM workers (~5). However, this estimate mirrors the finding of Kerr et al. (2015), who found that older workers in STEM occupations are more vulnerable to displacement by young skilled immigrants and estimated the elasticity of substitution across age groups of 14.6 for engineers, 7.4 for scientists, and 27.4 for computer-related occupations.

Table 5 provides estimates of the elasticity of substitution between workers of different educational attainments in the STEM sector. Similarly as before, I use the value of 6 for $\sigma_{se}$, which approximates the estimates from the baseline model with three education groups, to estimate the total wage effect of STEM immigration. This elasticity of substitution between education groups in the STEM sector is larger compared to the estimates obtained without differentiating between the STEM and non-STEM workers. For example, Borjas (2003) estimated that the inverse elasticity of substitution between workers across education groups to be −0.759 (with standard error equal to 0.582), using the elasticity of substitution value equal to 1.3 in estimating the wage effect of overall immigration. Similarly, Borjas and Katz (2007) estimated that the inverse elasticity of substitution between workers across education groups to be −0.412 (with standard error equal to 0.312), using the elasticity of substitution value equal to 2.4 in estimating the wage effect of Mexican immigration. Comparing my estimate of the elasticity of substitution between workers across education groups in STEM sector with the estimates of Borjas (2003) and Borjas and Katz (2007) who did not differentiate between STEM and non-STEM workers, the result suggests that the degree of substitution between workers across education groups in the STEM sector is higher than between workers across education groups in the non-STEM sector. This could be caused by the tasks performed across education groups within STEM are more similar compared to non-STEM.

Table 6 provides estimates for $\sigma_{sc}$. Similar to Peri et al. (2015), I cannot reject that STEM and non-STEM college workers are per-

**Table 6**
Inverse of elasticity of substitution between STEM and college non-STEM workers ($1/\sigma_{sc}$).

|  | Census | Skills based | Observations |
|---|---|---|---|
| Baseline | 0.077 | 0.050 | 16 |
|  | (0.082) | (0.060) |  |
|  | [∞] | [∞] |  |
| Efficiency Units | 0.109 | 0.063 | 16 |
|  | (0.114) | (0.074) |  |
|  | [∞] | [∞] |  |
| Hours as Supply | 0.102 | 0.073 | 16 |
|  | (0.082) | (0.056) |  |
|  | [∞] | [∞] |  |
| Pooled (Men & Women) | 0.030 | 0.014 | 16 |
|  | (0.085) | (0.052) |  |
|  | [∞] | [∞] |  |
| Pooled (Hours as Supply) | 0.038 | 0.023 | 16 |
|  | (0.094) | (0.052) |  |
|  | [∞] | [∞] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Newey-West heteroskedastic- and autocorrelation-consistent standard errors in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. The method of estimation is 2SLS using the labor supply of immigrant workers as an instrument for total labor supply. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

**Table 7**
Inverse of elasticity of substitution between high and low skilled ($1/\sigma_H$).

|  | Census | Skills based | Observations |
|---|---|---|---|
| Baseline | −0.726 | −0.734 | 16 |
|  | (0.238) | (0.242) |  |
|  | [1.38] | [1.36] |  |
| Efficiency Units | −0.724 | −0.728 | 16 |
|  | (0.237) | (0.237) |  |
|  | [1.38] | [1.37] |  |
| Hours as Supply | −0.459 | −0.457 | 16 |
|  | (0.098) | (0.096) |  |
|  | [2.18] | [2.19] |  |
| Pooled (Men & Women) | −0.680 | −0.685 | 16 |
|  | (0.235) | (0.237) |  |
|  | [1.47] | [1.46] |  |
| Pooled (Hours as Supply) | −0.381 | −0.378 | 16 |
|  | (0.062) | (0.060) |  |
|  | [2.63] | [2.64] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Newey-West heteroskedastic- and autocorrelation-consistent standard errors in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. The method of estimation is 2SLS using the labor supply of immigrant workers as an instrument for total labor supply. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

fect substitutes in any of the specifications used. Therefore, I used $\sigma_{sc} = \infty$ to estimate the wage effect of STEM immigration. Finally, Table 7 provides estimates for $\sigma_H$. The literature provides some guidance on the value of $\sigma_H$.[21] In their influential study, Katz and Murphy (1992) found the estimate of $\sigma_H$ to be 1.4. Ottaviano and Peri (2012) and Peri et al. (2015) provided estimates ranging from 1.5

---

[21] It should be noted that the division of high- and low-skilled labor to estimate $\sigma_H$ in this study departs slightly from the literature. I define high-skilled labor as STEM workers of all educational attainment and non-STEM college-educated workers, while the literature usually defines high-skilled labor as workers with a college education.



**Fig. 4.** 2000–2015 Foreign STEM supply shock and native STEM workers' wages with spillover effect.

to 3.1. I used the value of 2, which is the value that is also widely used in the literature.[22]

### 6. Wage effect

Now, I can use the elasticity parameter estimates obtained in the previous section to calculate the wage effect of 2000–2015 foreign STEM supply shock on the preexisting workforce. In estimating the wage effect, I used the actual changes in the supply of immigrants from 2000 to 2015 in each cell within STEM sector, holding the employment level of non-STEM and U.S.-born STEM workers constant at their 2000 level. Therefore, it should be noted that the wage effect estimate that is presented in this analysis is the wage effect on the preexisting workforce in 2000 in the case that they experience foreign STEM supply shock in the magnitude that is as large as the changes in supply caused by immigrants from 2000 to 2015 (as observed in Table 1). To see how much of the wage effect and economic benefit of STEM immigration can be attributed to the generation of ideas associated with high-skilled STEM workers, I also report the result of the estimation assuming that STEM immigration does not have an effect on the total factor productivity and skill-biased technological progress in 'without externalities' column (i.e., $\psi_A$ and $\psi_B$ are set to be equal to zero). Considering that the magnitude of positive externalities of high-skilled STEM immigration is still widely debated in the literature (Borjas and Doran, 2012; Doran et al., 2016; Moser et al., 2014), the wage effect of foreign STEM labor supply shock in the absence of spillover effects can provide an approximation of the lower bound of the effect of STEM immigration.

Figs. 4 and 5 show the results of the wage effects across education-age groups in STEM sector.[23] The wage gains of U.S.-born STEM workers with less than a bachelor's degree is around 5 to 6%, and the gains are relatively similar for both young and older workers. The pattern of the wage gains being relatively similar between young and older workers is also found for workers with a bachelor's and post-graduate degree. This finding reflects relatively high substitutability between young and older workers in the STEM sector. Table 8 shows the wage effect estimates across the educational level. As expected, workers with post-graduate degree benefited the least (3.14%) because the influx of foreign-born STEM workers during this period is more concentrated in this group. Comparing these estimates with the ones without the spillover effects, the results suggest that the positive effect of STEM immigration comes mainly through the generation of ideas that increase the overall productivity of U.S.-born STEM workers. In the absence of spillover effects, the impact of 2000–2015 foreign STEM supply shift on the average wage of U.S.-born STEM workers is approximately 0.58%, while this number increased by about 4.09% points when the positive externalities associated with an inflow of high-skilled STEM workers are taken into account.

---

[22] It is worth noting that the estimates for $\sigma_{sc}$ and $\sigma_H$ are based on a small number of observations (16 obs.). Although it is a cause for concern, these estimates are comparable to those usually found in the literature, as noted in the main text.

[23] "Perfect Substitute" shows the result when similarly skilled U.S. and foreign-born STEM workers are assumed to be perfectly substitutable in production. In this case, the wage effects across skill groups depicted in Figs. 4 and 5 are the same for both U.S. and foreign-born STEM workers.

C. Gunadi                                                                                               Labour Economics 61 (2019) 101751





**Fig. 5.** 2000–2015 Foreign STEM supply shock and immigrant STEM workers' wages with spillover effects.

**Table 8**
2000–2015 Foreign STEM supply shocks and stem workers' wages.

|  | U.S.-born | | Foreign-born | |
| --- | --- | --- | --- | --- |
|  | *Without Externalities* | *With Externalities* | *Without Externalities* | *With Externalities* |
| Less than Bachelor's Degree | 1.75% | 5.84% | 0.71% | 4.80% |
| Bachelor's Degree | 0.54% | 4.64% | −3.96% | 0.13% |
| Post-graduates | −0.95% | 3.14% | −5.66% | −1.56% |
| **STEM Average** | **0.58%** | **4.67%** | **−4.16%** | **−0.07%** |

The wage effect is estimated using $\sigma_H = 2$, $\sigma_{sc} = \infty$, $\sigma_{se} = 6$, $\sigma_{sa} = 13$, $\sigma_{sn} = 18$, and actual wage shares in 2000 with pooled (men and women) sample. The wage effect is calculated using the actual change in STEM immigrant supply in each cell from 2000 and 2015 holding the level of employment of non-STEM and U.S.-born STEM workers constant at their 2000 level. 'Without Externalities' column assumes that STEM workers do not have an impact on TFP and Skill-biased tech. progress (i.e., $\psi_A$ and $\psi_B$ are set to be equal to zero).

In the case of earlier immigrant STEM workers, the wage effect of 2000–2015 foreign STEM supply shocks varies widely across age groups (Fig. 5). Older workers were more adversely affected relative to the young, reflecting the increase in the supply that is relatively larger among older workers and the imperfect substitutability between similarly skilled U.S. and foreign STEM workers so that the impact of STEM immigration resulted in more competition among immigrants in that particular skill group. On average, the wage of earlier STEM immigrants declines by −0.07% (Table 8). The average, however, masks a higher adverse impact among foreign-born STEM workers with a post-graduate degree (−1.56%). If the productivity spillovers associated with high-skilled STEM immigration are not taken into account, the loss of earlier STEM immigrants is even larger. On average, the wage of foreign-born STEM workers declines by 4.16% if the positive externalities associated with an inflow of high-skilled STEM workers are not taken into account.

Although the data rejects the model in which similarly skilled U.S. and foreign-born STEM workers are perfect substitutes, it might be interesting to see how much the results change if they are assumed to be perfectly substitutable in production. In this case, the effect of 2000–2015 foreign STEM labor supply shock increases the average wage of all STEM workers (foreign and U.S-born) by approximately 3.85% (Table 9). Similar to before, the positive effect mainly comes from the positive externalities associated with an influx of high-skilled STEM workers. In the absence of these externalities, the average wage of all STEM workers declines by a relatively small amount (0.24%).

Comparing the wage effects estimates when similarly skilled U.S.- and foreign-born STEM workers are assumed to be perfect substitutes

Table 9

2000–2015 Foreign STEM supply shocks and STEM workers wages - assuming $\sigma_{sn} = \infty$.

|  | All STEM workers | |
| --- | --- | --- |
|  | Without Externalities | With Externalities |
| Less than Bachelor's Degree | 1.67% | 5.76% |
| Bachelor's Degree | −0.14% | 3.95% |
| Post-graduates | −2.37% | 1.72% |
| **STEM Average** | **−0.24%** | **3.85%** |

The wage effect is estimated using $\sigma_H = 2$, $\sigma_{sc} = \infty$, $\sigma_{se} = 6$, $\sigma_{sa} = 13$, $\sigma_{sn} = \infty$, and actual wage shares in 2000 with pooled (men and women) sample. The wage effect is calculated using the actual change in STEM immigrant supply in each cell from 2000 and 2015 holding the level of employment of non-STEM and U.S.-born STEM workers constant at their 2000 level. 'Without Externalities' column assumes that STEM workers do not have an impact on TFP and Skill-biased tech. progress (i.e., $\psi_A$ and $\psi_B$ are set to be equal to zero).

Table 10

2000–2015 Foreign STEM supply shock and college non-STEM/low-skilled wages.

|  | Without Externalities | With Externalities |
| --- | --- | --- |
| Low-skilled | 0.60% | 1.41% |
| College Non-STEM | −0.24% | 3.85% |

The wage effect is estimated using $\sigma_H = 2$, $\sigma_{sc} = \infty$, and actual wage shares in 2000 with pooled (men and women) sample. The wage effect is calculated using the actual change in STEM immigrant supply in each cell from 2000 and 2015 holding the level of employment of non-STEM and U.S.-born STEM workers constant at their 2000 level. 'Without Externalities' column assumes that STEM workers do not have an impact on TFP and Skill-biased tech. progress (i.e., $\psi_A$ and $\psi_B$ are set to be equal to zero).

with the main estimates yields a few interesting findings. First, imperfect substitutability between similarly skilled U.S.- and foreign-born STEM workers does not have a substantial impact on the wage effect estimates for workers with less than a Bachelor's degree (5.84% vs. 5.76%), while it has a considerable influence on the wage effect estimates for workers with post-graduate degree (3.14% vs. 1.72%). This result mainly reflects that recent STEM immigration in the United States mostly increased the supply of STEM workers with high educational attainment. Additionally, imperfect substitutability between similarly skilled and U.S.- and foreign-born STEM workers transfers most of the wage gains that accrue to foreign-born STEM workers to U.S.-born STEM workers (−0.07% vs. 3.85%).

It may also be interesting to see how much the results change when different values of $\sigma_{sn}$ and $\sigma_{sa}$ are used. Since most of $\sigma_{sn}$ and $\sigma_{sa}$ estimates lie between 12–18 and 13–40 respectively, I check how the wage effects change when these values are used. The results are reported in Appendix Table B.7. On average, the wage effects of 2000–2015 foreign STEM supply shocks on U.S.-born STEM workers are between 4.67% and 5.02%, while for foreign-born STEM workers, the wage effects range from −0.07% to −1.71%. If productivity spillovers are not taken into account, the impact of the supply shock on U.S.-born STEM workers is between 0.58% and 0.93% on average, while for immigrant STEM workers it is between −4.16% and −5.80%.

For low skilled workers, the wage effect is approximately 1.41% (Table 10). This wage gain reflects the positive effect of high-skilled STEM immigration through the increase in TFP that outweighs its adverse effect which comes from inducing technological progress that favors skilled workers. For college non-STEM workers, the wage gain is bigger at 3.85%.

Given the wage effect estimates across skill groups, I can now make a simple back of the envelope cost-benefit calculation of the economic benefit of foreign STEM labor supply shocks from 2000 to 2015 for U.S.-born workers. To estimate the benefit/loss from STEM immigration, I used the annual earnings of workers between age 28 to 62 who worked at least a week and reported positive income. The benefit/loss in each

Table 11

Net benefit/loss of 2000–2015 Foreign STEM supply shock for U.S.-born workers (in billion USD).

|  | Without Externalities | | With Externalities | |
| --- | --- | --- | --- | --- |
|  | $\sigma_{sn} = 18$ | $\sigma_{sn} = \infty$ | $\sigma_{sn} = 18$ | $\sigma_{sn} = \infty$ |
| **STEM Workers** | | | | |
| Less than Bachelor's Degree | 1.70 | 1.61 | 5.66 | 5.58 |
| Bachelor's Degree | 0.66 | −0.18 | 5.64 | 4.79 |
| Post-graduates | −0.67 | −1.70 | 2.23 | 1.20 |
| *Benefit/Loss for Native STEM* | *1.69* | *−0.27* | *13.53* | *11.58* |
| **College Non-STEM and Low Skilled** | | | | |
| Natives College Non-STEM | −4.97 | −4.97 | 78.04 | 78.04 |
| Low-skilled Natives | 4.93 | 4.93 | 11.62 | 11.62 |
| **Net Benefit/Loss** | **1.64** | **−0.31** | **103.19** | **101.24** |
| As % of GDP in 1999 | 0.02% | 0.00% | 1.03% | 1.01% |

The net benefit is estimated by using the annual earnings of all workers (men and women) who reported positive earnings and worked at least a week. The benefit/losses in each skill group is calculated by multiplying the average earnings in a group with its estimated wage effect and the number of workers in the group. The benefit/loss in each skill group can then be summed up to get the overall benefit/loss by education level. 'Without Externalities' column assumes that STEM workers do not have an impact on TFP and Skill-biased tech. progress (i.e., $\psi_A$ and $\psi_B$ are set to be equal to zero).

skill group is calculated by multiplying the average earnings in a group with its estimated wage effect and the number of workers in the group. Then, the benefit/loss in each skill group can be summed up to get the overall benefit/loss. The result of this simple cost-benefit calculation is reported in Table 11.

The results suggest that 2000–2015 foreign STEM labor supply shock increases U.S.-born workers' income by approximately 103 billion USD or 1.03% of U.S. GDP in 1999. Almost all of this benefit accrues to the productivity spillovers associated with an influx of highly-skilled STEM workers. In the absence of this productivity spillover, the impact of STEM immigration on the U.S. economy can be expected to be relatively small.

To summarize, I estimated that although 2000–2015 foreign STEM supply shock increases U.S.-born STEM workers' average wage by 4.67%, native STEM workers with higher educational attainment experience lower wage gain. The economic benefit for U.S.-born workers is estimated to be approximately 1.03% of U.S. GDP in 1999, and almost all of this benefit can be attributed to the productivity spillovers associated with the influx of highly-skilled STEM workers.

## 7. Conclusion

The foreign-born share of STEM workers in the U.S. has been increasing rapidly in recent years. As such, there are concerns that immigrants are displacing U.S. workers and exacting downward pressure on wages within the STEM sector. In this paper, I attempt to present new insights to several key issues regarding high-skilled STEM immigration in the United States.

There are a few main findings in this paper. First, similarly skilled U.S. and foreign-born STEM workers have a high but finite elasticity of substitution of approximately 18. This finding implies that the adverse impact of STEM immigration would be concentrated among immigrant STEM workers themselves, while its effect on U.S.-born STEM workers would be mitigated. Second, the 2000–2015 foreign STEM labor supply shock increases the average wage of preexisting U.S.-born STEM workers by 4.67%. This result, however, masks a distributional consequence of the shock as native STEM workers with higher educational attainment experience lower wage gains. Finally, the economic benefit for native workers is approximately 103 billion USD or 1.03% of U.S. GDP in 1999, in which almost all of the benefit can be attributed to the generation of ideas associated with high-skilled STEM immigration which promotes the development of new technologies that increase the productivity and wage of U.S.-born workers.

**Appendix A**

The components of Eq. (9) to (12) can be calculated in the following way:

$$d \ln S_{ea} = \frac{\theta_{sea}^I I_{sea}^\eta}{\theta_{sea}^I I_{sea}^\eta + \theta_{sea}^N N_{sea}^\eta} d \ln I_{sea} = \alpha_{sea}^I d \ln I_{sea}$$

where $\alpha_{sea}^I$ is the share of labor income of foreign born STEM workers in education-age cell. Similarly for $d \ln S_e$:

$$d \ln S_e = \sum_a \frac{\theta_{sea} S_{ea}^\lambda}{\sum_a \theta_{sea} S_{ea}^\lambda} d \ln S_{ea} = \sum_a \alpha_{sea} d \ln S_{ea}$$

where $\alpha_{sea}$ is the share of labor income of STEM workers of age group $a$ within education group $e$. Now, I can calculate $d \ln S$:

$$d \ln S = \sum_e \frac{\theta_{se} S_e^\pi}{\sum_e \theta_{se} S_e^\pi} d \ln S_e = \sum_e \alpha_{se} d \ln S_e$$

where $\alpha_{se}$ is the share of labor income of STEM workers with education $e$. Then, I have

$$d \ln H = \frac{\gamma S^\mu}{\gamma S^\mu + (1-\gamma) C^\mu} d \ln S = \alpha_s d \ln S$$

where $\alpha_s$ is the share of labor income of STEM workers in the high skilled group. Finally, I have

$$d \ln Y = \frac{\beta H^\rho}{\beta H^\rho + (1-\beta) L^\rho} d \ln H = \alpha_H d \ln H$$

where $\alpha_H$ is the share of labor income of high-skilled workers. For spillover effects, note that I can approximate $\psi_A$ as follows:

$$\psi_A = \frac{\Delta A}{\Delta S} \frac{S}{A} = \phi_A \frac{S}{E}$$

where $\phi_A = \frac{\Delta A}{\Delta S} \frac{E}{A}$. Similarly for $\psi_B$:

$$\psi_B = \frac{\Delta \beta}{\Delta S} \frac{S}{\beta} = \phi_B \frac{S}{E}$$

where $\phi_B = \frac{\Delta \beta}{\Delta S} \frac{E}{\beta}$. I obtained estimates of $\phi_A$ and $\phi_B$ from Peri et al. (2015), which are 3.61 and 1.64 respectively. As STEM employment share in 2000 based on Census' STEM classification is approximately 6%, I used the value of 0.22 and 0.10 for $\psi_A$ and $\psi_B$ respectively. The estimate of $\psi_A$ is close to the Bound et al. (2017) estimate of increase in TFP in the IT sector that is contributed to the number of computer scientists in the sector (0.233). To get percentage change in average wages by groups, I follow Ottaviano and Peri (2012) by weighting the percentage changes by wage bill shares.

**Appendix B**

Table B.1
STEM classifications.

| Census 2010 STEM List | Peri et al. (2015) Top 4% Skill-Based STEM List |
|---|---|
| Actuaries | Actuaries |
| Aerospace Engineers | Aerospace Engineer |
| Agricultural and Food Science Technicians | Agricultural and Food Scientists |
| Agricultural and Food Scientists | Biological Scientists |
| Architectural and Engineering Managers | Chemical Engineers |
| Astronomers and Physicists | Chemists |
| Atmospheric and Space Scientists | Civil Engineers |
| Biological Scientists | Computer Software Developers |
| Biological Technicians | Computers Systems Analysts and Computer Scientists |
| Chemical Engineers | Economist, Market Researchers, and Survey Researchers |
| Chemical Technicians | Electrical Engineer |
| Chemists and Materials Scientists | Engineering Technician, n.e.c. |
| Civil Engineers | Geologists |
| Computer and Information Systems Managers | Industrial Engineers |
| Computer Hardware Engineers | Mathematicians and Mathematical Scientists |
| Computer Programmers | Mechanical Engineers |
| Computer Scientists and Systems Analysts/Network systems Analysts/Web Developers | Medical Scientists |
| Computer Support Specialists | Metallurgical and Materials Engineers, variously phrased |
| Conservation Scientists and Foresters | Not-elsewhere-classified Engineers |
| Database Administrators | Operations and Systems Researchers and Analysts |
| Drafters | Optometrists |
| Economists and market researchers | Petroleum, Mining, and Geological Engineers |
| Electrical and Electronics Engineers | Physical Scientists, n.e.c. |
| Engineering Technicians, Except Drafters | Physicists and Astronomers |
| Engineers, nec | Podiatrists |
| Environmental Engineers | Programmers of numerically controlled machine tools |
| Environmental Scientists and Geoscientists | Sales Engineers |
| Geological and Petroleum Technicians, and Nuclear Technicians | Surveyors, Cartographers, Mapping Scientists and Technicians |
| Industrial Engineers, including Health and Safety | |
| Life, Physical, and Social Science Technicians, nec | |
| Marine Engineers and Naval Architects | |
| Materials Engineers | |
| Mathematical science occupations, nec | |
| Mechanical Engineers | |
| Medical Scientists, and Life Scientists, All Other | |
| Natural Science Managers | |
| Network and Computer Systems Administrators | |
| Operations Research Analysts | |
| Petroleum, mining and geological engineers, including mining safety engineers | |
| Physical Scientists, nec | |
| Psychologists | |
| Sales Engineers | |
| Social Scientists, nec | |
| Software Developers, Applications and Systems Software | |
| Surveying and Mapping Technicians | |
| Surveyors, Cartographers, and Photogrammetrists | |
| Urban and Regional Planners | |

**Table B.2**
Additional robustness checks stricter census STEM classification (Excluding STEM technician occupations).

|  | $1/\sigma_{sn}$ | $1/\sigma_{sa}$ | $1/\sigma_{se}$ |
|---|---|---|---|
| Baseline | −0.087 | −0.062 | −0.202 |
|  | (0.037) | (0.049) | (0.074) |
|  | [11.52] | [16.08] | [4.96] |
| Hours as Supply | −0.076 | −0.037 | −0.164 |
|  | (0.036) | (0.041) | (0.065) |
|  | [13.20] | [26.98] | [6.09] |
| Pooled (Men and Women) | −0.076 | −0.024 | −0.114 |
|  | (0.029) | (0.034) | (0.074) |
|  | [13.10] | [41.79] | [8.78] |
| Four Education Groups | −0.059 | −0.039 | −0.126 |
|  | (0.033) | (0.040) | (0.081) |
|  | [16.83] | [25.43] | [7.95] |
| Five Education Groups | −0.083 | −0.009 | −0.101 |
|  | (0.032) | (0.034) | (0.064) |
|  | [12.07] | [108.65] | [9.88] |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Heteroskedastic- and cluster-robust standard errors at education groups in parentheses; Implied elasticity of substitution reported in square brackets. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

**Table B.3**
Inverse of elasticity of substitution between U.S. and foreign STEM workers within skill group ($1/\sigma_{sn}$) - youngest age group only.

|  | STEM | | Observations |
|---|---|---|---|
|  | Census | Skill-Based |  |
| 28–32 Years Age Group Only | −0.156 | −0.154 | 48 |
|  | (0.042) | (0.029) |  |
|  | [6.42] | [6.50] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Heteroskedastic- and cluster-robust standard errors at education groups in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. All regressions are weighted by the inverse of the sampling variance of the dependent variable.

**Table B.4**
Share of immigrants across STEM occupations.

| Share of Immigrants in STEM Occupations | 0.161 |
|---|---|
| Share of Immigrants in: |  |
|     Engineering | 0.157 |
|     Biological, Agricultural, and Environmental Sciences | 0.190 |
|     Psychology | 0.108 |
|     Physical Sciences | 0.256 |
|     Computer Sciences | 0.175 |
|     Computer, Engineering, and Natural Sciences Manager | 0.118 |
|     Other STEM occupations | 0.106 |
| Share of Immigrants within Engineering: |  |
|     Aerospace Engineers | 0.149 |
|     Chemical Engineers | 0.159 |
|     Civil Engineers | 0.167 |
|     Computer Hardware Engineers | 0.266 |
|     Electrical and Electronics Engineers | 0.186 |
|     Environmental Engineers | 0.122 |
|     Industrial Engineers, including Health and Safety | 0.110 |
|     Marine Engineers and Naval Architects | 0.104 |
|     Materials Engineers | 0.143 |
|     Mechanical Engineers | 0.152 |
|     Petroleum, mining and geological engineers, including mining safety engineers | 0.112 |
|     Engineers, nec | 0.192 |
|     Engineering Technicians, Except Drafters | 0.124 |
|     Sales Engineers | 0.086 |

*Notes:* The estimates are obtained from IPUMS 5% 2000 Census.

**Table B.5**
Occupation skills descriptive statistics.

|  | Mathematics Skill | | | | Speaking Skill | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Immigrants | Natives | Immigrants-Natives | Diff. p-value | Immigrants | Natives | Immigrants-Natives | Diff. p-value |
| Panel A: STEM | | | | | | | | |
| All | 3.570 | 3.498 | 0.072 | 0.000 | 3.797 | 3.813 | −0.016 | 0.000 |
| Young (28–37 Yrs. Old) | 3.550 | 3.489 | 0.061 | 0.000 | 3.785 | 3.811 | −0.026 | 0.000 |
| Old (53–62 Yrs. Old) | 3.657 | 3.537 | 0.120 | 0.000 | 3.818 | 3.825 | −0.007 | 0.016 |
| Panel B: Non-STEM | | | | | | | | |
| All | 2.249 | 2.511 | −0.262 | 0.000 | 3.130 | 3.410 | −0.280 | 0.000 |
| Young (28–37 Yrs. Old) | 2.250 | 2.480 | −0.231 | 0.000 | 3.108 | 3.391 | −0.283 | 0.000 |
| Old (53–62 Yrs. Old) | 2.248 | 2.522 | −0.274 | 0.000 | 3.151 | 3.416 | −0.265 | 0.000 |

*Notes:* Estimates based on ACS 2010–2015 and U.S. Department of Labor O*Net data. The analysis used both men and women of age 28 to 62. STEM occupations are defined using Census 2010 STEM classification.

**Table B.6**
Estimates of $(1/\sigma_{se})$ for lower education group in STEM.

|  | STEM | | Observations |
| --- | --- | --- | --- |
|  | Census | Skill-Based |  |
| Baseline | 0.074 | 0.041 | 48 |
|  | (0.050) | (0.059) |  |
|  | [∞] | [∞] |  |
| Hours as Supply | 0.067 | 0.023 | 48 |
|  | (0.056) | (0.073) |  |
|  | [∞] | [∞] |  |
| Pooled (Men and Women) | 0.041 | −0.019 | 48 |
|  | (0.059) | (0.054) |  |
|  | [∞] | [52.36] |  |
| Pooled (Hours as Supply) | 0.050 | −0.019 | 48 |
|  | (0.053) | (0.054) |  |
|  | [∞] | [53.46] |  |

*Source:* IPUMS 5% 2000 Census and ACS 2001–2015. Heteroskedastic- and cluster-robust standard errors at education groups in parentheses; Implied elasticity of substitution reported in square brackets. 'Census' column shows the result using Census 2010 STEM classification. 'Skill-Based' shows the result using Peri et al. (2015) top 4% skill-based STEM classification. The method of estimation is 2SLS using the labor supply of immigrant workers as an instrument for total labor supply. All regressions are weighted by the inverse of the variance of the dependent variable.

**Table B.7**
Immigrant STEM supply shock and STEM workers wage (2000–2015) - different values of $\sigma_{sa}$ and $\sigma_{sn}$.

|  | U.S.-born | | Foreign-born | |
| --- | --- | --- | --- | --- |
|  | Without Externalities | With Externalities | Without Externalities | With Externalities |
| **Panel A:** ($\sigma_{sa}$=13 and $\sigma_{sn}$=12) | | | | |
| Less than Bachelor's Degree | 1.79% | 5.89% | 0.21% | 4.30% |
| Bachelor's Degree | 0.89% | 4.98% | −5.89% | −1.80% |
| Post-graduates | −0.22% | 3.87% | −7.32% | −3.23% |
| **STEM Average** | **0.92%** | **5.01%** | **−5.77%** | **−1.67%** |
| **Panel B:** ($\sigma_{sa}$=13 and $\sigma_{sn}$=18) | | | | |
| Less than Bachelor's Degree | 1.75% | 5.84% | 0.71% | 4.80% |
| Bachelor's Degree | 0.54% | 4.64% | −3.96% | 0.13% |
| Post-graduates | −0.95% | 3.14% | −5.66% | −1.56% |
| **STEM Average** | **0.58%** | **4.67%** | **−4.16%** | **−0.07%** |
| **Panel C:** ($\sigma_{sa}$=40 and $\sigma_{sn}$=12) | | | | |
| Less than Bachelor's Degree | 1.80% | 5.89% | 0.19% | 4.28% |
| Bachelor's Degree | 0.90% | 4.99% | −5.93% | −1.84% |
| Post-graduates | −0.21% | 3.88% | −7.36% | −3.26% |
| **STEM Average** | **0.93%** | **5.02%** | **−5.80%** | **−1.71%** |
| **Panel C:** ($\sigma_{sa}$=40 and $\sigma_{sn}$=18) | | | | |
| Less than Bachelor's Degree | 1.75% | 5.84% | 0.68% | 4.78% |
| Bachelor's Degree | 0.55% | 4.64% | −3.99% | 0.10% |
| Post-graduates | −0.93% | 3.16% | −5.69% | −1.60% |
| **STEM Average** | **0.59%** | **4.68%** | **−4.20%** | **−0.11%** |

The wage effect is estimated using $\sigma_H = 2$, $\sigma_{sc} = \infty$, $\sigma_{se} = 6$, and actual wage shares in 2000 with pooled (men and women) sample. The wage effect is calculated using the actual change in STEM immigrant supply in each cell from 2000 and 2015 holding the level of employment of non-STEM and U.S.-born STEM workers constant at their 2000 level. 'Without Externalities' column assumes that STEM workers do not have an impact on TFP and Skill-biased tech. progress (i.e., $\psi_A$ and $\psi_B$ are set to be equal to zero).

C. Gunadi

Labour Economics 61 (2019) 101751

**References**

Bonin, H., 2005. Wage and employment effects of immigration to germany: evidence from a skill group approach. Institute for the Study of Labor Discussion Paper No. 1875

Borjas, G.J., 1980. The relationship between wages and weekly hours of work: the role of division bias. J. Hum. Resour. 15 (3), 409–423.

Borjas, G.J., 2003. The labor demand curve is downward sloping: reexamining the impact of immigration on the labor market. Q. J. Econ. 118 (4), 1335–1374.

Borjas, G.J., 2014. Immigration Economics. Harvard University Press.

Borjas, G.J., 2017. The wage impact of the marielitos: a reappraisal. ILR Rev. 70 (5), 1077–1110.

Borjas, G.J., Doran, K.B., 2012. The collapse of the soviet union and the productivity of american mathematicians. Q. J. Econ. 127 (3), 1143–1203.

Borjas, G.J., Grogger, J., Hanson, G.H., 2008. Imperfect Substitution Between Immigrants and Natives: a Reappraisal. Technical Report. National Bureau of Economic Research.

Borjas, G.J., Grogger, J., Hanson, G.H., 2012. Comment: on estimating elasticities of substition. J. Eur. Econ. Assoc. 10 (1), 198–210.

Borjas, G.J., Katz, L.F., 2007. The evolution of the mexican-born workforce in the united states. In: Mexican immigration to the United States. University of Chicago Press, pp. 13–56.

Bound, J., Khanna, G., Morales, N., 2017. Understanding the economic impact of the H-1B program on the US. High-Skilled Migration to the United States and its Economic Consequences. University of Chicago Press.

Bratsberg, B., Raaum, O., 2012. Immigration and wages: evidence from construction. Econ. J. 122 (565), 1177–1205.

Bratsberg, B., Raaum, O., Røed, M., Schøne, P., 2014. Immigration wage effects by origin. Scand. J. Econ. 116 (2), 356–393.

Burtless, G., 2013. The impact of population aging and delayed retirement on workforce productivity. Available at:https://ssrn.com/abstract=2275023.

Card, D., 1990. The impact of the Mariel Boatlift on the Miami Labor Market. ILR Rev. 43 (2), 245–257.

Card, D., Lemieux, T., 2001. Can falling supply explain the rising return to college for younger men? A cohort-based analysis. Q. J. Econ. 116 (2), 705–746.

Chiswick, B.R., 1978. The effect of americanization on the earnings of foreign-born men. J. Polit. Econ. 86 (5), 897–921.

Doran, K., Gelber, A., Isen, A., 2016. The effects of high-skilled immigration policy on firms: evidence from visa lotteries1. Working Paper

Dustmann, C., Frattini, T., Preston, I.P., 2013. The effect of immigration along the distribution of wages. Rev. Econ. Stud. 80 (1), 145–173.

Hunt, J., Gauthier-Loiselle, M., 2010. How much does immigration boost innovation? Am. Econ. J. 2 (2), 31–56.

Katz, L.F., Murphy, K.M., 1992. Changes in relative wages, 1963–1987: supply and demand factors. Q. J. Econ. 107 (1), 35–78.

Kerr, S.P., Kerr, W.R., Lincoln, W.F., 2015. Skilled immigration and the employment structures of US firms. J. Labor Econ. 33 (S1), S147–S186.

Kerr, W.R., Lincoln, W.F., 2010. The supply side of innovation: H-1b visa reforms and US ethnic invention. J. Lab. Econ. 28 (3), 473–508.

Kerr, W.R., Turner, S.E., 2015. Introduction: US high-skilled immigration in the global economy. J. Lab. Econ. 33 (S1), S1–S4.

Langdon, D., McKittrick, G., Beede, D., Khan, B., Doms, M., 2011. STEM: Good Jobs Now and for the Future. ESA Issue Brief# 03–11. US Department of Commerce.

Lin, J., 2011. Technological adaptation, cities, and new work. Rev. Econ. Stat. 93 (2), 554–574.

Manacorda, M., Manning, A., Wadsworth, J., 2012. The impact of immigration on the structure of wages: theory and evidence from britain. J. Eur. Econ. Assoc. 10 (1), 120–151.

Moser, P., Voena, A., Waldinger, F., 2014. German jewish émigrés and US invention. Am. Econ. Rev. 104 (10), 3222–3255.

National Science Board, 2016. Science and Engineering Indicators. National Science Foundation.

Ortega, F., Sparber, C., 2016. 5 Skilled immigrants: economic contribution and policy implications. Refugees Econ. Migrants 16, 81.

Ottaviano, G.I.P., Peri, G., 2012. Rethinking the effect of immigration on wages. J. Eur. Econ. Assoc. 10 (1), 152–197.

Peri, G., Shih, K., Sparber, C., 2015. Stem workers, H-1B visas, and productivity in us cities. J. Lab. Econ. 33 (S1), S225–S255.

Peri, G., Sparber, C., 2009. Task specialization, immigration, and wages. Am. Econ. J. 1 (3), 135–169.

Peri, G., Sparber, C., 2011. Highly educated immigrants and native occupational choice. Ind. Relations 50 (3), 385–411.

Peri, G., Yasenov, V., 2018. The labor market effects of a refugee wave: synthetic control method meets the mariel boatlift. J. Hum. Resour.. 0217_8561R1

Ruggles, S., Genadek, K., Goeken, R., Grover, J., Sobek, M., 2015. Integrated Public use Microdata Series: Version 6.0 [Machine-readable database]. Minneapolis: University of Minnesota.

Steinhardt, M.F., 2011. The wage impact of immigration in germany-new evidence for skill groups and occupations. BE J. Econ. Anal. Policy 11 (1).

Turner, P.S., 2017. High-skilled immigration and the labor market: evidence from the H-1B visa program. Unpublished Manuscript.

USCIS, 2017. Understanding H-1B requirement. https://www.uscis.gov/working-united-states/temporary-workers/h-1b-specialty-occupations-dod-cooperative-research-and-development-project-workers-and-fashion-models.