# EXHIBIT 17

 U.S. Chamber of Commerce

# Chamber Litigation Center



**Fighting for business in the courts**

Founded in 1977, the U.S. Chamber Litigation Center fights for business at every level of the U.S. judicial system, on virtually every issue affecting business, including class actions and arbitration, labor and employment, energy and environment, securities and corporate governance, financial regulation, free speech, preemption, government contracts, and criminal law.

**Explore the case database**

Use advanced search features to view recent activity on the regulatory litigation and amicus briefs the Litigation Center has filed on behalf of the business community.

Search now

"The chamber has created the equivalent of a boutique law firm at its headquarters, one whose roster of talent now rivals some of Washington's most elite practices."

– Reuters, "Chamber of Commerce forms its own elite law team"



**Featured Story**

# Why the U.S. Chamber Is Fighting to Protect Amicus Filers

Proposed changes to the federal rules could harm important First Amendment rights and impose unnecessary burdens on amicus filers and federal courts.

Read More

## Request access to the Litigation Center's newsletter

Request access to exclusive updates about the U.S. Chamber Litigation Center's lawsuits and amicus briefs protecting the American business community.

Request access

## Leadership



### Daryl Josseffer

Executive Vice President and Chief Counsel, U.S. Chamber Litigation Center



### Tara Morrissey

Senior Vice President and Deputy Chief Counsel, U.S. Chamber Litigation Center