# EXHIBIT 18



# Immigration



Workforce availability is a major challenge for businesses. When we hear from businesses across America about expanding and investing in their communities, workforce is one of the biggest impediments they raise. Businesses simply can't grow without the talent needed to do it. The president was right to focus on border security, which was a crucial first step, and we commend his leadership on this issue. Having made significant progress, now is the time to review our legal immigration system.

America's success has always relied on welcoming the most talented, hardworking people from around the world. This has been a significant driver in our nation's growth and prosperity.

Unfortunately, the current immigration system doesn't meet the needs of our economy, businesses, or workers. That's why we're advocating for reforms to legal immigration that will boost economic growth, create jobs, and foster innovation for all Americans. We urge Congress and the administration to implement commonsense reforms to help businesses meet their workforce needs.

**Become a part of the world's largest business organization and network**

U.S. Chamber members range from small businesses and chambers of commerce across the country to startups in fast-growing sectors, leading industry associations, and global corporations.

Discover the ROI Chamber membership can deliver for you.

Get started

## Our Work

To allow businesses to meet their workforce needs, the U.S. Chamber is pushing Congress and the administration to implement commonsense reforms to our legal immigration system. When businesses are empowered to welcome international talent to the workforce, we renew our nation's legacy as an open and welcoming country where anyone who works hard can attain his or her goals.

**Latest**  **Major Initiatives**  **Programs**



### America Works Initiative

## Events

**International**

### AACCLA's 58th Annual Meeting and Forecast on Latin America and the Caribbean Conference

Live Now
U.S. Chamber of Commerce, 1615 H St NW, Washington, DC 20062

Learn More ↗

**Environment and Sustainability**

### Chemistry Solutions Forum 2025

Wednesday, October 22
09:00 AM EDT - 12:00 PM EDT

U.S. Chamber of Commerce 1615 H St NW, Washington, DC 20062

Learn More ↗

**Corporate Social Responsibility**

### 2025 Business Solves Annual Conference

Tuesday, October 28 - Wednesday, October 29
08:00 AM EDT - 03:00 PM EDT
U.S. Chamber of Commerce Foundation 1615 H St NW, Washington, D.C. 20062

Learn More ↗

## Latest Content