# EXHIBIT 25



# America Works Initiative

Helping your company and our country solve our workforce challenges.



America is facing a worker shortage crisis: There are too many open jobs without people to fill them. The result: Too many businesses can't grow, compete, and thrive. And too many workers can't realize their American dreams.

Through the America Works Initiative, we're helping employers across the country develop and discover talent to fill open jobs and grow our economy.

## Understanding America's Labor Shortage



**Understanding the problem**

### A national crisis by the numbers

Discover the latest data on job openings, unemployment, labor force participation, quit rates, and more, for a quick understanding of the current state of the workforce—paired with in-depth analysis of the trends.

Explore the Data Center



**WORKFORCE**

Understanding America's Labor Shortage



**WORKFORCE**

Understanding America's Labor Shortage: The Most Impacted Industries



**WORKFORCE**

Understanding America's Labor Shortage: The Most Impacted States



**WORKFORCE**

Understanding America's Labor Shortage: The Impact of Scarce and Costly Childcare

## Become a member

U.S. Chamber members range from the small businesses and local chambers of commerce that line the Main Streets of America to leading industry associations and large corporations.

Learn more about how your business can become a member.

Join

## Resources and Guides



**WORKFORCE**

Employer Roadmap: Childcare Solutions for Working Parents



**WORKFORCE**

Insights from Hiring Managers on Entry Level Preparedness



**EDUCATION**

Addressing the Readiness Gap: Preparing Students for Today's Workforce







**WORKFORCE**

## Employer Guide to Second Chance Hiring Programs and Tax Credits

**WORKFORCE**

## Six Things for Employers to Consider When Hiring Individuals With Disabilities

**WORKFORCE**

## Employer Guide To Tax Credits For Hiring Employees With Disabilities

## U.S. Chamber Foundation Programs to Help Your Company

**Develop your talent pipeline**

Read More

**Hire from the military community**

Read More

**Use data to find the perfect match**

Read More

**Invest differently in upskilling and training**

Read More

## America Works Policy Priorities

*Feature story*

## Scaling Up Skills-Based Employment Practices for American Businesses

Business Roundtable, SHRM, and the U.S. Chamber of Commerce are joining forces to help American businesses find and hire talented workers based on their skills, not just their degrees, to boost the economy and create more job opportunities.

Read more

