# EXHIBIT 26

# H-1B Electronic Registration Process

www.uscis.gov/working-in-the-united-states/temporary-workers/h-1b-specialty-occupations/h-1b-electronic-registration-process

July 18, 2025



Alert Type info
**Alert:** We have received enough petitions to reach the congressionally mandated 65,000 H-1B visa regular cap and the 20,000 H-1B visa U.S. advanced degree exemption, known as the master's cap, for fiscal year 2026.

If you are a prospective petitioner (also known as a registrant) seeking to file H-1B cap-subject petitions, including for beneficiaries eligible for the advanced degree exemption, you must first electronically register and pay the associated H-1B registration fee for each prospective beneficiary. See Fee Schedule, Form G-1055.

The electronic registration process streamlines processing by reducing paperwork and data exchange. It provides overall cost savings to employers seeking to file H-1B cap-subject petitions.

Under this process, if you seek to employ H-1B workers subject to the cap, you and your authorized representative, if applicable, must complete an electronic registration that requires basic information about you and each unique beneficiary you are requesting. We require registrants to provide valid passport information or valid travel document information for each beneficiary. The passport or travel document provided must be the one the beneficiary intends to use to enter the United States if they are issued an H-1B visa. Each

beneficiary must only be registered under one passport or travel document. For additional information on the passport or valid travel document requirement, please see the Frequently Asked Questions section below.

The initial registration period is for a minimum of 14 calendar days each fiscal year. USCIS then runs the H-1B selection process to select unique beneficiaries based on properly submitted electronic registrations. If we select the unique beneficiary, then each registrant that registered for that beneficiary receives a registration selection notice and may file an H-1B cap-subject petition on their behalf. Selections take place after the initial registration period closes, so you do not need to register on the day the initial registration period opens. You can only file an H-1B cap-subject petition if you receive a selection notice for the beneficiary of the petition.

### FY 2026 H-1B Cap Process Update

We selected [enough unique beneficiaries](#) during the initial registration period projected as needed to reach the fiscal year 2026 H-1B numerical allocations (H-1B cap), including the advanced degree exemption, also known as the master's cap.

We selected 118,660 unique beneficiaries, resulting in 120,141 selected registrations in the initial selection for the FY 2026 H-1B cap.

We have now received enough petitions to reach the congressionally mandated 65,000 H-1B visa regular cap and the 20,000 H-1B visa U.S. advanced degree exemption, known as the master's cap, for fiscal year 2026.

### FY 2026 H-1B Cap Registration Analysis

During the registration period for the FY 2026 H-1B cap, we saw a significant decrease in the total number of registrations submitted and eligible beneficiaries compared to FY 2025, including a decrease in the number of registrations submitted on behalf of beneficiaries with multiple registrations.

- The number of unique employers this year for FY 2026 (approximately 57,600) was comparable to the number last year for FY 2025 (approximately 52,700).
- The number of eligible unique beneficiaries this year for FY 2026 (approximately 339,000) was significantly lower than the number last year for FY 2025 (approximately 442,000).
- The number of eligible registrations was also dramatically lower for FY 2026 (343,981) compared with FY 2025 (470,342) — a 26.9% reduction.
- Overall, we saw an average of 1.01 registrations per beneficiary this year for FY 2026, compared to 1.06 for FY 2025. This means that, on average, each beneficiary only had approximately one registration submitted on their behalf.

**Historical Data**

This chart shows registration and selection numbers for fiscal years 2021-26:

| Cap Fiscal Year | Total Registrations | Eligible Registrations* | Eligible Registrations for Beneficiaries with No Other Eligible Registrations | Eligible Registrations for Beneficiaries with Multiple Eligible Registrations | Selected Registrations |
|---|---|---|---|---|---|
| 2021 | 274,237 | 269,424 | 241,299 | 28,125 | 124,415 |
| 2022 | 308,613 | 301,447 | 211,304 | 90,143 | 131,924 |
| 2023 | 483,927 | 474,421 | 309,241 | 165,180 | 127,600 |
| 2024 | 780,884 | 758,994 | 350,103 | 408,891 | 188,400 |
| 2025 | 479,953 | 470,342 | 423,028 | 47,314 | 135,137 |
| 2026 | 358,737 | 343,981 | 336,153 | 7,828 | 120,141 |

*The count of eligible registrations excludes duplicate registrations, those deleted by the prospective employer before the registration period closed, those denied for having invalid passport or travel document information, and those with failed payments.*

**Measures to Combat Fraud in the Registration Process**

The data for the FY 2025 and FY 2026 H-1B cap registration period indicates that there were far fewer attempts to gain an unfair advantage than in prior years. This is in large part because we implemented the beneficiary-centric selection process under the final rule [Improving the H-1B Registration Selection Process and Program Integrity](#).

We remain committed to deterring and preventing abuse of the H-1B registration process and to ensuring that only those who follow the law are eligible to file an H-1B cap petition.

We remind the public that at the time each registration is submitted, each prospective petitioner is required to sign an attestation, under penalty of perjury, that:

- All the information contained in the registration submission is complete, true, and correct;
- The registrations reflect a legitimate job offer; and

- The registrant, or the organization for whom the registration is submitted, has not worked with, or agreed to work with, another registrant, petitioner, agent, or other individual or entity to submit a registration to unfairly increase chances of selection for the beneficiary or beneficiaries in this submission.

If we find that this attestation was not true and correct, we will find the registration to not be properly submitted. The prospective petitioner would not be eligible to file a petition based on that registration. We may deny a petition, or revoke a petition approval, based on a registration that contained a false attestation and therefore was not properly submitted. Furthermore, we may also refer the individual or entity who submitted a false attestation to appropriate federal law enforcement agencies for investigation and further action, as appropriate.

We remind registrants that each registration must provide the beneficiary's valid passport or travel document information (including passport or travel document number, country of issuance, and expiration date). If we find that the registration contains invalid passport or travel document information (such as "NA" or "00000"), we will find the registration to not be properly submitted.

**Based on evidence from the FY 2023 and FY 2024 H-1B cap seasons, we have undertaken extensive fraud investigations, denied and revoked petitions accordingly, and continue to make law enforcement referrals for criminal prosecution. We are also reviewing the FY 2025 data and will review the FY 2026 data for any attempts to gain an unfair advantage through the beneficiary-centric selection process. If applicable, we will deny or revoke any petitions and make law enforcement referrals for criminal prosecution accordingly.**

We believe that the decreased filing rate for FY 2024 H-1B cap petitions and the decreased registration numbers for FY 2025 and FY2026 indicate that these investigations, and the beneficiary-centric selection process, have been effective integrity measures.

The H-1B program is an essential part of our nation's immigration system and our economy, and we are committed to implementing the law and helping meet the ever-changing needs of the U.S. labor market.

You can report suspected immigration benefit fraud and abuse to USCIS through our online tip form.

For more information about the H-1B program, visit our H-1B Specialty Occupations webpage.

## How to Register

To submit an H-1B registration, you must first create a USCIS online account.

USCIS organizational accounts allow multiple people within an organization and their legal representatives to collaborate on and prepare H-1B registrations, H-1B petitions, and any associated Form I-907, Request for Premium Processing Service. Registrants need an organizational account to submit registrations for the H-1B cap selection process. For more information on creating and using organizational accounts, please see our [Organizational Accounts FAQ](#).

The initial registration period for the FY 2026 H-1B cap opened at noon Eastern on March 7 and ran through noon Eastern on March 24.

### Step-by-Step Instructions

Visit our [USCIS YouTube channel](#) for recordings of the FY 2026 H-1B Cap national engagement(s) and USCIS Tech Talks once they are available.

### Tips to Avoid Common Mistakes with H-1B Electronic Registration

Based on our experience with the H-1B electronic registration period, the top two user errors are:

- Creating the wrong type of account; and
- Entering the same beneficiary more than once.

**Make Sure You Create the Right Type of Account**

There are three types of USCIS online accounts:

1. Applicant/petitioner/requestor account – Individuals use this type of account to prepare and file applications, petitions, or other benefit requests. **You cannot use this account type to prepare or submit H-1B registrations.**
2. Attorney/representative account – If you are an attorney or accredited representative (legal representative) submitting H-1B registrations on behalf of a prospective petitioner, select this option. You will also be able to submit Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.
3. Organizational account (formerly registrant account) – This is the account that a prospective petitioner must create to participate in the H-1B registration process, even if the prospective petitioner will work with an attorney or accredited representative to submit the registration.

**Avoid Duplicate Entries**

A prospective petitioner may only have one registration submitted per beneficiary per fiscal year. After the initial registration period has closed, if the prospective petitioner has more than one registration submitted for the same beneficiary, we will invalidate all registrations submitted for that beneficiary by that prospective petitioner, or their authorized attorney or

representative, from the selection process. This does not prevent other prospective petitioners or their representatives from submitting registrations for that same beneficiary, but they too need to ensure that each of them, as a prospective petitioner, only has one registration submitted for the beneficiary.

**We have added duplicate checker functionality to the electronic registration process.**

Before you submit your registration(s), you can check if the registrant/prospective petitioner named in the draft submission previously submitted a registration for any of the beneficiaries included in that draft submission for the same fiscal year. Using this check does not guarantee that you will not submit a duplicate. This check will compare the beneficiaries listed in the draft with any registrations previously submitted during this registration period. It will not check for duplicates within that draft or between drafts. Even if using this check function, the burden is still on the registrant and their authorized attorney or representative, if applicable, to ensure that no duplicate registrations are submitted. We also provide a tool to download a .csv file and search for duplicate entries. Also, we recommend that attorneys and authorized individuals who work for the same company coordinate to eliminate duplicates before submitting their registrations.

If you discover you or your representative submitted more than one registration for the same person and the initial registration period is still open (before noon Eastern on March 24, 2025), you can go into your account and delete the extra submission(s) until there is only one registration for the beneficiary. We do not refund the fee if you delete a duplicate registration.

If you discover that you or your representative submitted more than one registration for the same person and the initial registration period has closed (after noon Eastern on March 24, 2025), there is no way to correct this error. We will remove all registrations submitted for the beneficiary by, or on behalf of, that prospective petitioner from the selection process. We do not refund the fee for a removed registration.

### Unfairly Increasing Chances of Selection

When you submit your registration(s), you must attest, under penalty of perjury, that all of the information contained in the submission is complete, true, and correct. The attestation that is required before submission indicates, "I further certify that this registration (or these registrations) reflects a legitimate job offer and that I, or the organization on whose behalf this registration (or these registrations) is being submitted, have not worked with, or agreed to work with, another registrant, petitioner, agent, or other individual or entity to submit a registration to unfairly increase chances of selection for the beneficiary or beneficiaries in this submission."

If we find that this attestation was not true and correct (for example, that a company worked with another entity to submit multiple registrations for the same beneficiary to unfairly increase chances of selection for that beneficiary), we will deny or revoke the petition based on a registration with a false attestation in accordance with the regulatory language at 8 CFR 214.2(h)(10)(ii) and 8 CFR 214.2(h)(11)(iii)(A)(2). Furthermore, we may also refer the individual or entity who submitted a false attestation to appropriate federal law enforcement agencies for investigation and further action as appropriate.

## Required Fees

For information on fees, see [Fee Schedule, Form G-1055](#). The fee for each registration has increased to $215 for the FY 2026 H-1B cap.

Each registration is for a single beneficiary.

Registrants or their representative must pay the **non-refundable** H-1B registration fee for each beneficiary before they are eligible to submit a registration for that beneficiary for the H-1B cap.

The U.S. Department of the Treasury has approved an increase in the daily credit card transaction limit from $24,999.99 to $99,999.99 per day for H-1B registrations and petitions submitted **online** using one credit card for the FY 2026 H-1B cap season. This increase is in response to stakeholder feedback and the volume of previous H-1B registrations that exceeded the daily credit card limit.

There is a daily transaction limit for credit cards of $24,999.99 per credit card per day for petitions that are sent by mail. Alternatively, you can:

> Process transactions using a checking account. The checking account information (routing and account number) must be from a financial institution located in the United States.

## Important Dates

### H-1B Registration Process Timeline

March 7: H-1B registration period opened at noon Eastern.

March 24: H-1B registration period closed at noon Eastern.

March 31: Date by which USCIS notified selected registrants.

April 1: The earliest date that FY 2026 H-1B cap-subject petitions based on the registrations selected during the initial FY 2026 selection period were able to be filed.

**Registration Selection Notifications**

We intend to notify registrants and their representatives with selected registrations via their USCIS online accounts.

Registrants' online accounts will <u>display a registration status. Descriptions of the possible registration statuses that may be seen in association with submitted H-1B registrations are as follows</u> (that is, for each beneficiary registered):

- **Submitted:** The registration has been submitted and is eligible for selection. If the initial selection process has been completed, this registration remains eligible, unless subsequently invalidated, for selection in any subsequent selections for the fiscal year for which it was submitted.
- **Selected:** Selected to file an H-1B cap petition.
- **Not Selected:** Not eligible to file an H-1B cap petition based on this registration.
- **Denied:** The passport or travel document information listed on the registration is invalid, or multiple registrations were submitted by or on behalf of the same registrant for the same beneficiary. If denied as a duplicate registration, all registrations submitted by or on behalf of the same registrant for this beneficiary for the fiscal year are invalid.
- **Invalidated - failed payment:** A registration was submitted but the payment method was declined, not reconciled, or otherwise invalid.
- **Deleted:** The submitted registration has been deleted and is no longer eligible for selection.
- **Processing submission:** USCIS is processing your submission. It may take up to 72 hours for all of your case information to show on the case details page. While it is processing, you will be unable to access your draft.

H-1B cap-subject beneficiaries, including those eligible for the advanced degree exemption, must have a valid "Selected" registration notification for that specific fiscal year for a registrant or representative to properly file an H-1B cap-subject petition. The status of registrations that are not selected as part of any initial random selection process, and not denied or invalidated, will remain as "Submitted." Registrants and representatives who are not selected will not be notified until after USCIS has determined that they have reached the H-1B cap for that fiscal year.

**H-1B Electronic Registration Frequently Asked Questions**

**Q. Are there any changes to the H-1B electronic registration form for FY 2026?**

A. The FY 2026 H-1B electronic registration form is very similar to past years. You still only need to provide basic information about the prospective petitioner and beneficiary.

H-1B registrants must also provide valid passport information or valid travel document information for each beneficiary. The passport or travel document provided must be the same as the beneficiary used to enter the United States; if or when they are outside the United States, it must be the document they intend to use to enter the United States if they receive an H-1B visa. Also, the passport or travel document's validity period must be current and unexpired. Each beneficiary must be registered under only one passport or travel document.

The passport or travel document must be valid at the time of registration. If the passport or travel document expires between when a registration is submitted and when the H-1B petition is filed, the petitioner should enter data from the new, currently valid passport or travel document on Page 3, Part 3 of [Form I-129, Petition for Nonimmigrant Worker](). In support of the H-1B petition, the petitioner should provide documentation for **both** passports or travel documents to establish that the passport or travel document was valid at the time of registration and an explanation as to why there was a change in identifying information.

In rare instances, such as for nationals of Venezuela, the passport or travel document may be past the expiration date listed on the document (that is, facially expired) but may have had its validity extended by decree or automatically by the national government or issuing authority that issued the passport or travel document. In these unusual circumstances, we would consider those documents to be valid since they were extended by decree or automatically. Registrants should enter the expiration date of the passport or travel document based on the extension, rather than the date that appears in the passport itself. If an H-1B petition is filed based on such registration, we will review the copy of the facially expired document along with any relevant information about the extension to ensure the information entered at registration was accurate.

**Q. Is there an appeal process for registrations that USCIS finds are invalid duplicates?**

A. We will invalidate duplicate registrations by the same registrant. A registrant will not be able to appeal our finding that the registrations are duplicates.

**Q. If registering for the master's cap based on the expectation that the beneficiary will earn a qualifying advanced degree and the registration is selected under the master's cap, but the beneficiary does not obtain their qualifying advanced degree by the time of filing the cap-subject H-1B petition, is there a risk that USCIS will deny the cap-subject H-1B petition for that beneficiary?**

A. If we select a registration under the advanced degree exemption (under INA 214(g)(5)(C)) because the beneficiary has earned, or will earn before the filing of the petition, a master's or higher degree from a U.S. institution of higher education, the beneficiary must be eligible for the advanced degree exemption at the time of filing [Form I-129, Petition for a Nonimmigrant]()

Worker. If we select the beneficiary under the advanced degree exemption and the beneficiary has not earned a qualifying master's or higher degree from a U.S. institution of higher education at the time of filing the petition, we will deny or reject the petition.

**Q. What happens if the prospective employer with a selected registration puts an address on their registration but moves before they file their I-129 petition, such that the addresses on their registration and Form I-129 don't match?**

A. In such a situation, the petitioner should include a statement with their petition, with supporting documentation, explaining why the address on the registration differs from the address on the petition. If we cannot determine that the petitioning entity is the same as the prospective petitioner identified on the selected registration, we may reject or deny the petition.

**Q. What start date should petitioners with a selected registration indicate on their Form I-129?**

A. If we selected your registration, you must indicate a start date of Oct. 1 or later of the appropriate fiscal year (and 6 months or less from the receipt date of the petition) on your petition. If you do not, we will reject or deny your petition.

**Q. If there is a typo on the registration in comparison to the Form I-129, will USCIS reject the Form I-129 petition?**

A. Although we will not automatically reject the Form I-129 petition for typos on the selected registration in comparison with the Form I-129, the burden is on the registrant/petitioner to confirm that all registration and petition information is correct and to establish that the H-1B cap petition is based on a valid registration submitted for the beneficiary named in the petition and selected by USCIS.

**Q. Will the H-1B registration system or the beneficiary-centric selection process affect how USCIS handles the prohibited filing of multiple H-1B petitions for the same beneficiary by related entities?**

A. The prohibition on an employer or related entities filing multiple H-1B cap petitions for the same beneficiary has not changed. Our handling of multiple H-1B cap petitions is consistent with 8 CFR 214.2(h)(2)(i)(G) and Matter of S- Inc., Adopted Decision 2018-02 (AAO Mar. 23, 2018).

**Q. Where should a petitioner with a selected registration file their Form I-129 and supporting documentation?**

A. We accept online filing for H-1B cap petitions and associated Forms I-907 for petitioners whose registrations have been selected. Petitioners also have the option of filing a paper Form I-129 H-1B petition and any associated Form I-907 if they prefer. However, users will not be able to link paper-filed Forms I-129 and I-907 to their online accounts.

For paper-filed forms, petitioners must file per the instructions on the H-1B registration selection notice, which may be different from the historical Form I-129 filing jurisdictions for cap cases. Please see our [Direct Filing Addresses for Form I-129, Petition for a Nonimmigrant Worker](#) webpage for information on the correct location at which to file your cap petition.

**Q. What happens if a legal representative submits a registration but then stops representing the registrant?**

A. It is up to the representative and registrant to ensure that the registrant maintains access to submissions made for them and any updates related to those submissions. If a registrant no longer wants their attorney involved, they can end the relationship with the representative, and the registrant will still be able to see all registration information in their own organizational account(s). However, the registrant will not be able to add a new attorney or representative to H-1B registrations prepared or submitted by the previous attorney.

**Q. Will the system prevent the representative and the registrant from both entering the same beneficiary?**

A. The system will not prevent a representative and a registrant from both registering the same beneficiary. However, we added duplicate checker functionality to the electronic registration process. Before you submit your registration(s), you can check whether the registrant named in the draft submission previously submitted a registration for any of the beneficiaries included in that draft submission for the same fiscal year. Using this check does not guarantee that you will not submit a duplicate. This check will compare the beneficiaries listed in the draft with any registrations previously submitted during this registration period. It will not check for duplicates within that draft or between drafts. Even when using this check function, the representative and the registrant are still responsible for ensuring that they do not submit duplicate registrations. To help with that, we also offer a tool to download a .csv file and search for duplicate entries. In addition, we recommend that attorneys and authorized individuals who work for the same company communicate among themselves to eliminate duplicates before submitting their registrations.

**Q. I am a legal representative submitting the H-1B registration online, and the [Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative](#), asks if I have an online account and what my account number is. How do I find it?**

A. If you have paper-filed cases that are eligible to be added to your online account, your USCIS notices for those cases should include your online account number. If you do not know your account number, this will not affect your H-1B registration. You can click "No" to this question and move on to the next question.

**Q. Will both the attorney and the client (prospective registrant) need to create a USCIS online account for the H-1B electronic registration process?**

A. Yes. Both the client (prospective registrant) and attorney will need a USCIS online account for the H-1B electronic registration process. If you are an attorney and already have an existing legal representative account, your account will work with the H-1B electronic registration process. You do not need to create a new legal representative account unless you do not have one.

All clients (prospective registrants) will need to create an H-1B organizational account to review and approve the Form G-28 and H-1B registrations as part of the electronic registration process.

**Q. As a registrant, can I delete my account?**

A. See the [Tips for Filing Forms Online](#) webpage for information on how to delete your account.

**Q. Does a duplicate registration in a submission batch affect all registrations in the batch or only the duplicate registration?**

A. We would invalidate only the duplicate registrations. If you properly submitted other registrations for different beneficiaries, these valid registrations would remain in the system for the selection process. You have until the initial registration period closes, to log into your account, review all of your H-1B registrations, and delete any duplicate registrations. This is also true if one of the registrations submitted in a batch contains an error. You would be able to delete the registration for the beneficiary that contained the error without affecting the rest of the batch submission.

**Q. As a legal representative, how will I know that the registrant has gone into the system and approved my Form G-28 and the H-1B registrations?**

A. You can log into your account to check if the registrant has approved the Form G-28 and the H-1B registrations. Our system will not separately notify you that the registrant has approved the Form G-28 and H-1B registrations.

**Q. After the legal representative submits a registration, will the registrant be notified via email or by logging into their account?**

A. The legal representative will need to notify the registrant that the registration and Form G-28 were entered for the registrant's review; or the registrant can see the registrations and Form G-28 by logging into their account. Our system will not separately notify the registrant.

**Q. Can an attorney represent a petitioner for a Form I-129 petition if the petitioner completed the H-1B electronic registration process without the help of the attorney?**

A. Yes. However, to authorize their representation, the attorney would need to file a Form G-28 with the Form I-129 H-1B petition. Even if the attorney submitted a Form G-28 to represent a registrant for the registration process, they would still need to submit a new Form G-28 with the Form I-129 petition.

**Q. How do I reset the password for my USCIS account or get technical support?**

A. To reset your password, please visit the [Forgot Your Password](#) page on our website. To review the steps on how to create an online account, sign into your account, or complete an H-1B registration with USCIS, please see the "How to Register" tab above. If you are experiencing technical difficulties with your online account or your H-1B registration, send us a message using the [Request for Account Help Form](#). Select "A technical issue in my online account" from the drop-down menu. Be sure to include all requested information and indicate if your technical issue is related to H-1B registration.

**Q. What is the earliest date I can start drafting registrations?**

A. The FY 26 H-1B cap registration period opened on March 7, 2025, at noon Eastern. The FY 26 H-1B registration period closed on March 24, 2025, at noon Eastern.

**Q. Will the system allow multiple staff members to log into my account at the same time?**

A. No. You must agree to the Terms of Use, which include an attestation that you are the person that holds the account and that you will not share your account with others or allow others to use your account.

However, we launched USCIS organizational accounts that allow multiple people within an organization and their legal representatives to collaborate on preparation of H-1B registrations, H-1B petitions, and any associated Form I-907.

**Q. How should a registrant with a selected registration notify USCIS if they do not intend to file a petition?**

A. Since no H-1B petition will be filed, we will have no paper file that we can use to match the registrant's notification with the selected registration. We suggest that the employer keep documentation of the reason for not filing, so that the employer would be able to show us the documentation if we have questions.

**Q. If a registration is selected and the petition is filed during the 90-day period, but it is rejected, will a petitioner be eligible to refile if they are still within the 90-day window?**

A. A petitioner is eligible to refile their rejected petition if they refile it within the designated 90-day filing window. The petitioner must file their petition at the correct location and must include all required fees and supporting evidence with the filing.

**Q. What should I do if information from the delivery service suggests there may be a delay or damage to the package or that the package was misrouted?**

A. It is your burden to monitor the progress of your delivery, even if it is guaranteed by the delivery service. If you filed an H-1B cap petition in a timely manner, but information from the delivery service suggests that there may be a delay or damage to the package or that the package was misrouted, you may file a second H-1B petition with a new fee payment during the designated 90-day filing window on your Registration Selection Notice. You must include:

- An explanation as to why a second petition is being filed, with supporting evidence, such as information from the delivery service; and
- A request to withdraw the first petition filed for the H-1B cap.

If you do not include these items, you will be considered to have submitted duplicate petitions. We may deny or revoke multiple or duplicative petitions filed by the same petitioner, for the same H-1B worker in the same fiscal year and will not refund the filing fees.

However, if you properly file a second H-1B petition and withdraw the first, we will withdraw the first petition and proceed with adjudication of the second petition.

**Q. Will USCIS invalidate registrations as duplicates if the same representative submits two registrations for the same beneficiary, but for two unrelated companies?**

A. No. We would not consider such registrations duplicates. However, we will consider registrations as duplicates if the registrations are for the same prospective petitioners and the same prospective beneficiaries.

Furthermore, we would consider a registration to not be properly submitted if it contained an attestation that was not true and correct (for example, that a company worked with another entity to submit multiple registrations for the same beneficiary to unfairly increase chances of selection for that beneficiary). For more information, please see the "Unfairly Increasing Chances of Selection" tab above.

**Q. If one person is the authorized signatory for two separate companies, could this person use their email with different domain names to set up a registrant account and submit registrations for the two companies?**

A. Yes, they may. They will need two separate accounts, one for each company. They will also need a separate email address for each account.

**Q. What happens to my registration submission if the payment fails to initially go through?**

A. If your payment initially fails or is canceled before it can be processed on Pay.gov, you will see a payment failure notification on the screen and your registration will not be submitted. Your registration data will be available in your account for 30 days from the date you last worked on your registrations. You can sign in to your account at any time before the initial registration period closes to try the payment and registration submission again. You must submit all registrations and payments successfully before the initial registration period closes for consideration in the initial registration period selection process

**Q. What happens if my payment initially clears, but then fails (for example, payment is made using an electronic check that my bank then returns)?**

A. It is your responsibility to submit valid payment.

When paying by check, please be sure to enter the bank routing number and bank account number accurately. While the status of the registration in the system will indicate "submitted" following completion of the Pay.gov payment process, the submission will only be valid once your payment clears. If your checking account information is not accurate, your payment will be declined when presented to your financial institution. If your payment is declined, your H-1B registration will be invalidated.

If payment is made with a credit card or debit card, the status of the registration in the system will indicate "submitted" following completion of the Pay.gov payment process. The submission, however, will only be valid once processing of the payment is completed. If the payment is later declined, not reconciled, disputed, or otherwise invalidated after submission, the registration will be invalidated.

If your payment fails, we will attempt to notify you, but it is your responsibility to determine the status of your required payment. If your registration is invalidated while the registration period is still open, you will be able to submit a new registration with a valid payment. If your registration is invalidated due to a failed payment after the registration period closes, you will not be able to submit a new registration. We may deny or revoke the approval of an H-1B petition if we determine that the fee associated with the registration is declined, not reconciled, disputed, or otherwise invalid after submission. The registration fee is non-refundable and due at the time the registration is submitted.

**Q. May an authorized signatory within the company, who is different from the authorized signatory who signed the H-1B electronic registration, sign the paper Form I-129?**

A. Yes. The authorized signatory who signed the registration does not need to be the same authorized signatory who signs Form I-129. However, the prospective petitioner (registrant) at the registration stage must match the petitioner at the Form I-129 stage.

**Q. What time zone does the H-1B registration system and Form I-129 petitions submitted online use?**

A. H-1B registrations and Forms I-129 that are submitted online via a USCIS online account will reflect a filing time based on Coordinated Universal Time (UTC).

For Form I-129 petitions submitted online, the receipt date will be based on UTC, not the local time of the submitter or the location of the officer that will ultimately work the petition. This may result in a later receipt date than anticipated if filing late in the day. Please verify that any filings are submitted on time to ensure that there are no adverse impacts to eligibility.

**Q. I indicated on a registration that a beneficiary was not eligible for the master's cap, but their selection notice indicates they were selected in the master's cap. Is this an error on the selection notice?**

A. First, you should verify your indication on the registration regarding the beneficiary's eligibility for consideration in the master's cap.

However, even if you did not indicate the beneficiary was eligible for consideration in the master's cap, they may still have been properly considered in the master's cap. The beneficiary would have been entered into the master's cap selection process if they had another registration submitted on their behalf that indicated they were eligible for consideration in the master's cap. Because of the beneficiary-centric selection process, all registrations submitted for that beneficiary are selected if the beneficiary is selected. Accordingly, if the beneficiary was selected in the master's cap, all registrations would indicate that selection, even if a particular registration did not indicate eligibility for the master's cap.

Based on DHS regulations, the general cap selection is conducted first by selecting beneficiaries from among all properly submitted registrations, including those eligible for the advanced degree exemption. Then the master's cap selection is conducted. Accordingly, any beneficiary selected in the initial master's cap selection was not selected in the initial general cap selection.

You are still eligible to file a petition based on this selected registration during the applicable filing period. However, you would need to establish the beneficiary's eligibility for the master's cap as of the time of filing the Form I-129 petition.

**Organizational Accounts Frequently Asked Questions**

[Organizational Accounts Frequently Asked Questions](#)

**Related Links**

Last Reviewed/Updated:

07/18/2025

# Was this page helpful?

0 / 2000

To protect your privacy, please do not include any personal information in your feedback. Review our [Privacy Policy](#).