# EXHIBIT 28



**Legal Sidebar**

# Presidential Authority to Suspend Entry of Aliens Under 8 U.S.C. § 1182(f)

## Updated February 21, 2024

The President has the authority "to suspend the entry of all aliens or any class of aliens" whenever the President "finds that the entry of any aliens or of any class of aliens into the United States would be detrimental to the interests of the United States." Presidential Administrations have invoked this authority, found in 8 U.S.C. § 1182(f), in diverse contexts, including to suspend the entry of some individuals connected with "Russian efforts to undermine the sovereignty and territorial integrity of Ukraine," certain students and researchers arriving from China, and some foreign nationals arriving to the United States by air from specific countries during the COVID-19 pandemic. This statutory authority to restrict the entry of certain aliens has garnered recent attention by lawmakers. This Legal Sidebar discusses the presidential authority found in Section 1182(f) and provides a table documenting entry restrictions expressly invoking this authority that have been issued from December 31, 1980, through February 15, 2024.

## Background

Prior to the enactment of Section 1182(f), predecessor statutes passed in response to World War I and World War II authorized the President to restrict the entry and departure of persons. In 1918, Congress passed the Act of May 22, 1918, which authorized the President, "when the United States is at war," to place restrictions and prohibitions on "the departure of persons from and their entry into the United States … if the President shall find that the public safety requires" these restrictions. Invoking this authority, President Woodrow Wilson then issued Presidential Proclamation No. 1,473, providing that "[n]o alien shall receive permission to depart from or enter the United States unless it shall affirmatively appear that there is reasonable necessity for such departure or entry and that such departure or entry is not prejudicial to the interests of the United States."

The 1918 Act was effective only during wartime, but it was amended just before the United States entered World War II to apply to the national emergency declared in response to the widening conflict. The Alien Visa Act of 1941 amended the 1918 Act to authorize the President, "[w]hen the United States is at war or during the existence of the national emergency proclaimed by the President on May 27, 1941," to limit the departure of persons from and their entry into the United States when "the President shall find that the interests of the United States require." During consideration of the Alien Visa Act of 1941 and proposed amendments, legislators debated the appropriate scope of the presidential authority, including whether to

**Congressional Research Service**

https://crsreports.congress.gov

LSB10458

restrict the authority to wartime and whether to ground such authority in the protection of "public safety" or the "public interest." One Senator argued that "we are constantly drifting away from constitutional methods of procedure in government and proceeding to government by Executive decree." In response, another Senator explained that, according to the Department of State, the authority permitting the President to place limitations in support of the "interests of the United States" would be used only to "suppress subversive activities." President Franklin Roosevelt invoked this authority through Presidential Proclamation 2,523, which provided that, among other restrictions on travel, "[n]o alien shall be permitted to enter the United States if it appears to the satisfaction of the Secretary of State that such entry would be prejudicial to the interests of the United States.... "

The current version of Section 1182(f) authorizing the President to suspend the entry of aliens or classes of aliens if such entry would be detrimental to the interests of the United States derives from the initial passage of the Immigration and Nationality Act (INA) in 1952. An amendment that would have limited the provision to a national emergency or state of war was debated during this time, with some arguing that the broad language with no limitations was "absolutely essential." For instance, one Representative pointed to a potential "outbreak of an epidemic in some country," claiming it would be "impossible" for Congress "to act." Others expressed concern in giving the President such broad authority independent of a requirement of war or national emergency, asserting that it would give the President "the right to say that hereafter there shall be no more immigration into the United States."

The Supreme Court has understood Section 1182(f) to convey broad authority to the President to limit the entry of aliens into the United States. In the 1993 decision *Sale v. Haitian Centers Council, Inc.*, the Court upheld the validity of an interdiction program established by President George H. W. Bush through Executive Order No. 12,807, which was based on the authority under Section 1182(f). According to the *Sale* Court, "[i]t is perfectly clear that 8 U.S.C. § 1182(f) grants the President ample power to establish a naval blockade that would simply deny illegal Haitian migrants the ability to disembark on our shores."

In the 2018 decision *Trump v. Hawaii*, the Supreme Court interpreted Section 1182(f) as granting broad presidential authority to suspend the entry of aliens. In this case, the Court considered whether President Donald Trump had authority under Section 1182(f) to issue Proclamation No. 9,645, which "place[d] entry restrictions on the nationals of eight foreign states whose systems for managing and sharing information about their nationals the President deemed inadequate," and whether it violated the Establishment Clause of the First Amendment. The Court rejected the legal challenges by a 5-4 vote, holding that the breadth of the restrictions on nationals of the countries identified by the proclamation did not exceed the President's authority under Section 1182(f). The majority stated that, "[b]y its terms," Section 1182(f) "exudes deference to the President" and grants the President broad authority to impose entry restrictions. The Court reasoned that Section 1182(f) is a "comprehensive delegation" that gives the President discretion over every detail of the entry restrictions he sets under it, including "when to suspend entry," "whose entry to suspend," "for how long," and "on what conditions."

Following *Trump v. Hawaii*, lowers courts have continued to address the scope of the President's authority to exclude aliens under Section 1182(f). In particular, courts have considered whether the level of deference owed to the President's exercise of that authority should depend on whether the proclamation is premised on national security interests or purely domestic affairs. Some courts have held that the President is entitled to less deference when a proclamation is based on domestic interests. For example, in one case, a federal district court held that a 2020 proclamation issued by President Trump suspending entry of certain nonimmigrant workers based on economic concerns during the COVID-19 pandemic exceeded the President's authority under Section 1182(f) because the statute "does not afford the President unbridled authority to set domestic policy regarding employment of nonimmigrant foreigners." (President Joe Biden revoked the challenged proclamation during the pendency of the government's appeal, and the U.S. Court of Appeals decided this action rendered the case moot without reaching the merits of the lower court decision.) In a separate case concerning the legality of that proclamation,

another district court, citing Supreme Court precedent, rejected the distinction between domestic and foreign affairs for purposes of determining the appropriate level of deference.

Lower courts have also explained that, while Section 1182(f) gives the President authority to suspend the entry of certain aliens, immigration officials may not rely upon that authority to suspend visa adjudications. More generally, courts have explained that the President's authority under Section 1182(f) is not unbounded and may not be used to supersede or conflict with other provisions of the INA. In one recent case, however, a federal district court suggested in a footnote that, at least in some circumstances, Section 1182(f) "would certainly seem to authorize the President to close the border to arriving aliens once it became apparent that … [immigration detention] facilities were not going to be able to handle the 'surge' of aliens coming to the border."

In sum, while courts uniformly recognize that Section 1182(f) conveys broad authority to the President to restrict the entry of aliens into the United States, the judicial branch continues to grapple with questions over Section 1182(f)'s application and the degree that domestic interests may inform the President's decision to invoke that authority.

# Presidential Actions Suspending Entry of Aliens

As shown in **Table 1**, various presidential Administrations have relied on Section 1182(f) in many contexts. It appears that Presidents did not employ Section 1182(f) to impose entry restrictions until the Reagan Administration. On at least two earlier occasions—1953 and 1979—Presidents invoked a separate INA provision, 8 U.S.C. § 1185, to authorize Department of State regulations restricting alien entry. Since 1981, every President has invoked Section 1182(f) at least once, as shown in **Table 1** below. Invocations have become more frequent in recent presidential Administrations, as shown below.

**Table 1** below lists information regarding presidential proclamations and executive orders (hereinafter "presidential documents") issued after December 31, 1980, through February 15, 2024, that have expressly invoked 8 U.S.C. § 1182(f) to impose entry restrictions.

- **Column 1—Date of Invocation** lists the date an entry restriction was issued. The entry restrictions are arranged in reverse-chronological order.

- **Column 2—Title of Order or Proclamation** lists the title of the presidential document published in the *Federal Register*.

- **Column 3—Citation** includes an executive order or proclamation number as well as *Federal Register* citation. Any identified amendments or partial revocations to the entry restrictions are noted in parentheticals.

- **Column 4—Nature of Exclusion** briefly summarizes the nature of the listed entry exclusion but does not identify waivers, exemptions, or limitations.

- **Column 5—Status** includes information about the status of the entry restrictions listed in **Columns 1-3**, including any presidential document that entirely revoked or superseded a listed entry restriction. "No presidential revocation identified" indicates that no rescission by way of presidential document was found. When a complete revocation was not identified for a listed restriction, **Column 5** includes the most recent reference to the listed restriction in a presidential document if such a reference exists.

CRS compiled **Table 1** using the parameters and limitations outlined in the "Table Methodology" section below. Different research methodologies may yield different results.

**Table 1. Entry Restrictions Expressly Invoking 8 U.S.C. § 1182(f) Issued After December 31, 1980, and Through February 15, 2024**

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| **Invocations by President Joe Biden** | | | | |
| Feb. 1, 2024 | Imposing Certain Sanctions on Persons Undermining Peace, Security, and Stability in the West Bank | Exec. Order No. 14,115, 89 Fed. Reg. 7,605 (Feb. 5, 2024). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to the West Bank (e.g., persons involved with "actions ... that threaten the peace, security, or stability of the West Bank"). | No presidential revocation identified. |
| Dec. 11, 2023 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Enabling Corruption | Pres. Proc. No. 10,685, 88 Fed. Reg. 86,541 (Dec. 14, 2023). | Suspending the entry as immigrants or nonimmigrants of certain persons connected with "significant corruption" (e.g., "laundering of its proceeds or obstruction of judicial or investigative processes"). | No presidential revocation identified. |
| May 4, 2023 | Imposing Sanctions on Certain Persons Destabilizing Sudan and Undermining the Goal of a Democratic Transition | Exec. Order No. 14,098, 88 Fed. Reg. 29,529 (May 5, 2023). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Sudan (e.g., persons involved with "actions or policies that threaten the peace, security, or stability of Sudan"). | No presidential revocation identified. Referenced in Notice of Oct. 31, 2023, 88 Fed. Reg. 75,227 (Oct. 31, 2023). |
| July 19, 2022 | Bolstering Efforts to Bring Hostages and Wrongfully Detained United States Nationals Home | Exec. Order No. 14,078, 87 Fed. Reg. 43,389 (July 21, 2022). | Suspending the entry as immigrants or nonimmigrants of certain persons connected with "the hostage-taking of a United States national or the wrongful detention of a U.S. national abroad." | No presidential revocation identified. Referenced in Notice of July 12, 2023, 88 Fed. Reg. 45,327 (July 15, 2023). |
| Feb. 21, 2022 | Blocking Property of Certain Persons and Prohibiting Certain Transactions with Respect to Continued Russian Efforts to Undermine the Sovereignty and Territorial Integrity of Ukraine | Exec. Order No. 14,065, 87 Fed. Reg. 10,293 (Feb. 23, 2022). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Russia's "purported recognition of the so-called Donetsk People's Republic (DNR) or Luhansk People's Republic (LNR) regions of Ukraine." | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Dec. 15, 2021 | Imposing Sanctions on Foreign Persons Involved in the Global Illicit Drug Trade | Exec. Order No. 14,059, 86 Fed. Reg. 71,549 (Dec. 17, 2021). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to "global illicit drug trade" (e.g., persons involved with "activities or transactions that have materially contributed to … the international proliferation of illicit drugs or their means of production"). | No presidential revocation identified. Referenced in Notice of Dec. 13, 2023, 88 Fed. Reg. 86,809 (Dec. 13, 2023). |
| Nov. 26, 2021 | Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Coronavirus Disease 2019 | Pres. Proc. No. 10,315, 86 Fed. Reg. 68,385 (Dec. 1, 2021). | In response to COVID-19, suspending the entry as immigrants and nonimmigrants of certain persons who were physically present within Botswana, Eswatini, Lesotho, Malawi, Mozambique, Namibia, South Africa, and Zimbabwe during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,329, 87 Fed. Reg. 149 (Jan. 3, 2022). |
| Nov. 16, 2021 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Policies or Actions That Threaten Democracy in Nicaragua | Pres. Proc. No. 10,309, 86 Fed. Reg. 64,797 (Nov. 19, 2021). | Suspending the entry as immigrants or nonimmigrants of specified categories of persons responsible for policies or actions that threaten Nicaragua's democratic institutions (e.g., government officials with the rank of vice minister or above; military officers). | No presidential revocation identified. |
| Oct. 25, 2021 | Advancing the Safe Resumption of Global Travel During the COVID-19 Pandemic | Pres. Proc. No. 10,294, 86 Fed. Reg. 59,603 (Oct. 25, 2021). | Suspending the entry as nonimmigrants of persons not fully vaccinated against COVID-19, with exceptions. | Revoked in part by Pres. Proc. No. 10,575, 88 Fed. Reg. 30,889 (May 9, 2023). |
| Sept. 17, 2021 | Imposing Sanctions on Certain Persons with Respect to the Humanitarian and Human Rights Crisis in Ethiopia | Exec. Order No. 14,046, 86 Fed. Reg. 52,389 (Sept. 21, 2021). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Ethiopia (e.g., persons involved with "corruption or serious human rights abuse in or with respect to northern Ethiopia"). | No presidential revocation identified. Referenced in Notice of Sept. 7, 2023, 88 Fed. Reg. 62,435 (Sept. 11, 2023). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Aug. 9, 2021 | Blocking Property of Additional Persons Contributing to the Situation in Belarus | Exec. Order No. 14,038, 86 Fed. Reg. 43,905 (Aug. 11, 2021). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Belarus (e.g., persons found "to operate ... in the defense and related materiel sector"). | No presidential revocation identified.<br><br>Referenced in Notice of June 12, 2023, 88 Fed. Reg. 39,109 (June 14, 2023). |
| June 8, 2021 | Blocking Property and Suspending Entry into the United States of Certain Persons Contributing to the Destabilizing Situation in the Western Balkans | Exec. Order No. 14,033, 86 Fed. Reg. 31,079 (June 10, 2021). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to the Western Balkans (e.g., persons found to be involved with serious human rights abuses and corruption in the Western Balkans). | No presidential revocation identified.<br><br>Referenced in Notice of June 20, 2023, 88 Fed. Reg. 40,683 (June 22, 2023). |
| Apr. 30, 2021 | Suspension of Entry as Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Coronavirus Disease 2019 | Pres. Proc. No. 10,199, 86 Fed. Reg. 10,199 (May 6, 2021). | In response to COVID-19, suspending the entry as nonimmigrants of persons who were physically present in India during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,294, 86 Fed. Reg. 59,603 (Oct. 25, 2021). |
| Apr. 15, 2021 | Blocking Property with Respect to Specified Harmful Foreign Activities of the Government of the Russian Federation | Exec. Order No. 14,024, 86 Fed. Reg. 20,249 (Apr. 19, 2021) (amended by Exec. Order No. 14,066, 87 Fed. Reg. 13,625 (Mar. 10, 2022), and Exec. Order No. 14,114, 88 Fed. Reg. 246 (Dec. 26, 2023)). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Russia (e.g., persons found to operate in the technology or the defense and related materiel sector of the Russian economy and those who have engaged in malicious cyber-enabled activities). | No presidential revocation identified.<br><br>Referenced in Notice of Apr. 7, 2023, 88 Fed. Reg. 21,457 (Apr. 10, 2023). |
| Feb. 10, 2021 | Blocking Property with Respect to the Situation in Burma | Exec. Order No. 14,014, 86 Fed. Reg. 9,429 (Feb. 12, 2021). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Burma (e.g., persons found "to operate in the defense sector" of the Burmese economy and those who engage in actions that "undermine the democratic processes or institutions in Burma"). | No presidential revocation identified.<br><br>Referenced in Notice of Feb. 7, 2024, 89 Fed. Reg. 8,989 (Feb. 9, 2024). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Jan. 25, 2021 | Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Coronavirus Disease 2019 | Pres. Proc. No. 10,143, 86 Fed. Reg. 7,467 (Jan. 28, 2021). | In response to COVID-19, suspending the entry as immigrants and nonimmigrants of certain persons who were physically present within the Schengen Area, the United Kingdom, Ireland, Brazil, and South Africa during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,294, 86 Fed. Reg. 59,603 (Oct. 25, 2021). |
| **Invocations by President Donald Trump** | | | | |
| Sept. 21, 2020 | Blocking Property of Certain Persons with Respect to the Conventional Arms Activities of Iran | Exec. Order No. 13,949, 85 Fed. Reg. 60,043 (Sept. 23, 2020). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Iran (e.g., persons who engage in "any activity that materially contributes to the supply, sale, or transfer … to or from Iran, or for the use in or benefit of Iran, of arms and related materiel, including spare parts"). | No presidential revocation identified. Referenced in Notice of Mar. 10, 2023, 88 Fed. Reg. 15,595 (Mar. 13, 2023). |
| July 14, 2020 | The President's Executive Order on Hong Kong Normalization | Exec. Order No. 13,936, 85 Fed. Reg. 43,413 (July 14, 2020). | Suspending the entry as immigrants or nonimmigrants of persons related to certain activities in Hong Kong (e.g., persons found to have been involved "in the coercing, arresting, detaining, or imprisoning of individuals under the authority of … the Law of the People's Republic of China"). | No presidential revocation identified. Referenced in Notice of July 11, 2023, 88 Fed. Reg. 44,669 (July 12, 2023). |
| June 11, 2020 | Blocking Property of Certain Persons Associated with the International Criminal Court | Exec. Order No. 13,928, 85 Fed. Reg. 36,139 (June 15, 2020). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to the International Criminal Court. | Revoked by Exec. Order No. 14,022, 86 Fed. Reg. 17,895 (Apr. 7, 2021). |
| May 29, 2020 | Suspension of Entry as Nonimmigrants of Certain Students and Researchers from the People's Republic of China | Pres. Proc. No. 10,043, 85 Fed. Reg. 34,353 (June 4, 2020). | Suspending the entry as nonimmigrants of any national of China seeking to enter the United States pursuant to an F or J visa to study or conduct research in the United States, with exceptions. | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| May 24, 2020 | Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus | Pres. Proc. No. 10,041, 85 Fed. Reg. 31933 (May 28, 2020) (amended by Pres. Proc. No. 10,042, 85 Fed. Reg. 32,291 (May 28, 2020)). | In response to COVID-19, suspending the entry as immigrants and nonimmigrants of persons who were physically present in Brazil during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,138, 86 Fed. Reg. 6,799 (Jan. 22, 2021). |
| Apr. 22, 2020 | Suspension of Entry of Immigrants Who Present a Risk to the United States Labor Market During the Economic Recovery Following the 2019 Novel Coronavirus Outbreak | Pres. Proc. No. 10,014, 85 Fed. Reg. 23,441 (Apr. 27, 2020) (amended by Pres. Proc. No. 10,052, 85 Fed. Reg. 38,263 (June 25, 2020), Pres. Proc. June 29, 2020, Pres. Proc. Dec. 31, 2020, and Pres. Proc. No. 10,131, 86 Fed. Reg. 417 (Jan. 6, 2021). | In response to COVID-19, suspending the entry as immigrants and nonimmigrants of persons. | Restrictions revoked in part by Pres. Proc. No. 10,014, 85 Fed. Reg. 23,441 (Feb. 24, 2021), and in part expired on Mar. 31, 2021. Pres. Proc. No. 10,131, 86 Fed. Reg. 417 (Jan. 6, 2021). |
| Mar. 14, 2020 | Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus | Pres. Proc. No. 9,996, 85 Fed. Reg. 15,341 (Mar. 18, 2020). | In response to COVID-19, suspending the entry as immigrants and nonimmigrants of persons who were physically present in the United Kingdom or Ireland during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,138, 86 Fed. Reg. 6,799 (Jan. 22, 2021). |
| Mar. 11, 2020 | Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus | Pres. Proc. No. 9,993, 85 Fed. Reg. 15,045 (Mar. 16, 2020). | In response to COVID-19, suspending the entry as immigrants or nonimmigrants of persons who were physically present in the Schengen Area during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,138, 86 Fed. Reg. 6,799 (Jan. 22, 2021). |
| Feb. 29, 2020 | Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus | Pres. Proc. No. 9,992, 85 Fed. Reg. 12,855 (Mar. 4, 2020). | In response to COVID-19, suspending the entry as immigrants or nonimmigrants of persons who were physically present in Iran during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,294, 86 Fed. Reg. 59,603 (Oct. 25, 2021). |
| Jan. 31, 2020 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus and Other Appropriate Measures to Address This Risk | Pres. Proc. No. 9,984, 85 Fed. Reg. 6,709 (Feb. 5, 2020). | In response to COVID-19, suspending the entry as immigrants or nonimmigrants of persons who were physically present in mainland China during the 14-day period before their entry or attempted entry. | Revoked by Pres. Proc. No. 10,294, 86 Fed. Reg. 59,603 (Oct. 25, 2021). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Jan. 31, 2020 | Improving Enhanced Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats | Pres. Proc. No. 9,983, 85 Fed. Reg. 6,699 (Feb. 5, 2020). | Suspending the entry as immigrants of nationals of Myanmar, Eritrea, Kyrgyzstan, and Nigeria and suspending the issuance of diversity visas to nationals of Sudan and Tanzania. | Revoked by Pres. Proc. No. 10, 141, 87 Fed. Reg. 7,005 (Jan. 25, 2021). |
| Jan. 10, 2020 | Imposing Sanctions with Respect to Additional Sectors of Iran | Exec. Order No. 13,902, 85 Fed. Reg. 2,003 (Jan. 14, 2020). | Suspending the entry as immigrants or nonimmigrants of persons operating or conducting significant transactions within certain sectors of the economy of Iran. | No presidential revocation identified. |
| Oct. 14, 2019 | Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Syria | Exec. Order No. 13,894, 84 Fed. Reg. 55,851 (Oct. 17, 2019). | Suspending the entry as immigrants or nonimmigrants of certain persons contributing to the situation in Syria. | No presidential revocation identified. Referenced in Notice of Oct. 12, 2023, 88 Fed. Reg. 71,271 (Oct. 12, 2023). |
| Oct. 4, 2019 | Suspension of Entry of Immigrants Who Will Financially Burden the United States Healthcare System, in Order to Protect the Availability of Healthcare Benefits for Americans | Pres. Proc. No. 9,945, 84 Fed. Reg. 53,991 (Oct. 9, 2019). | Suspending the entry as immigrants of persons who do not have approved health insurance and do not have the financial resources to pay foreseeable medical costs. | Revoked by Pres. Proc. No. 10,209, 86 Fed. Reg. 27,015 (May 19, 2021). |
| Sept. 25, 2019 | Suspension of Entry as Immigrants and Nonimmigrants of Senior Officials of the Government of Iran | Pres. Proc. No. 9,932, 84 Fed. Reg. 51,935 (Sept. 30, 2019). | Suspending the entry as immigrants or nonimmigrants of senior officials of the government of Iran and their immediate family members. | No presidential revocation identified. |
| Sept. 25, 2019 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Policies or Actions That Threaten Venezuela's Democratic Institutions | Pres. Proc. No. 9,931, 84 Fed. Reg. 51,931 (Sept. 30, 2019). | Suspending the entry as immigrants or nonimmigrants of specified categories of persons "responsible for policies or actions that threaten Venezuela's democratic institutions" (e.g., government officials with the rank of vice minister or above; military officers). | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Aug. 5, 2019 | Blocking Property of the Government of Venezuela | Exec. Order No. 13,884, 84 Fed. Reg. 38,843 (Aug. 7, 2019). | Suspending the entry as immigrants or nonimmigrants of certain persons who have provided material assistance or support to persons subject to property restrictions due to their links to the government of Venezuela. | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 1, 2023, 88 Fed. Reg. 13,287 (Mar. 2, 2023). |
| July 26, 2019 | Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Mali | Exec. Order No. 13,882, 84 Fed. Reg. 37,055 (July 30, 2019). | Suspending the entry as immigrants or nonimmigrants of specified categories of persons who have contributed to the situation in Mali in specified ways (e.g., by engaging in "actions or policies that threaten the peace, security, or stability of Mali"). | No presidential revocation identified.<br><br>Referenced in Notice of July 21, 2023, 88 Fed. Reg. 48,027 (July 25, 2023). |
| June 24, 2019 | Imposing Sanctions with Respect to Iran | Exec. Order No. 13,876, 84 Fed. Reg. 30,573 (June 26, 2019). | Suspending the entry as immigrants or nonimmigrants of certain government officials and corporate executives in Iran (e.g., any person "appointed by the Supreme Leader of Iran or the [Supreme Leader's Office] to a position as a state official of Iran") and others who materially assist or support them. | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 10, 2023, 88 Fed. Reg. 15,595 (Mar. 13, 2023). |
| May 8, 2019 | Imposing Sanctions with Respect to the Iron, Steel, Aluminum, and Copper Sectors of Iran | Exec. Order No. 13,871, 84 Fed. Reg. 20,761 (May 10, 2019). | Suspending the entry as immigrants or nonimmigrants of certain persons operating or conducting business in the iron, steel, aluminum, or copper sectors of Iran. | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 10, 2023, 88 Fed. Reg. 15,595 (Mar. 13, 2023). |
| Nov. 27, 2018 | Blocking Property of Certain Persons Contributing to the Situation in Nicaragua | Exec. Order No. 13,851, 83 Fed. Reg. 61,505 (Nov. 29, 2018). | Suspending the entry as immigrants or nonimmigrants of persons who have contributed to the situation in Nicaragua in specified ways (e.g., by engaging in "serious human rights abuse in Nicaragua"). | No presidential revocation identified.<br><br>Referenced in Notice of Nov. 16, 2023, 88 Fed. Reg. 80,549 (Nov. 17, 2023). |
| Nov. 9, 2018 | Addressing Mass Migration Through the Southern Border of the United States | Pres. Proc. No. 9,822, 83 Fed. Reg. 57,661 (Nov. 15, 2018) (amended by Pres. Proc. No. 9,842, 84 Fed. Reg. 3,665 (Feb. 12, 2019) and Pres. Proc. No. 9,880, 84 Fed. Reg. 21,229 (May 13, 2019)). | Suspending the entry of aliens between ports of entry across the southern border, in conjunction with an interim final rule rendering aliens ineligible for asylum if they violate the suspension on entry. | Revoked by Exec. Order No. 14,010, 86 Fed. Reg. 8,267 (Feb. 5, 2021). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Sept. 20, 2018 | Authorizing the Implementation of Certain Sanctions Set Forth in the Countering America's Adversaries Through Sanctions Act | Exec. Order No. 13,849, 83 Fed. Reg. 48,195 (Sept. 21, 2018). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to property sanctions related to the Countering America's Adversaries Through Sanctions Act. | No presidential revocation identified. |
| Sept. 12, 2018 | Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election | Exec. Order No. 13,848, 83 Fed. Reg. 46,843 (Sept. 14, 2018). | Suspending the entry as immigrants or nonimmigrants of certain persons determined to have been complicit in foreign interference in a United States election. | No presidential revocation identified.\n\nReferenced in Notice of Sept. 7, 2023, 88 Fed. Reg. 62,437 (Sept. 11, 2023). |
| Aug. 6, 2018 | Reimposing Certain Sanctions with Respect to Iran | Exec. Order No. 13,846, 83 Fed. Reg. 38,939 (Aug. 7, 2018). | Suspending the entry as immigrants or nonimmigrants of certain persons subject to sanctions related to Iran (e.g., persons who have materially assisted "the purchase or acquisition of U.S. bank notes or precious metals by the Government of Iran"). | No presidential revocation identified.\n\nReferenced in Notice of Mar. 10, 2023, 88 Fed. Reg. 15,595 (Mar. 13, 2023). |
| Dec. 20, 2017 | Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption | Exec. Order No. 13,818, 82 Fed. Reg. 60,839 (Dec. 26, 2017). | Suspending the entry as immigrants or nonimmigrants of 13 named persons and other persons determined to be complicit in serious human rights abuses or corruption. | No presidential revocation identified.\n\nReferenced in Notice of Dec. 18, 2023, 88 Fed. Reg. 87,891 (Dec. 19, 2023). |
| Oct. 24, 2017 | Resuming the United States Refugee Admissions Program with Enhanced Vetting Capabilities | Pres. Proc. No. 13,815, 82 Fed. Reg. 50,055 (Oct. 27, 2017). | Providing for the resumption of the United States Refugee Admissions Program upon the expiration of Executive Order 13,780, subject to limitations established by the Secretaries of State and Homeland Security. | Revoked by Exec. Order No. 14013, 86 Fed. Reg. 8,839 (Feb. 9, 2021). |
| Sept. 24, 2017 | Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats | Pres. Proc. No. 9,645, 82 Fed. Reg. 45,161 (Sept. 27, 2017) (amended by Pres. Proc. No. 9,723, 83 Fed. Reg. 15,937 (Apr. 13, 2018)). | Suspending the entry as immigrants, nonimmigrants, or both of specified categories of nationals of Chad, Iran, Libya, North Korea, Syria, Venezuela, Yemen, and Somalia. | Revoked by Pres. Proc. No. 10,141, 86 Fed. Reg. 7,005 (Jan. 25, 2021). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Sept. 20, 2017 | Imposing Additional Sanctions with Respect to North Korea | Exec. Order No. 13,810, 82 Fed. Reg. 44,705 (Sept. 25, 2017). | Suspending the entry as immigrants or nonimmigrants of specified categories of persons subject to property sanctions for operating in certain sectors of the North Korean economy or engaging in commercial activity in North Korea. | No presidential revocation identified. Referenced in Notice of June 20, 2023, 88 Fed. Reg. 40,681 (June 22, 2023). |
| Mar. 6, 2017 | Protecting the Nation from Foreign Terrorist Entry into the United States | Exec. Order No. 13,780, 82 Fed. Reg. 13,209 (Mar. 9, 2017). | Suspending for 90 days the entry of aliens from Iran, Libya, Somalia, Sudan, Syria, and Yemen and suspending the entry of all refugees for 120 days. | Revoked by Pres. Proc. No. 10,141, 87 Fed. Reg. 7,005 (Jan. 25, 2021). |
| Jan. 27, 2017 | Protecting the Nation from Foreign Terrorist Entry into the United States | Exec. Order No. 13,769, 82 Fed. Reg. 8,977 (Feb. 1, 2017). | Suspending for 90 days the entry as immigrants or nonimmigrants of persons from Iran, Iraq, Libya, Somalia, Sudan, Syria, and Yemen; suspending the entry of all refugees for 120 days; and suspending the entry of refugees from Syria indefinitely. | Revoked by Pres. Proc. No. 10,141, 87 Fed. Reg. 7,005 (Jan. 25, 2021). |
| **Invocations by President Barack Obama** | | | | |
| Apr. 19, 2016 | Blocking Property and Suspending Entry into the United States of Persons Contributing to the Situation in Libya | Exec. Order No. 13,726, 81 Fed. Reg. 23,559 (Apr. 21, 2016). | Suspending the entry as immigrants or nonimmigrants of persons determined to have "contributed to the situation in Libya" in specified ways (e.g., engaging in "actions or policies that threaten the peace, security, or stability" of that country or may lead to or result in the misappropriation of Libyan state assets). | No presidential revocation identified. Referenced in Notice of Feb. 7, 2023, 88 Fed. Reg. 10,823 (Feb. 21, 2023). |
| Mar. 15, 2016 | Blocking Property of the Government of North Korea and the Workers' Party of Korea, and Prohibiting Certain Transactions with Respect to North Korea | Exec. Order No. 13,722, 81 Fed. Reg. 14,943 (Mar. 18, 2016). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in certain transactions involving North Korea (e.g., selling or purchasing metal, graphite, coal, or software directly or indirectly to or from North Korea or to persons acting for or on behalf of the North Korean government or the Workers' Party of Korea). | No presidential revocation identified. Referenced in Notice of June 20, 2023, 88 Fed. Reg. 40,681 (June 22, 2023). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Nov. 22, 2015 | Blocking Property of Certain Persons Contributing to the Situation in Burundi | Exec. Order No. 13,712, 80 Fed. Reg. 73,633 (Nov. 25, 2015). | Suspending the entry as immigrants or nonimmigrants of persons determined to have "contributed to the situation in Burundi" in specified ways (e.g., engaging in "actions or policies that threaten the peace, security, or stability of Burundi" or "undermine democratic processes or institutions" in that country). | No presidential revocation identified.

Revoked by Exec. Order 14,054, 86 Fed. Reg. 66,149 (Nov. 19, 2021). |
| Apr. 1, 2015 | Blocking the Property of Certain Persons Engaging in Significant Malicious Cyber-Enabled Activities | Exec. Order No. 13,694, 80 Fed. Reg. 18,077 (Apr. 2, 2015) (expanded by Exec. Order No. 13,757, 82 Fed. Reg. 1 (Jan. 3, 2017)). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in "significant malicious cyber-enabled activities" (e.g., harming or significantly compromising the provision of services by a computer or computer network that supports an entity in a critical infrastructure sector). | No presidential revocation identified.

Referenced in Notice of Mar. 29 2023, 88 Fed. Reg. 19,209 (Mar. 30, 2023). |
| Mar. 8, 2015 | Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Venezuela | Exec. Order No. 13,692, 80 Fed. Reg. 12,747 (Mar. 11, 2015) (expanded by Exec. Order No. 13,850, 83 Fed. Reg. 55,243 (Nov. 2, 2018)). | Suspending the entry as immigrants or nonimmigrants of persons determined to have "contributed to the situation in Venezuela" in specified ways (e.g., engaging in actions or policies that undermine democratic processes or institutions, significant acts of violence, or conduct that constitutes a serious abuse or violation of human rights). | No presidential revocation identified.

Referenced in Notice of Mar. 1, 2023, 88 Fed. Reg. 13,287 (Mar. 2, 2023). |
| Jan. 2, 2015 | Imposing Additional Sanctions with Respect to North Korea | Exec. Order No. 13,687, 80 Fed. Reg. 819 (Jan. 6, 2015). | Suspending the entry as immigrants or nonimmigrants of persons with specified connections to North Korea (e.g., officials of the North Korean government or the Workers' Party of Korea). | No presidential revocation identified.

Referenced in Notice of June 20, 2023, 88 Fed. Reg. 40,681 (June 22, 2023). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Dec. 19, 2014 | Blocking Property of Certain Persons and Prohibiting Certain Transactions with Respect to the Crimea Region of Ukraine | Exec. Order No. 13,685, 79 Fed. Reg. 77,357 (Dec. 24, 2014). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in certain transactions involving the Crimea region of Ukraine (e.g., materially assisting, sponsoring, or providing financial, material, or technological support for, or goods or services to or in support of, persons whose property or interests are blocked under the order). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 1, 2023, 88 Fed. Reg. 13,285 (Mar. 2, 2023. |
| May 12, 2014 | Blocking Property of Certain Persons Contributing to the Conflict in the Central African Republic | Exec. Order No. 13,667, 79 Fed. Reg. 28,387 (May 15, 2014). | Suspending the entry as immigrants or nonimmigrants of persons determined to have contributed to the conflict in the Central African Republic in specified ways (e.g., engaging in actions or policies that threaten the peace, security, or stability of that country or that threaten transitional agreements or the political transition process). | No presidential revocation identified.<br><br>Referenced in Notice of May 10, 2023, 88 Fed. Reg. 30,637 (May 11, 2023). |
| Apr. 3, 2014 | Blocking Property of Certain Persons with Respect to South Sudan | Exec. Order No. 13,664, 79 Fed. Reg. 19,283 (Apr. 7, 2014). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in certain conduct as to South Sudan (e.g., actions or policies that "have the purpose or effect of expanding or extending the conflict" in that country or obstructing reconciliation or peace talks or processes). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 29, 2023, 88 Fed. Reg. 19,211 (Mar. 30, 2023). |
| Mar. 20, 2014 | Blocking Property of Additional Persons Contributing to the Situation in Ukraine | Exec. No. Order 13,662, 79 Fed. Reg. 16,169 (Mar. 24, 2014). | Suspending the entry as immigrants or nonimmigrants of persons determined to have contributed to the situation in Ukraine in specified ways (e.g., operating in the financial services, energy, metals and mining, engineering, or defense and related materiel sectors of the Russian Federation economy). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 1 2023, 88 Fed. Reg. 13,285 (Mar. 2, 2023). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Mar. 16, 2014 | Blocking Property of Additional Persons Contributing to the Situation in Ukraine | Exec. No. Order 13,661, 79 Fed. Reg. 15,535 (Mar. 19, 2014). | Suspending the entry as immigrants or nonimmigrants of persons determined to have contributed to the situation in Ukraine in specified ways (e.g., officials of the government of the Russian Federation or persons who operate in the arms or related materiel sector). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 1 2023, 88 Fed. Reg. 13,285 (Mar. 2, 2023). |
| Mar. 6, 2014 | Blocking Property of Certain Persons Contributing to the Situation in Ukraine | Exec. No. Order 13,660, 79 Fed. Reg. 13,493 (Mar. 10, 2014). | Suspending the entry as immigrants or nonimmigrants of persons determined to have contributed to the situation in Ukraine in specified ways (e.g., engagement in or responsibility for misappropriation of state assets of Ukraine or of economically significant entities in that country). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 1 2023, 88 Fed. Reg. 13,285 (Mar. 2, 2023). |
| June 3, 2013 | Authorizing the Implementation of Certain Sanctions Set Forth in the Iran Freedom and Counter-Proliferation Act of 2012 and Additional Sanctions with Respect to Iran | Exec. Order No. 13,645, 78 Fed. Reg. 33,945 (June 5, 2013). | Suspending the entry as immigrants or nonimmigrants of persons who have engaged in certain conduct related to Iran (e.g., materially assisting, sponsoring, or providing support for, or goods or services to or in support of, any Iranian person included on the list of Specially Designated Nationals and Blocked Persons). | Revoked by Exec. Order No. 13,716, 81 Fed. Reg. 3,693 (Jan. 21, 2016) and superseded by Exec. Order No. 13,846, 83 Fed. Reg. 38,939 (Aug. 7, 2018). |
| Oct. 9, 2012 | Authorizing the Implementation of Certain Sanctions Set Forth in the Iran Threat Reduction and Syria Human Rights Act of 2012 and Additional Sanctions with Respect to Iran | Exec. Order No. 13,628, 77 Fed. Reg. 62,139 (Oct. 12, 2012) (amended by Exec. Order No. 13,716, 81 Fed. Reg. 3,693 (Jan. 21, 2018)). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in certain actions involving Iran (e.g., knowingly transferring or facilitating the transfer of goods or technologies to Iran, to entities organized under Iranian law or subject to Iranian jurisdiction, or to Iranian nationals that are likely to be used by the Iranian government to commit serious human rights abuses against the Iranian people). | Revoked and superseded by Exec. Order No. 13,846, 83 Fed. Reg. 38,939 (Aug. 7, 2018). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| July 11, 2012 | Blocking Property of Persons Threatening the Peace, Security, or Stability of Burma | Exec. Order No. 13,619, 77 Fed. Reg. 41,243 (July 13, 2012). | Suspending the entry as immigrants or nonimmigrants of persons determined to threaten the peace, security, or stability of Burma in specified ways (e.g., participation in the commission of human rights abuses or importing or exporting arms or related materiel to or from North Korea). | Revoked by Exec. Order 13,742, 81 Fed. Reg. 70,593 (Oct. 12, 2016). |
| May 1, 2012 | Prohibiting Certain Transactions with and Suspending Entry into the United States of Foreign Sanctions Evaders with Respect to Iran and Syria | Exec. Order No. 13,608, 77 Fed. Reg. 26,409 (May 3, 2012). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in certain conduct as to Iran and Syria (e.g., facilitating deceptive transactions for or on behalf of any person subject to U.S. sanctions concerning Iran and Syria). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 10, 2023, 88 Fed. Reg. 15,595 (Mar. 13, 2023). |
| Apr. 22, 2012 | Blocking the Property and Suspending Entry into the United States of Certain Persons with Respect to Grave Human Rights Abuses by the Governments of Iran and Syria via Information Technology | Exec. Order No. 13,606, 77 Fed. Reg. 24,571 (Apr. 24, 2012). | Suspending the entry as immigrants or nonimmigrants of persons determined to have engaged in specified conduct involving "grave human rights abuses by the governments of Iran and Syria via information technology" (e.g., operating or directing the operation of communications technology that facilitates computer or network disruption, monitoring, or tracking that could assist or enable serious human rights abuses by or on behalf of these governments). | No presidential revocation identified.<br><br>Referenced in Notice of Mar. 10, 2023, 88 Fed. Reg. 15,595 (Mar. 13, 2023). |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Aug. 4, 2011 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Participate in Serious Human Rights and Humanitarian Law Violations and Other Abuses | Pres. Proc. No. 8,697, 76 Fed. Reg. 49,277 (Aug. 9, 2011). | Suspending the entry as immigrants or nonimmigrants of persons who participate in serious human rights and humanitarian law violations and other abuses (e.g., planning, ordering, assisting, aiding and abetting, committing, or otherwise participating in "widespread or systemic violence against any civilian population" based, in whole or in part, on race, color, descent, sex, disability, language, religion, ethnicity, birth, political opinion, national origin, membership in a particular social group, membership in an indigenous group, or sexual orientation or gender identity). | No presidential revocation identified. |
| July 24, 2011 | Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions | Pres. Proc. No. 8,693, 76 Fed. Reg. 44,751 (July 27, 2011). | Suspending the entry as immigrants or nonimmigrants of persons subject to U.N. Security Council travel bans and International Emergency Economic Powers Act sanctions. | No presidential revocation identified.<br><br>Referenced in Exec. Order No. 14,115, 89 Fed. Reg. 7,605 (Feb. 5, 2024). |
| **Invocations by President George W. Bush** | | | | |
| Jan. 16, 2009 | To Suspend Entry as Immigrants and Nonimmigrants of Foreign Government Officials Responsible for Failing to Combat Trafficking In Persons | Pres. Proc. No. 8,342, 74 Fed. Reg. 4,093 (Jan. 22, 2009). | Suspending the entry as immigrants or nonimmigrants of foreign government officials responsible for failing to combat trafficking in persons. | No presidential revocation identified. |
| June 28, 2007 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Policies and Actions That Threaten Lebanon's Sovereignty and Democracy | Pres. Proc. No. 8,158, 72 Fed. Reg. 36,587 (July 3, 2007). | Suspending the entry as immigrants or nonimmigrants of persons responsible for policies or actions that threaten Lebanon's sovereignty and democracy (e.g., current or former Lebanese government officials and private persons who "deliberately undermine or harm Lebanon's sovereignty"). | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| May 12, 2006 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Policies or Actions That Threaten the Transition to Democracy in Belarus | Pres. Proc. 8,015, 71 Fed. Reg. 28,541 (May 16, 2006). | Suspending the entry as immigrants or nonimmigrants of persons responsible for policies or actions that threaten the transition to democracy in Belarus (e.g., Members of the government of Alyaksandr Lukashenka and other persons involved in policies or actions that "undermine or injure democratic institutions or impede the transition to democracy in Belarus"). | No presidential revocation identified. |
| Jan. 12, 2004 | To Suspend Entry as Immigrants or Nonimmigrants of Persons Engaged in or Benefiting from Corruption | Pres. Proc. No. 7,750, 69 Fed. Reg. 2,287 (Jan. 14, 2004). | Suspending the entry as immigrants or nonimmigrants of persons who have engaged in or benefited from corruption in specified ways (e.g., current or former public officials whose solicitation or acceptance of articles of monetary value or other benefits has or had "serious adverse effects on the national interests of the United States"). | No presidential revocation identified. |
| Feb. 22, 2002 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Actions That Threaten Zimbabwe's Democratic Institutions and Transition to a Multi-Party Democracy | Pres. Proc. No. 7,524, 67 Fed. Reg. 8,857 (Feb. 26, 2002). | Suspending the entry as immigrants or nonimmigrants of persons responsible for actions that threaten Zimbabwe's democratic institutions and transition to a multiparty democracy (e.g., Senior members of the government of Robert Mugabe, persons who through their business dealings with Zimbabwean government officials derive significant financial benefit from policies that undermine or injure Zimbabwe's democratic institutions). | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| June 26, 2001 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Actions That Threaten International Stabilization Efforts in the Western Balkans, and Persons Responsible for Wartime Atrocities in That Region | Pres. Proc. 7,452, 66 Fed. Reg. 34,775 (June 29, 2001). | Suspending the entry as immigrants or nonimmigrants of persons responsible for actions that threaten international stabilization efforts in the Western Balkans or are responsible for wartime atrocities in that region. | No presidential revocation identified. |
| **Invocations by President William Clinton** | | | | |
| Oct. 10, 2000 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Impeding the Peace Process in Sierra Leone | Pres. Proc. No. 7,359, 65 Fed. Reg. 60,831 (Oct. 13, 2000). | Suspending the entry as immigrants or nonimmigrants of persons who plan, engage in, or benefit from activities that support the Revolutionary United Front or otherwise impede the peace process in Sierra Leone. | No presidential revocation identified. |
| Nov. 12, 1999 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Responsible for Repression of the Civilian Population in Kosovo or for Policies That Obstruct Democracy in the Federal Republic of Yugoslavia (Serbia and Montenegro) ("FRY") or Otherwise Lend Support to the Current Governments of the FRY and of the Republic of Serbia | Pres. Proc. No. 7,249, 64 Fed. Reg. 62,561 (Nov. 17, 1999). | Suspending the entry as immigrants or nonimmigrants of persons responsible for repression of the civilian population in Kosovo or policies that obstruct democracy in the FRY or otherwise lend support to the government of the FRY and the Republic of Serbia. | No presidential revocation identified. |
| Jan. 14, 1998 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Are Members of the Military Junta in Sierra Leone and Members of Their Families | Pres. Proc. No. 7,062, 63 Fed. Reg. 2,871 (Jan. 16, 1998). | Suspending the entry as immigrants or nonimmigrants of members of the military junta in Sierra Leone and their families. | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Dec. 12, 1997 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Are Senior Officials of the National Union for the Total Independence of Angola ("UNITA") and Adult Members of Their Immediate Families | Pres. Proc. No. 7,060, 62 Fed. Reg. 65,987 (Dec. 16, 1997). | Suspending the entry as immigrants or nonimmigrants of senior officials of UNITA and adult members of their immediate families. | No presidential revocation identified. |
| Nov. 22, 1996 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Are Members or Officials of the Sudanese Government or Armed Forces | Pres. Proc. No. 6,958, 61 Fed. Reg. 60,007 (Nov. 26, 1996). | Suspending the entry as immigrants or nonimmigrants of members of the government of Sudan, officials of that country, and members of the Sudanese armed forces. | No presidential revocation identified. |
| Oct. 3, 1996 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Formulate or Implement Policies That Are Impeding the Transition to Democracy in Burma or Who Benefit from Such Policies | Pres. Proc. No. 6,925, 61 Fed. Reg. 52,233 (Oct. 7, 1996). | Suspending the entry as immigrants or nonimmigrants of persons who "formulate, implement, or benefit from policies that impede Burma's transition to democracy" and their immediate family members. | No presidential revocation identified. |
| Oct. 25, 1994 | Blocking Property and Additional Measures with Respect to the Bosnian Serb-Controlled Areas of the Republic of Bosnia and Herzegovina | Pres. Proc. No. 6,749, 59 Fed. Reg. 54,117 (Oct. 27, 1994). | Suspending the entry as immigrants or nonimmigrants of certain persons described in U.N. Security Council Resolution 942 (e.g., officers of the Bosnian Serb military and paramilitary forces and those acting on their behalf or persons found to have provided financial, material, logistical, military, or other tangible support to Bosnian Serb forces in violation of relevant U.S. Security Council resolutions). | Revoked by Exec. Order No. 13,304, 68 Fed. Reg. 32,315 (May 29, 2003). |
| Sept. 30, 1994 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Formulate or Implement Policies That Are Impeding the Transition to Democracy in Liberia or Who Benefit from Such Policies | Pres. Proc. No. 6,730, 59 Fed. Reg. 50,683 (Oct. 5, 1994). | Suspending the entry as immigrants or nonimmigrants of persons who formulate, implement, or benefit from policies that impede Liberia's transition to democracy and those aliens' immediate families. | No presidential revocation identified. |

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| May 7, 1994 | Suspension of Entry of Aliens Whose Entry Is Barred Under United Nations Security Council Resolution 917 or Who Formulate, Implement, or Benefit from Policies That Are Impeding the Negotiations Seeking the Return to Constitutional Rule in Haiti | Pres. Proc. No. 6,685, 59 Fed. Reg. 24,337 (May 10, 1994). | Suspending the entry as immigrants or nonimmigrants of persons described in U.N. Security Council Resolution 917 (e.g., officers of the Haitian military, including the police, and their immediate families and major participants in the 1991 Haitian coup d'etat). | No presidential revocation identified. |
| Dec. 10, 1993 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Formulate, Implement, or Benefit from Policies That Are Impeding the Transition to Democracy in Nigeria | Pres. Proc. No. 6,636, 58 Fed. Reg. 65,525 (Dec. 14, 1993). | Suspending the entry as immigrants or nonimmigrants of persons who formulate, implement, or benefit from policies that impede Nigeria's transition to democracy and their immediate families. | No presidential revocation identified. |
| June 21, 1993 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Formulate, Implement, or Benefit from Policies That Are Impeding the Transition to Democracy in Zaire | Pres. Proc. No. 6,574, 58 Fed. Reg. 34,209 (June 23, 1993). | Suspending the entry as immigrants or nonimmigrants of persons who formulate or benefit from policies that impede Zaire's transition to democracy and their immediate family. | No presidential revocation identified. |
| June 3, 1993 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Formulate or Implement Policies That Are Impeding the Negotiations Seeking the Return to Constitutional Rule in Haiti | Pres. Proc. No. 6,569, 58 Fed. Reg. 31,897 (June 7, 1993). | Suspending the entry as immigrants or nonimmigrants of persons who formulate, implement, or benefit from policies that impede the progress of negotiations to restore a constitutional government to Haiti and their immediate families. | Revoked by Pres. Proc. No. 6,685, 59 Fed. Reg. 24,337 (May 10, 1994). |
| **Invocation by President George H. W. Bush** |||||
| May 24, 1992 | Interdiction of Illegal Aliens | Exec. Order No. 12,807, 57 Fed. Reg. 23,133 (June 1, 1992). | Making provisions to enforce the suspension of the entry of inadmissible aliens by sea and the interdiction of any covered vessel carrying such aliens. | No presidential revocation identified.<br><br>Referenced in Pres. Proc. No. 9,699, 83 Fed. Reg. 8,161 (Feb. 23, 2018). |
| **Invocations by President Ronald Reagan** |||||

| Date of Invocation | Title of Order or Proclamation | Citation | Nature of Exclusion | Status |
|---|---|---|---|---|
| Oct. 22, 1988 | Suspension of Entry as Nonimmigrants of Officers and Employees of the Nicaraguan Government | Pres. Proc. No. 5,887, 53 Fed. Reg. 43,185 (Oct. 26, 1988). | Suspending the entry of specified Nicaraguan nationals into the United States as nonimmigrants (e.g., officers of the Nicaraguan government or the Sandinista National Liberation Front holding diplomatic or official passports). | Revoked by Pres. Proc. No. 6,167, 55 Fed. Reg. 33,093 (Aug. 13, 1990). |
| June 10, 1988 | Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Formulate or Implement the Policies of the Noriega/Solis Palma Regime | Pres. Proc. No. 5,829, 53 Fed. Reg. 22,289 (June 14, 1988). | Suspending the entry as immigrants or nonimmigrants of certain Panamanian nationals who formulate or implement the policies of Manuel Antonio Noriega and Manuel Solis Palma and their immediate families. | No presidential revocation identified. |
| Aug. 22, 1986 | Suspension of Cuban Immigration | Pres. Proc. No. 5,517, 51 Fed. Reg. 30,470 (Aug. 26, 1986). | Suspending the entry of Cuban nationals as immigrants with certain specified exceptions (e.g., Cuban nationals applying for admission as immediate relatives under INA § 201(b)). | No presidential revocation identified. |
| Oct. 4, 1985 | Suspension of Entry as Nonimmigrants by Officers or Employees of the Government of Cuba or the Communist Party of Cuba | Pres. Proc. No. 5,377, 50 Fed. Reg. 41,329 (Oct. 10, 1985). | Suspending the entry of specified classes of Cuban nationals as nonimmigrants (e.g., officers or employees of the Cuban government or the Communist Party of Cuba holding diplomatic or official passports). | No presidential revocation identified. |
| Sept. 29, 1981 | High Seas Interdiction of Illegal Aliens | Pres. Proc. No. 4,865, 46 Fed. Reg. 48,107 (Oct. 1, 1981) (expanded by Exec. Order No. 12,807, 57 Fed. Reg. 23,133 (June 1, 1992)). | Suspending the entry of inadmissible aliens from the high seas and directing the interdiction of certain vessels carrying such aliens. | No presidential revocation identified. Referenced in Pres. Proc. No. 9,822, 83 Fed. Reg. 57,661 (Nov. 15, 2018). |

**Source:** Westlaw's *Presidential Documents* database and the White House's Presidential Action web page.

**Note:** A number of the proclamations and orders listed above make the entry restrictions they impose subject to waivers, exceptions, and limitations. *See, e.g.*, Pres. Proc. No. 9,645, 82 Fed. Reg. 45,161, at § 3 (Sept. 27, 2017).

## Table Methodology

The entry restrictions above were compiled through searches of Westlaw's *Presidential Documents* database for variations and combinations of the terms *Immigration and Nationality Act*, *INA, § 212(f)*, *8 U.S.C. § 1182(f)*, *vetting capabilities*, *alien*, *person*, *immigrant*, *nonimmigrant*, *suspend*, *entry*, *entering*, and *block* as of February 15, 2024. CRS supplemented this methodology by reviewing the White House's Presidential Action web page for entry restrictions issued after the publication of the February 15, 2024,

 issue of the *Federal Register*. **Table 1** identifies only those presidential documents that expressly impose entry restrictions under 8 U.S.C. § 1182(f).

To determine whether a listed entry restriction has been expressly amended or revoked by a later presidential document, CRS completed a manual review of results from searches of Westlaw's *Presidential Documents* database for *(order OR proclamation OR EO OR E.O.) PRE /5* [presidential document number(s) listed in **Column 3**]/ as of February 15, 2024. Identified amendments and partial revocations are listed as parentheticals in **Column 3**, and complete revocations are listed in **Column 5**. When this methodology yielded no results expressly revoking the listed entry restriction, the column notes that "no presidential revocation was identified." In such instances, the column cell also includes the most recent (if any) reference to the corresponding entry restriction in Westlaw's *Presidential Documents* database as of February 15, 2024.

*Acknowledgment:* ***Table 1*** *updates an earlier table prepared and updated by Kate M. Manuel, Ben Harrington, and Theresa Reiss.*

# Author Information

Kelsey Y. Santamaria
Legislative Attorney

Hillel R. Smith
Legislative Attorney

Calvin Gibson
Law Librarian

# Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.