IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>                    Defendants. | Case No. 1:25-cv-03675-BAH |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction or, in the alternative, summary judgment; the memoranda, declarations, and exhibits submitted in support; any opposition; and the entire record herein, the Court finds that:

(1) Plaintiffs are likely to succeed in showing that the Presidential proclamation *Restriction on Entry of Certain Nonimmigrant Workers* (Sept. 19, 2025) (the Proclamation) is unlawful, contrary to the Immigration and Naturalization Act, and in excess of the President's authority, and that final agency action implementing the Proclamation is contrary to law and arbitrary and capricious.

(2) Plaintiffs' members will likely suffer irreparable harm absent preliminary injunctive relief;

(3) The balance of equities and public interest favor entering a preliminary injunction.

It is hereby:

**ORDERED** that the motion for a preliminary injunction is **GRANTED** until such time as the Court has ruled on Plaintiffs' request for final relief;

It is further **ORDERED** that Defendants are **ENJOINED** from implementing and enforcing Sections 1 and 2 of the Proclamation, or any agency action in furtherance thereof, against Plaintiffs or Plaintiffs' respective members;

Defendants, their officers, and their employees are further **ORDERED** to process and adjudicate, without regard to the Proclamation, petitions for H-1B status for nonimmigrant workers filed by Plaintiffs' respective members;

Defendants, and their officers and employees, are further **ORDERED** to process and adjudicate, without regard to the Proclamation, visa applications filed by nonimmigrant prospective employees of Plaintiffs' members;

It is further **ORDERED** that this preliminary injunction shall take immediate effect and shall remain in effect pending trial in this action or further order by this Court;

It is further **ORDERED** that the posting of security is waived.

**SO ORDERED.**

DATE:

                                                           **BERYL A. HOWELL**
                                                           United States District Judge