CO-386
10/2018

# United States District Court
# For the District of Columbia

CHAMBER OF COMMERCE OF THE  )
UNITED STATES OF AMERICA, et al. )
                                 )
            Plaintiff            )   Civil Action No. __25-cv-3675_____
    vs                           )
                                 )
UNITED STATES DEPARTMENT OF      )
HOMELAND SECURITY, et al.        )
                                 )
            Defendant            )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Association of American Universities__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Association of American Universities__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Lindsay C. Harrison
_____
Signature

977407
_____
BAR IDENTIFICATION NO.

Lindsay C. Harrison
_____
Print Name

1099 New York Avenue, NW Suite 900
_____
Address

Washington      DC      20001
_____
City           State    Zip Code

202-639-6000
_____
Phone Number