CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,

Plaintiff(s)

Civil Action No. 25-cv-3675-BAH

vs.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

Defendant(s)

## AFFIDAVIT OF MAILING

I, Susan Nissle, hereby state that:

On the 20th day of October, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Department of State, Executive Office of the Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th Street, NW, Suite 5.600, Washington DC 20522

I have received the receipt for the certified mail, No. 9589 0710 5270 2349 8972 18 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23 day of October, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

October 23, 2025

(Date)

_Susan Nissle_

(Signature)