# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702349897218

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 5:55 am on October 23, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20521
October 23, 2025, 5:55 am

**Arrived at Post Office**
WASHINGTON, DC 20018
October 23, 2025, 5:14 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 23, 2025, 12:15 am

**Departed USPS Facility**
BALTIMORE, MD 21240
October 23, 2025, 12:15 am

**Arrived at USPS Facility**
BALTIMORE, MD 21240
October 23, 2025, 12:15 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 23, 2025, 12:10 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 22, 2025, 10:21 am

**In Transit to Next Facility**
October 22, 2025, 7:40 am

**Departed USPS Regional Facility**
JERSEY CITY NJ DISTRIBUTION CENTER
October 22, 2025, 5:34 am

**Arrived at USPS Regional Facility**
JERSEY CITY NJ DISTRIBUTION CENTER
October 22, 2025, 1:23 am

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
October 22, 2025, 1:02 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
October 21, 2025, 3:37 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs