# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br><br>Defendants. ) | No. 1:25-cv-3675-BAH |

## [PROPOSED] ORDER GRANTING MOTION FOR A STAY OF BRIEFING

Defendants moved for a stay of briefing on Plaintiffs' Motion for a Preliminary Injunction or in the alternative Summary Judgment in view of General Order 25-55 and the lapse in appropriations. The Plaintiffs opposed the motion.

For good cause shown, the Court hereby STAYS all briefing on Plaintiffs' Motion for a Preliminary Injunction or in the alternative Summary Judgment (ECF 18). Within 14 days of the restoration of funding, the parties shall submit a joint briefing schedule to the Court to set forth deadlines for Plaintiffs' Motion and any cross-motion by Defendants. If the parties cannot agree to a joint briefing schedule, competing proposals may be submitted. SO ORDERED.

DATED: _____        _____
                            Hon. Berryl A. Howell
                            Senior U.S. District Court Judge