IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>     Defendants. | Case No. 1:25-cv-03675-BAH |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for a Stay of Briefing in Light of Lapse of Appropriations and Plaintiffs' opposition thereto and Cross-Motion for a Briefing Schedule for Plaintiffs' Motion for a Preliminary Injunction or in the Alternative Summary Judgment, it is hereby:

**ORDERED** that Defendants' motion for a stay of briefing is **DENIED**;

It is further **ORDERED** that Plaintiffs' cross-motion to set a briefing schedule is **GRANTED**. The parties shall brief Plaintiffs' Motion for a Preliminary Injunction or in the Alternative Summary Judgment according to the following schedule:

  Defendants' Response: November 10, 2025

  Plaintiffs' Reply: November 20, 2025

  Hearing: December __, 2025

**SO ORDERED.**

DATE:

_____<br>
**BERYL A. HOWELL**<br>
United States District Judge