IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br>and<br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>            Defendants. | Case No. 1:25-cv-3675-BAH |

**PLAINTIFFS' REPLY IN SUPPORT OF
CROSS-MOTION TO SET BRIEFING SCHEDULE**

The Court should set a briefing schedule: The issues in this matter are urgent, and the schedule Plaintiffs propose is eminently reasonable.

*First*, with all due respect, the government flatly mistakes the urgency presented here. Tens of thousands of employees critical to industry, higher education, the healthcare system, and the economy as a whole are hired each year via the H-1B program. By design, the Proclamation is fundamentally reshaping how this cornerstone of the immigration system operates. If, as Plaintiffs contend, the Proclamation is flatly unlawful, it must be immediately enjoined to preclude the imminent harms that already are occurring and otherwise will occur to Plaintiffs' members. Plaintiffs detailed these harms, showed that many of them already are taking place, and explained why relief is needed by December (Opp. 5-6)—and the government has no serious reply to the well-supported showing of irreparable injury that accompanies the motion for a preliminary injunction. *See*, *e.g.*, Dkt. 18-1 at 40-42, Dkt. 18-8 at ¶ 9; Dkt. 18-11 at ¶ 13; Dkt. 18-15 at ¶ 10; Dkt. 18-4 at ¶¶ 14–27. When prior presidential Proclamations have sought to fundamentally reshape high-skilled immigration, courts have appropriately responded with prompt injunctive relief. *See Nat'l Ass'n of Mfrs.*

*v. DHS*, 2020 WL 5847503, at *1, 13 (N.D. Cal. Oct. 1, 2020).

*Second*, Plaintiffs' proposed schedule is reasonable. Under this Court's rules, Plaintiffs are entitled to a hearing within 21 days of when they filed their motion. LCvR 65.1(d). Plaintiffs filed their motion on October 24, 2025—21 days from then is November 14. Defendants' brief would ordinarily be due within seven days. LCvR 65.1(c).[1] Given the plain terms of both LCvR 65.1 and Standing Order 25-55, the government currently has a 7-day deadline unless this Court acts to expand it. *See, e.g.*, *Ctr. for Taxpayer Rts. v. Internal Revenue Serv.*, 2025 WL 2801862, at *1 (D.D.C. Oct. 1, 2025) (requiring prompt adjudication of a preliminary injunction motion—including the filing of an administrative record—in light of Standing Order 25-55). Plaintiffs' proposal—which, over the government's opposition, seeks to give the government *materially more time* than it would have under otherwise-governing rules—is entirely reasonable. By contrast, the relief the government requests—giving itself 30 days from the denial of a stay to file an opposition—would essentially deny the very relief Plaintiffs have sought via the motion for a preliminary injunction.

## CONCLUSION

The Court should set the briefing schedule requested by Plaintiffs.

---

[1] Defendants contend that service was complete on October 25, making their 7-day deadline November 3.

Dated: October 29, 2025

/s/ *Lindsay C. Harrison*
Adam G. Unikowsky (Bar No. 989053)
Elizabeth Henthorne (Bar No. 1562688)
Ishan K. Bhabha (Bar No. 1015673)
Lindsay C. Harrison (Bar No. 977407)
Zachary C. Schauf (Bar No. 1021638)
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4412
T: +1 202 637 6000
F: +1 202 639 6066
lharrison@jenner.com

*Attorneys for Plaintiff Association of American Universities*

Respectfully submitted,

/s/ *Paul W. Hughes*
Paul W. Hughes (Bar No. 997235)
Sarah P. Hogarth (Bar No. 1033884)
Mary H. Schnoor (Bar No. 1740370)*
Grace Wallack (Bar No. 1719385)
Alex Boota (Bar No. 90001014)*
Emmett Witkovsky-Eldred (Bar No. 90012725)*
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

Daryl L. Joseffer (Bar No. 457185)
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, DC 20062
(202) 463-5337
djoseffer@uschamber.com

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

* *pro hac vice to be filed*