# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**
Plaintiffs,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,**
Defendants.

Case No. 1:25-cv-3675-BAH

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE AS OF RIGHT

Upon consideration of the Motion to Intervene filed by Dr. Tamara Sanderfield, M.D., M.B.A., and any responses thereto, and for good cause shown, it is hereby: **ORDERED** that the Motion to Intervene is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(a)(2); and it is further **ORDERED** that Dr. Tamara Sanderfield, M.D., M.B.A., is hereby admitted as an Intervenor-Defendant in this matter, with full rights to participate in all proceedings, filings, and hearings pertaining to the issues presented in this case; and it is further **ORDERED** that the Clerk of Court shall add Dr. Tamara Sanderfield, M.D., M.B.A., to the docket as an Intervenor-Defendant, appearing *pro se*.

SO ORDERED.

_____

Hon. Beryl A. Howell
United States District Judge

Dated: _____

RECEIVED
Mailroom

NOV 13 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia