**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:25-cv-3675-BAH |
| v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE BRIEF**

The government hereby moves for a one-week extension of time to file its opposition to Plaintiffs' motion for summary judgment. If the Court grants this request, the government's filing deadline would extend from November 28, 2025 to December 5, 2025. Neither side would be prejudiced from this short extension. In support of this motion, Defendants state as follows:

1.      On September 19, 2025, President Trump issued a proclamation, *Restriction on Entry of Certain Nonimmigrant Workers*, Proclamation 10973, 90 Fed. Reg. 46207 (Sept. 19, 2025).

2.      On October 16, 2025, Plaintiff Chamber of Commerce filed this action challenging that proclamation. ECF 1 (Oct. 16, 2025). Plaintiff filed an Amended Complaint on October 24, 2025, along with a motion for a preliminary injunction.

3.      On October 29, 2025, the Court converted the preliminary injunction motion to a summary judgment motion and ordered the government to respond by Friday, November 28, 2025, the day after Thanksgiving.

4.      While the government initially believed 30 days from the date of the Court's October 29 Order would be sufficient time to respond, the government now seeks a short extension of time of seven

days to file its response. The undersigned attorney for the government has been working diligently on the responsive papers in this matter. Additional time, however, is needed to continue coordination with client agencies on  the arguments in response to the complex issues presented in this cases, particularly given that this is a dispositive motion from Defendants and not an opposition to a preliminary injunction motion. The undersigned attorney needs a short period of additional time to finish the responsive papers and consult with the client agencies, especially in view of the Thanksgiving holiday this week and preplanned leave for the holiday.

5.      The undersigned attorney conferred with counsel for Plaintiffs who indicated that they oppose the government's request for a 7-day extension.

6.      The undersigned attorney states that this motion is not being made for the purposes of undue delay and will not prejudice any party, particularly because the extension sought is of a very short duration and the next H-1B lottery is not until March 2026.

WHEREFORE the government respectfully requests that this court extend the government's time to respond to Plaintiffs' summary judgment motion up to and including December 5, 2025.

DATE:  November 24, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

By: s/ Alexandra McTague
ALEXANDRA MCTAGUE
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 718-0483
Email: alexandra.mctague2@usdoj.gov