# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br><br>Defendants. ) | No. 1:25-cv-3675-BAH |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendants moved for a one-week extension of time to file their opposition to Plaintiffs' motion for summary judgment.

For good cause shown, the Court hereby grants the requested extension. Defendants shall submit their opposition to Plaintiffs' motion for summary judgment on or before December 5, 2025.

SO ORDERED.

DATED: _____                           _____
                                            Hon. Berryl A. Howell
                                            Senior U.S. District Court Judge