**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br>and<br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br>　　　　　　　　　　Defendants. | Case No. 1:25-cv-3675-BAH |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION**
**FOR EXTENSION OF TIME**

The Court should deny Defendants' last-minute extension request. Because of the immediate and irreparable harm caused by the Proclamation (*see*, *e.g.*, Dkt. 18-1 at 40-42, Dkt. 18-8 at ¶ 9; Dkt. 18-11 at ¶ 13; Dkt. 18-15 at ¶ 10; Dkt. 18-4 at ¶¶ 14–27), Plaintiffs sought both a preliminary injunction and summary judgment on October 24, 2025. The irreparable harms abound, including to AAU members who are frozen from H-1B hiring for roles meant to be filled in January (*e.g.* Dkt. 18-8 at ¶ 9; Dkt. 18-11 at ¶ 13; Dkt. 18-15 at ¶ 10) and to U.S. Chamber members whose recruitment activity in anticipation of the H-1B lottery is gutted (*e.g.* Dkt. 18-1 at 39–40; Dkt. 18-4 at 19–20). Plaintiffs respectfully requested a ruling by mid-December.

The Court accounted for all this when, nearly four weeks ago, it set an expedited summary judgment schedule. *See* Minute Order, Oct. 29, 2025. As the Court explained, Plaintiffs "allege present harm and are entitled to prompt adjudication of their claims." *Id.* The Court also accounted for the government's scheduling needs, adopting the 30-day response time the *government* had proposed. *Id.* ("Defendants request that, should the Court deny its motion for a stay, the deadline to submit an opposition shall be thirty days from the time of the order—or November 28"); *see*

1

*also* Dkt. 26 at 3 (making this request). In balancing Plaintiffs' needs for urgent relief with Defendants' scheduling requirements, the briefing schedule the Court ordered was—and remains—reasonable. The 30-day response period is far longer than the 7 days that generally governs preliminary injunction motions. *See* LCvR 65.1(c). And it could enable the Court to render a decision in 2025—importantly, before the start of the next semester for AAU's members. Defendants' motion upends that careful balancing.

Since this Court's scheduling order, nothing has changed, except the appropriations lapse that prompted the government's initial unsuccessful stay motion ended nearly two weeks ago. The government asks for more time because it is responding to a "dispositive motion," not a "preliminary injunction motion." Mot. at 2. Yet the Court, in its scheduling order, converted the preliminary injunction motion to a summary judgment motion "[t]o ameliorate defendants' concerns about the complexities of responding to two motions filed during a lapse in appropriations" (Minute Order, Oct. 29, 2025). The government also states that Plaintiffs will not be prejudiced because "the next H-1B lottery is not until March 2026" (Mot. at 2), outright contradicting the Court's observation that Plaintiffs allege "present harm" demanding "prompt adjudication" based on the imminent, irreparable harms Plaintiffs demonstrated (Minute Order, Oct. 29, 2025). Lastly, the government requests an extension because of "preplanned leave for the holiday" (Mot. at 2), yet it has had nearly four weeks' notice that its response is due on November 28—providing it the precise 30-day response window the government itself requested.

## CONCLUSION

The Court should deny Defendants' motion for an extension.

| | |
|---|---|
| Dated: November 25, 2025 | Respectfully submitted, |
| /s/ *Lindsay C. Harrison* | /s/ *Paul W. Hughes* |
| Adam G. Unikowsky (Bar No. 989053) | Paul W. Hughes (Bar No. 997235) |
| Elizabeth Henthorne (Bar No. 1562688) | Sarah P. Hogarth (Bar No. 1033884) |
| Ishan K. Bhabha (Bar No. 1015673) | Mary H. Schnoor (Bar No. 1740370)* |
| Lindsay C. Harrison (Bar No. 977407) | Grace Wallack (Bar No. 1719385) |
| Zachary C. Schauf (Bar No. 1021638) | Alex Boota (Bar No. 90001014)* |
| JENNER & BLOCK LLP | Emmett Witkovsky-Eldred (Bar No. 90012725)* |
| 1099 New York Avenue NW | MCDERMOTT WILL & SCHULTE LLP |
| Suite 900 | 500 North Capitol Street NW |
| Washington, DC 20001-4412 | Washington, DC 20001 |
| T: +1 202 637 6000 | (202) 756-8000 |
| F: +1 202 639 6066 | phughes@mwe.com |
| lharrison@jenner.com | |
| | Daryl L. Joseffer (Bar No. 457185) |
| | U.S. CHAMBER LITIGATION CENTER |
| *Attorneys for Plaintiff Association of American Universities* | 1615 H Street NW |
| | Washington, DC 20062 |
| | (202) 463-5337 |
| | djoseffer@uschamber.com |
| | |
| | *Attorneys for Plaintiff Chamber of Commerce of the United States of America* |
| | |
| | *\* pro hac vice to be filed* |