IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>     Defendants. | Case No. 1:25-cv-03675-BAH |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for a One-Week Extension of Time to File Brief and Plaintiffs' opposition thereto, it is hereby:

**ORDERED** that Defendants' motion is **DENIED**;

**SO ORDERED.**

DATE:

_____
**BERYL A. HOWELL**
United States District Judge