AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia 〔▼〕

|  |  |
|---|---|
| CHAMBER OF COMMERCE, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:25-cv-3675 |
| U.S. DEPARTMENT OF HOMELAND SECURITY,et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 All Defendants                                                                                              .

Date:      11/26/2025                                     /s/ Tiberius Davis
                                                                  *Attorney's signature*


                                                    Tiberius Davis, DC Bar No. 90020605
                                                        *Printed name and bar number*
                                                      950 Pennsylvania Avenue NW,
                                                          Washington, DC 20004


                                                                  *Address*


                                                      Tiberius.Davis@usdoj.gov
                                                            *E-mail address*

                                                          (202) 890-9670
                                                          *Telephone number*


                                                            *FAX number*