IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-3675 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Glenn M. Girdharry, Acting Deputy Director, United States Department of Justice, Civil Division, Office of Immigration Litigation, enters his appearance as co-counsel for Defendants in the above-captioned matter.

DATED:  December 1, 2025 	Respectfully submitted,

By: *s/ Glenn M. Girdharry*
GLENN M. GIRDHARRY
Acting Deputy Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4807
Email: glenn.girdharry@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

                                    *s/ Glenn M. Girdharry*
                                    GLENN M. GIRDHARRY
                                    Acting Deputy Director
                                    United States Department of Justice
                                    Civil Division