AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE U.S.A. et al., <br> *Plaintiff* <br> v. <br> U.S. DEPT. OF HOMELAND SECURITY et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   25-cv-03675-BAH |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chamber of Commerce of the United States of America  .

Date:   12/01/2025

/s/ Mary H. Schnoor
*Attorney's signature*

Mary H. Schnoor (Bar No. 1740370)
*Printed name and bar number*

McDermott Will & Schulte
500 North Capitol Street NW
Washington, DC 20001
*Address*

mschnoor@mwe.com
*E-mail address*

(202) 756-8181
*Telephone number*

(202) 756-8087
*FAX number*