AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE U.S.A. et al., )<br>*Plaintiff* )<br>v. )<br>U.S. DEPT. OF HOMELAND SECURITY et al., )<br>*Defendant* ) | Case No.  25-cv-03675-BAH |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chamber of Commerce of the United States of America.

Date: 12/01/2025

/s/ Emmett Witkovsky-Eldred
*Attorney's signature*

Emmett Witkovsky-Eldred (Bar No. 90012725)
*Printed name and bar number*

McDermott Will & Schulte
500 North Capitol Street NW
Washington, DC 20001
*Address*

ewitkovsky-eldred@mwe.com
*E-mail address*

(202) 756-8349
*Telephone number*

(202) 756-8087
*FAX number*