AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CHAMBER OF COMMERCE OF THE U.S.A. et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-03675-BAH |
| U.S. DEPT. OF HOMELAND SECURITY et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chamber of Commerce of the United States of America.

Date: 12/01/2025

/s/ Alex Boota
*Attorney's signature*

Alex Boota (Bar No. 90001014)
*Printed name and bar number*

McDermott Will & Schulte
500 North Capitol Street NW
Washington, DC 20001

*Address*

aboota@mwe.com
*E-mail address*

(202) 756-8998
*Telephone number*

(202) 756-8087
*FAX number*