# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* | ) ) ) ) | |
|     Plaintiffs, | ) ) | No. 1:25-cv-3675-BAH |
|     v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
|     Defendants. | ) ) ) | |

## DECLARATION OF ALEXANDRA MCTAGUE

I, Alexandra McTague, declare and state as follows:

1. I am an attorney with the United States Department of Justice.

2. I make this declaration in support of Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment in the above-captioned case.

3. Attached as Exhibit 1 is a true and correct printout of a screenshot of the webpage located at https://travel.state.gov/content/travel/en/News/visas-news/restriction-on-entry-of-certain-nonimmigrant-workers.html as of December 1, 2025.

4. Attached as Exhibit 2 is a true and correct copy of a screenshot of part of the webpage located at https://hjisolutions.com/careers/ as of December 1, 2025, which shows a button for "Job Openings."

5.  Attached as Exhibit 3 is a true and correct printout of a screenshot, as of

December 1, 2025, of the webpage that appears when the "Job Openings"

button referenced in Paragraph 4 is clicked.  The URL for that webpage is

https://www.paycomonline.net/v4/ats/web.php/jobs?clientkey=94F8734C

1F2113B1BB47F40560356D93.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 1st day of December, 2025.          /s/ Alexandra McTague
                                                  Alexandra McTague
                                                  Senior Litigation Counsel
                                                  U.S. Department of Justice
                                                  Civil Division



# MCTAGUE DECLARATION EXHIBIT 1



**MCTAGUE DECLARATION EXHIBIT 2**



**MCTAGUE DECLARATION EXHIBIT 3**