IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:25-cv-3675-BAH |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Upon consideration of both parties' summary judgment motions, oppositions, and replies, including the memoranda of points and authorities, statements of undisputed facts and responses thereto, and evidence submitted therewith including declarations and exhibits, the Court hereby

GRANTS Defendants' Motion for Summary Judgment on all counts and

DENIES Plaintiffs' Motion for Summary Judgment on all counts.

The clerk shall enter judgment in favor of Defendants in this matter.

IT IS SO ORDERED.

Dated _____                              _____
                                                                                  Hon. Beryl A. Howell
                                                                                  Senior U.S. District Judge