**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* ) ) ) ) Plaintiffs, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, ) ) ) Defendants. ) ) ) | No. 1:25-cv-3675-BAH |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n)**

Upon consideration of Defendants' motion for relief from the requirements of Local Civil Rule 7(n) and the record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants are relieved from the requirement of Local Civil Rule 7(n) to file a certified index of the contents of the administrative record at this time.

**SO ORDERED.**

Dated _____                                    _____
                                                                                    Hon. Beryl A. Howell
                                                                                    Senior U.S. District Judge