IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>     Defendants. | Case No. 1:25-cv-03675-BAH |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Relief from Local Rule 7(n), Plaintiffs' opposition thereto, and Plaintiffs' Cross-Motion to hold Defendants' Cross-Motion for Summary Judgment in Abeyance, it is hereby:

**ORDERED** that Plaintiffs' motion is **GRANTED**; and

It is further **ORDERED** that Defendants' motion for relief from Local Rule 7(n) (Dkt. 38) and Defendants' cross-motion for summary judgment (Dkt. 37) are **HELD IN ABEYANCE** pending further order of this Court.

2

**SO ORDERED.**

DATE:

                                                    **BERYL A. HOWELL**
                                                    United States District Judge