IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 1:25-cv-3675-BAH |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n) AND DENYING PLAINTIFFS' CROSS-MOTION FOR ABEYANCE**

Upon consideration of Defendants' motion for relief from the requirements of Local Civil Rule 7(n), Plaintiffs opposition and cross-motion to hold Defendants' summary judgment motion in abeyance, and the record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**,

**PLAINTIFFS** Motion is **DENIED**, and it is

**FURTHER ORDERED** that Defendants are relieved from the requirement of Local Civil Rule 7(n) to file a certified index of the contents of the administrative record at this time.

**SO ORDERED.**

Dated _____                                    _____
                                                        Hon. Beryl A. Howell
                                                        Senior U.S. District Judge