AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| U.S. Chamber of Commerce of the United States ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-03675 |
| United States Department of Homeland Security ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform as amicus curiae.

Date: 12/05/2025

/s/ Matt Crapo
*Attorney's signature*

Matt A. Crapo, DC Bar No. 473355
*Printed name and bar number*

Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
*Address*

mcrapo@fairus.org
*E-mail address*

(571) 435-3582
*Telephone number*

(202) 387-3447
*FAX number*