IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chamber of Commerce of the United States of America, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-03675 <br> Judge Beryl Alaine Howell |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE*
BRIEF BY THE FEDERATION FOR AMERICAN IMMIGRATION REFORM IN
SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT**

In accordance with Local Rule 7(*o*), movant Federation for American Immigration Reform ("FAIR") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, or in the Alternative, Summary Judgment. Counsel for *amicus* FAIR has conferred with counsel for all parties, and they all consent to this motion. In furtherance of this motion, *amicus* FAIR states as follows:

    1.    FAIR is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to inform the public about the effects of both unlawful and lawful immigration, and to defend American citizens, American workers, and the nation's environment by limiting overall immigration, enhancing border security, and ending illegal immigration. FAIR has been involved in more than 100 legal cases since 1980, either as a party or *amicus curiae*, with the aim of protecting all Americans

against the substantial harms of mass migration and illegal immigration. For these reasons, FAIR has direct interests in the issues here.

2. The proffered *amicus* brief discusses whether the President can be subject to the Administrative Procedures Act, the President's historic control of immigration in the United States, and whether Secretaries or agencies can be sued to circumvent the general prohibition on suing or enjoining the President.

3. Because these issues are relevant to this Court's decision, FAIR's brief may aid the Court.

For the foregoing reasons, FAIR respectfully requests that the Court grant its Motion for Leave to file the accompanying brief as *amicus curiae*.

Dated: December 5, 2025           Respectfully submitted,

                                       s/ Matt A. Crapo
MATT A. CRAPO
D.C. Bar No. 473355
CHRISTOPHER J. HAJEC
D.C. Bar No. 492551
JONATHON P. HAUENSCHILD*
D.C. Bar No. 90024004
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
(202) 328-7004
mcrapo@fairus.org
chajec@fairus.org
jhauenschild@fairus.org

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

*Not admitted to this Court

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the page limitation in D.D.C. LCvR 7(e) because it contains fewer than 45 pages. I further certify that it complies with the typeface and style requirements D.D.C. LCvR 5.1(d) because it has been prepared in a proportionally spaced typeface using 12-point Times New Roman.

DATED: December 5, 2025            Respectfully submitted,

                                    s/ Matt A. Crapo
                                    MATT A. CRAPO

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December 2025, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order— with the Clerk of the Court using the CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished through the Court's CM/ECF system.

s/ Matt A. Crapo  
MATT A. CRAPO
