IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chamber of Commerce of the United States of America, *et al.*<br><br>           Plaintiffs,<br>v.<br><br>United States Department of Homeland Security, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-03675<br>Judge Beryl Alaine Howell |

**[PROPOSED] ORDER**

    Before the Court is Federation for American Immigration Reform's Unopposed Motion for Leave to File a Brief as *amicus curiae* in support of Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction or, in the Alternative, Summary Judgment. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2025

                                                          _____
                                                          THE HONORABLE BERYL ALAINE HOWELL
                                                          UNITED STATES DISTRICT JUDGE