IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br><br>Defendants. ) | No. 1:25-cv-3675-BAH |

## NOTICE OF COMPLIANCE

Defendants, through their undersigned counsel, hereby file the certified administrative records for the alleged agency actions Plaintiffs challenged in the above-captioned case, in compliance with Local Civil Rule 7(n) and the Court's order of December 4, 2025. Defendants' production is in compliance with the Court's order and does not constitute a waiver of any of Defendants' arguments including that there is no final agency action in this case nor that an administrative record is not require to decide the issues presented.

Respectfully submitted,

DREW C. ENSIGN
Deputy Assistant Attorney General

AUGUST FLENTJE
Special Counsel for Immigration

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

By: */s/ Alexandra McTague*

Alexandra McTague
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 718-0483
Email:alexandra.mctague2@usdoj.gov
*Attorneys for Defendants*