IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Case No. 1:25-cv-3675-BAH |

**REPLY DECLARATION OF CONRAD DANIELS**

I, Conrad Daniels, declare as follows:

1.   I am the President of HJI Supply Chain Solutions (HJI). I have worked at HJI since 2001. HJI is a member of Plaintiff organization the Chamber of Commerce of the United States of America (U.S. Chamber). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2.   I am familiar with the Defendants' filings in response to Plaintiffs' Motion for a Preliminary Injunction or in the Alternative for Summary Judgment (Dkt. No. 18), including the Defendants' Statement of Undisputed Material Facts and Response to Plaintiffs' Statement of Undisputed Material Facts (Dkt. No. 36-1) and the exhibits attached to the Declaration of Alexandra McTague, which include screenshots from HJI's website (Dkt. No. 36-3).

3.   In the time since I made my initial declaration on October 22, 2025, HJI filled the Integrations Engineer position with a domestic, non-H1-B employee—but one who lacked some

of the qualifications in the job posting. Although HJI advertised for, and hoped to recruit, an experienced individual (*see* Daniels Decl. ¶ 11), HJI ultimately hired an entry-level employee with no relevant practical experience. As a result, HJI is currently diverting resources to on-the-job training for this individual, which would not have been necessary if HJI had been able to hire a candidate with the qualifications that HJI had desired.

4. As I explained in my first declaration, due to the imposition of the $100,000 fee, HJI was unable to recruit prospective candidates from the pool of H1-B candidates. Daniels Decl. ¶ 10. As a result, it took HJI months to fill the Integrations Engineer position, and ultimately, HJI hired a "less experienced, less specialized candidate" for the job than we had originally wanted to hire. *Id.* ¶ 11.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 12/10/2025 | 3:51:45 PM CST
Louisville, Kentucky

Signed by: *Condrad Daniels*
BE33AE38FE9D424...
Condrad Daniels

2