IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA<br><br>and<br><br>ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>                  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>                  Defendants. | Case No. 1:25-cv-03675-BAH |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for a preliminary injunction or, in the alternative, summary judgment; Defendants' cross-motion for summary judgment; the memoranda, declarations, and exhibits submitted in support and in opposition; and the entire record herein, the Court finds that:

(1) The Presidential proclamation *Restriction on Entry of Certain Nonimmigrant Workers* (Sept. 19, 2025) (the Proclamation) is unlawful, contrary to the Immigration and Nationality Act, and in excess of the President's authority, and final agency action implementing the Proclamation is contrary to law and arbitrary and capricious;

(2) Plaintiffs' members will suffer irreparable harm absent injunctive relief; and

(3) The balance of equities and public interest favor entering a permanent injunction.

It is hereby:

**ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED** and that Defendants' cross-motion for summary judgment is **DENIED**;

It is further **ORDERED** that Defendants are **ENJOINED** from implementing and enforcing Sections 1 and 2 of the Proclamation, or any agency action in furtherance thereof, against Plaintiffs or Plaintiffs' respective members;

It is further **ORDERED** that Defendants' actions taken to implement the Proclamation are hereby vacated and set aside;

Defendants, their officers, and their employees are further **ORDERED** to process and adjudicate, without regard to the Proclamation, petitions for H-1B status for nonimmigrant workers filed by Plaintiffs' respective members;

Defendants, and their officers and employees, are further **ORDERED** to process and adjudicate, without regard to the Proclamation, visa applications filed by nonimmigrant prospective employees of Plaintiffs' members;

It is further **ORDERED** that the posting of security is waived.

**SO ORDERED.**

DATE:

---

**BERYL A. HOWELL**
United States District Judge