## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, *et al.*,

      *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

      *Defendants*.

Case No. 1:25-cv-3675

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

    Upon consideration of Defendants' motion to dismiss for failure to state a claim, which incorporates by reference Defendants' Opposition and Cross Motion for Summary Judgment and Defendants' Reply in Support of their Cross-Motion for Summary Judgment, and having considered the arguments presented therein, and in Plaintiffs' responsive papers, it is hereby

    **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and it is

    **FURTHER ORDERED** that leave to amend is denied because it would be futile.

    **SO ORDERED.**

Date _____

_____
Hon. Beryl Howell
Senior U.S. District Judge