**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | ) | No. 1:25-cv-3675-BAH |

**NOTICE OF WITHDRAWAL**

Attorney Alexandra McTague Schulte hereby withdraws from representation of the Defendants in this case. The Defendants will continue to be represented by the other Department of Justice attorneys who have entered appearances in this case.

Please terminate Attorney Alexandra McTague Schulte from all ECF notices in this case.

Respectfully submitted,

*s/ Alexandra McTague Schulte*
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel
United States Department of Justice
Civil Division